UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case 5:21-cr-9 |
| MARIA LETICIA PATRICIO, | ) |
| | ) |
| DANIEL MENDOZA, | ) |
| | ) |
| NERY RENE CARRILLO-NAJARRO, | ) |
| | ) |
| ANTONIO CHAVEZ RAMOS, | ) |
|     a/k/a, Tony Chavez, | ) |
| | ) |
| JC LONGORIA CASTRO, | ) |
| | ) |
| VICTORIANO CHAVEZ HERNANDEZ, | ) |
| | ) |
| ENRIQUE DUQUE TOVAR, | ) |
| | ) |
| JOSE CARMEN DUQUE TOVAR, | ) |
| | ) |
| CHARLES MICHAEL KING, | ) |
| | ) |
| STANLEY NEAL MCGAULEY, | ) |
| | ) |
| LUIS ALBERTO MARTINEZ, | ) |
|     a/k/a, Chino Martinez, | ) |
| | ) |
| DELIA IBARRA ROJAS, | ) |
| | ) |
| JUANA IBARRA CARRILLO, | ) |
| | ) |
| DONNA MICHELLE ROJAS, | ) |
|     a/k/a, Donna Lucio, | ) |
| | ) |
| MARGARITA ROJAS CARDENAS, | ) |
|     a/k/a, Maggie Cardenas, | ) |
| | ) |
| JUAN FRANCISCO ALVAREZ CAMPOS, | ) |
| | ) |

| | |
|---|---|
| **ROSALVA GARCIA MARTINEZ,** a/k/a, Chava Garcia, | ) ) ) |
| **ESTHER IBARRA GARCIA,** | ) ) |
| **RODOLFO MARTINEZ MACIEL,** | ) ) |
| **BRETT DONAVAN BUSSEY,** | ) ) |
| **LINDA JEAN FACUNDO,** | ) ) |
| **GUMARA CANELA,** | ) ) |
| **DANIEL MERARI CANELA DIAZ,** | ) ) |
| and | ) ) |
| **CARLA YVONNE SALINAS** | ) |

## ORDER

Upon motion of the United States, it is ORDERED that the Indictment and all process issued thereunder be unsealed.

This 17th day of November, 2021.

_____
Honorable Benjamin W. Cheesbro
United States Magistrate Court
Southern District of Georgia