**CRIMINAL MINUTES**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | | |
|---|---|---|
| 521-cr-9 | **DATE** 11/18/2021 | **TIME** 10:00-12:04 |

**USA v.** Maria Leticia Patricio, et al.       **TAPE NO.** FTR-WAY-CR1

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**       **INTERPRETER:** Michelle Gonzales/Davor Zidovec

| | | |
|---|---|---|
| X | **DEFENDANTS PRESENT** | |
| X | **COUNSEL FOR DEFENDANTS** | Wrix McIlvaine, Sean Simmons, Adrienne Browning, Cain Smith, Diane McLeod, John Bolden, Kathy Griffin, all appointed |
| X | **ASSISTANT U.S. ATTORNEY** | Tania Groover/Greg Gilluly |
| X | **DEPUTY CLERK** | Kim Mixon |
| X | **U.S.P.O** | Brad Chapman and Fonda Dixon |
| X | **U.S. MARSHAL** | Jay Ciambrone    x  Marty Fitzgurls    x  Jason Parnell |
| X | **INITIAL APPEARANCE** | X  **ARRAIGNMENT** |

X  DEFENDANTS     ARRESTED ON         X  CUSTODY OF USM ON     11/18/2021

X  COPY OF    X  INDICTMENT    _____ INFORMATION GIVEN TO DEFENDANT

X  DEFENDANTS ADVISED OF RIGHTS

X  DEFENDANTS WAIVE FORMAL READING OF THE INDICTMENT

X  PRETRIAL SERVICES REPORT FURNISHED TO COUNSEL AND COURT

X  CONSULAR NOTIFICATION RIGHTS EXPLAINED

___  PREPARE ORDER OF TEMPORARY DETENTION

X  REQUEST BY AUSA THAT THE DEFENDANTS BE DETAINED WITHOUT BOND PENDING TRIAL

AS TO DEFENDANT MARIA LETICIA PATRICIO:

CJA AFFIDAVIT PROVIDED. WRIX MCILVAINE APPOINTED AS COUNSEL FOR DEFENDANT MARIA LETICIA PATRICIO.

DEFENDANT PLED NOT GUILTY.

AS TO DONNA MICHELLE ROJAS:

CJA AFFIDAVIT PROVIDED. SEAN SIMMONS APPOINTED AS COUNSEL FOR DEFENDANT DONNA MICHELLE ROJAS.

DEFENDANT PLED NOT GUILTY.

AS TO DEFENDANT DELIA IBARRA ROJAS:

CJA AFFIDAVIT PROVIDED. ADRIENNE BROWNING APPOINTED AS COUNSEL FOR DELIA IBARRA ROJAS.

DEFENDANT PLED NOT GUILTY.

AS TO DEFENDANT JUANA IBARRA CARRILLO:

CJA AFFIDAVIT PROVIDED. CAIN SMITH APPOINTED AS COUNSEL FOR JUANA IBARRA CARRILLO.  DEFENDANT PLED NOT GUILTY.

AS TO DEFENDANT MARGARITA ROJAS CARDENAS:

CJA AFFIDAVIT PROVIDED. DIANE MCLEOD APPOINTED AS COUNSEL FOR MARGARITA ROJAS CARDENAS.  DEFENDANT PLED NOT GUILTY.

AS TO DEFENDANT GUMARA CANELA:

CJA AFFIDAVIT PROVIDED. JOHN BOLDEN APPOINTED AS COUNSEL FOR GUMARA CANELA.  DEFENDANT PLED NOT GUILTY.

AS TO DEFENDANT LINDA JEAN FACUNDO:

CJA AFFIDAVIT PROVIDED. KATHY GRIFFIN APPOINTED AS COUNSEL FOR LINDA JEAN FACUNDO.  DEFENDANT PLED NOT GUILTY.

DISCOVERY ADDRESSED. GOVERNMENT PROVIDES THE SCOPE AND VOLUME OF DISCOVERY IN THIS CASE. GOVERNMENT REQUESTS 2 TERABYTE HARDDRIVE FOR DISCOVERY UPLOAD.  GOVERNMENT PLANS TO FILE MOTION TO DECLARE CASE COMPLEX AS WELL AS A MOTION FOR PROTECTIVE ORDER. GOVERNMENT PROPOSES 180 PRETRIAL MOTIONS DEADLINE. NO OBJECTIONS BY DEFENSE. MS. MCLEOD REQUESTS THAT DISCOVERY BE ORGANIZED AS TO HER CLIENT.  GOVERNMENT STATES IT WILL WORK WITH COUNSEL.  180 DAY MOTIONS DEADLINE WITH 30 DAY RESPONSE DEADLINE. THE TIME TO BE EXCLUDED FROM SPEEDY TRIAL CLOCK.

COURT ADVISED PARTIES OF GOVERNMENT'S DISCLOSURE OBLIGATIONS UNDER FRCrP 5(f)(1) and *Brady v. Maryland*. SCHEDULING ORDER TO FOLLOW.

DETENTION:
GOVERNMENT SEEKS DETENTION FOR ALL DEFENDANTS AT THIS TIME. GOVERNMENT REQUESTS 3 DAYS TO PREPARE FOR BOND HEARINGS.
AS TO MARIA LETICIA PATRICIO:
DEFENDANT SEEKS BOND HEARING. COURT WILL SET HEARING.
AS TO DONNA MICHELLE ROJAS:
DEFENDANT SEEKS BOND HEARING.  COURT WILL SET HEARING.
AS TO DELIA IBARRA ROJAS:
DEFENDANT SEEKS BOND HEARING. COURT WILL SET HEARING.
AS TO JUANA IBARRA CARRILLO:
DEFENDANT SEEKS BOND HEARING. COURT WILL SET HEARING.
AS TO MARGARITA ROJAS CARDENAS:
DEFENDANT SEEKS BOND HEARING. COURT WILL SET HEARING.
GUMARA CANELA:
DEFENDANT SEEKS BOND HEARING. COURT WILL SET HEARING.
AS TO LINDA JEAN FACUNDO:
DEFENDANT SEEKS BOND HEARING. COURT WILL SET HEARING.