IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009 |
| MARIA LETICIA PATRICIO, | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, JUANITA M. HOLSEY, of the Holsey Law Firm, LLC, 149 E. Cherry Street, P.O. Box 132, Jesup, Georgia 31353 and hereby enters her appearance as counsel of record on behalf of Defendant Maria Leticia Patricio in the above-styled case. The Clerk of this Court and all other counsel of record are requested to serve the undersigned counsel with any further notices, pleading, or other documents concerning this case.

Respectfully submitted this 19th day of November, 2021.

/s/ Juanita M. Holsey
Juanita M. Holsey
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:    (912) 208-2353
Facsimile:     (877) 349-4076
E-mail:  jholsey13@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| Plaintiff, | * |
| vs. | *   CASE NO.: 5:21CR0009 |
| **MARIA LETICIA PATRICIO,** | * |
| Defendant. | * |

**CERTIFICATE OF SERVICE**

    This is to certify that I have on this day caused electronic notification of filing and service of the foregoing to be made upon counsel of record for the parties by filing the same using the Court's CM/ECF filing system.

    Respectfully submitted this 19th day of November, 2021.

 

/s/ Juanita M. Holsey
Juanita M. Holsey
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:     (912) 208-2353
Facsimile:     (877) 349-4076
E-mail:  jholsey13@gmail.com