IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARIA LETICIA PATRICIO, et al.,<br><br>Defendant. | CASE NO.: 5:21-cr-9 |

**O R D E R**

The Court having determined, pursuant to 28 U.S.C. § 1827, that an interpreter is required and should be designated in this case:

THEREFORE, IT IS HEREBY ORDERED that Davor Zidovec of First Coast Interpreting and Translations, Inc, a certified interpreter, or otherwise competent interpreter is designated to serve as interpreter in this case. Compensation shall be paid by the government directly to the interpreter at the rate of $418.00 per day, with a minimum of one half day's compensation of $226.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $59.00 per hour. Claim for compensation shall be made on Form A.O. 322, furnished by the Clerk of Court. Attorneys are not to pay the interpreter's bill for services.

**SO ORDERED**, this 17th day of November, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA