**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

UNITED STATES OF AMERICA,

    v.                                                                    CASE NO.: 5:21-cr-9

MARIA LETICIA PATRICIO, et al.,

    Defendant.

**O R D E R**

The Court having determined, pursuant to 28 U.S.C. § 1827, that an interpreter is required and should be designated in this case:

THEREFORE, IT IS HEREBY ORDERED that Lisa Martinez, a non-certified interpreter, or any otherwise competent interpreter is designated to serve as interpreter in this case. Compensation shall be paid by the government directly to the interpreter at the rate of $202.00 per day, with a minimum of one half day's compensation of $111.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $35.00 per hour. Claim for compensation shall be made on Form A.O. 322, furnished by the Clerk of Court. Attorneys are not to pay the interpreter's bill for services.

**SO ORDERED**, this 17th day of November, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA