UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATE OF AMERICA

V.

MARIA LETICIA PATRICIO, *et al.*

CASE NO.: 5:21-CR-009

## BILL OF PARTICULARS

COMES NOW, the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, hereby files this Bill of Particulars to add certain property subject to forfeiture under the forfeiture provision of the above-captioned indictment, more specifically:

- 1964 Chevy Impala, VIN 161540090097
- 1997 Mercedes E300D, VIN WDBJF20F8VA365187
- 2001 TRMO Unknown, VIN 1FT01JAH616001627
- 2006 Toyota 4 Runner, VIN JTEZU17R968043067
- 2014 Audi Q8, VIN WAUAGD4L2ED002678
- 2016 Chevy Express G3500, VIN 1GAZGPFG6G1154130
- 2011 Ford SRW Super Duty, VIN 1FTBF2BT6BED04675
- 2020 Nissan Altima, VIN 1N4BL4EVOLC128307
- 2014 Jeep Grand Cherokee, VIN 1CRJFBG7EC497040
- 2015 Jeep Wrangler Sahara, VIN 1C4GJWBG2FL697235
- 2015 Ford Escape, VIN 1FMCU0GX7FUC40003
- 2018 Ford F150 Super Crew, VIN 1FTEW1E57JF887539
- 2017 Ford F150 Super Crew, VIN 1FTEW1EF7HFA63841

- $402.00 in U.S. currency seized from Safe Deposit Box 330 at Prime South, Blackshear, GA
- $9,302.00 in U.S. currency seized from JC Castro at 1537 Tom Odum Rd, Vidalia, GA
- $10,500.00 in U.S. currency seized from 446 S Main St, Baxley, GA
- $14,800.00 in U.S. currency seized from Delia Rojas at 132B E. Bazell St, Reidsville, GA
- $1,100.00 in U.S. currency seized from Delia Rojas at 132B E. Bazell St, Reidsville, GA
- $7,592.00 in U.S. currency seized from Maria Patricio at 208 Nopalito Rd, Nicholls, GA
- $749.00 in U.S. currency seized from Monica Saavedra at 90 Nopalito Rd, Nicholls, GA
- $5,306.00 in U.S. currency seized from Graciela Gomez at 114 Pine Thicket Rd, Douglas, GA
- $4,400.00 in U.S. currency seized from Juan Ibarra Carrillo at 130 Red River Ln, Alma, GA
- $65,960.00 in U.S. currency seized from 96 Holland Rd, Tifton, GA
- $4,638.72 in U.S. currency seized from 410 W 6th St, Tifton, GA
- $20,432.00 in U.S. currency seized from 163 Johnson Lake Rd, Alma, GA
- $60,825.00 in U.S. currency seized from Safe Deposit Box 113 at FNB South, Alma, GA
- $394.00 in U.S. currency seized from 233 N Lanier St, Lyons, GA
- $251,680.00 in U.S. currency seized from Safe Deposit Box 70 at FNB South, Alma, GA
- $8,500.00 in U.S. currency seized from 233 N Lanier St, Lyons, GA
- $250.00 in U.S. currency seized from 233 N Lanier St, Lyons, GA
- $173.00 in U.S. currency seized from 233 N. Lanier St, Lyons, GA
- $1,600.00 in U.S. currency seized from 233 N. Lanier St, Lyons, GA
- $160.00 in U.S. currency seized from 233 N. Lanier St, Lyons, GA

- $1,660.00 in U.S. currency seized from 233 N. Lanier St, Lyons, GA
- $1,723.00 in U.S. currency seized from 233 N. Lanier St, Lyons, GA
- $2,000.00 in U.S. currency seized from 357 N. Lanier St, Lyons, GA
- $6,000.00 in U.S. currency seized from JC Castro at 1537 Tom Odum Rd, Vidalia, GA
- $1,616.00 in U.S. currency seized from JC Castro at 1537 Tom Odum Rd, Vidalia, GA

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

***/s/ Xavier A. Cunningham***
Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477

P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the Notice of Electronic Filing that was generated as a result of electronic filing in this Court.

The 23rd of November 2021.

*/s/ Xavier A. Cunningham*
_____

Xavier A. Cunningham
Assistant United States Attorney