**CRIMINAL MINUTES**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| **CASE NO.** | 5:21-cr-9 | **DATE:** | 11/23/2021 | **TIME** | 2:56-7:32 |

**USA v.**  Donna Michelle Rojas; Nery Rene Carrillo-Najarro; Maria Leticia Patricio; Antonio Chavez Ramos; Enrique Duque Tovar; Juana Ibarra Carrillo; Luis Alberto Martinez

FTR-WAY-CR1

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**

**INTERPRETER:** Davor Zidovec

| X | **DEFENDANT PRESENT** | |
|---|---|---|
| X | **COUNSEL FOR DEFENDANT** | Sean Simmons, appointed; Marc Metts, appointed; Juanita Holsey, retained; Page Pate, retained; DeLeigh Poole, appointed; Joseph Turner, retained; Jason Moon, retained |
| X | **ASSISTANT U.S. ATTORNEY** | Tania Groover, Greg Gilluly |
| X | **DEPUTY CLERK** | Kim Mixon/Jaime Hanna |
| X | **U.S.P.O** | Fonda Dixon |
| X | **U.S. MARSHAL** | x  Gary Simmons    Gerry Fitzgerald    Garrett Frieberg |
|   | **INITIAL APPEARANCE** | **ARRAIGNMENT**    X  **DETENTION / BOND** |

Court recaps case.  Here on Defendants' request for bond hearing.  The Court notes that the morning hearings ran long so both the 1:30 pm and 3:00 pm dockets will be heard together.  The Government announces it has reach bond agreements for Defendants Patricio, Carrillo, and Martinez.

As to Maria Leticia Patricio: Government withdraws motion for detention and requests $50,000 appearance bond.  The Court reviews conditions of bond. Defendant released on $50,000 appearance bond, with conditions, secured by a third party surety (Veronica Mendoza).  Order Setting Conditions to follow.  The court reviews conditions of bond with Defendant and obligations of a surety with Ms. Mendoza.

As to Juana Ibarra Carrillo:  Government withdraws motion for detention and requests $50,000 appearance bond.  The Court reviews conditions of bond. Defendant released on $50,000 appearance bond, with conditions, secured by third party surety (Delia Harmon).  Order Setting Conditions to follow.  The court reviews conditions of bond with Defendant and obligations of a surety with Ms. Harmon.

As to Luis Alberto Martinez:  Government withdraws motion for detention and requests $50,000 appearance bond.  The Court reviews conditions of bond. Defendant released on $50,000 appearance bond, with conditions secured by a third party surety (TC Martinez).  Order Setting Conditions to follow.  The court reviews conditions of bond with Defendant and obligations of a surety with Ms. Martinez.

Government proffers on remaining defendants: Rojas, Carrillo-Najarro, and Tovar.  Government re-enters previously admitted Exhibit 1, without objection.

Witness for the Government:  SA Julio Lopez. Witness sworn.  3:49-4:25; Defense cross by Sean Simmons 4:26-4:31; Defense cross by Marc Metts 4:32– 4:34; Defense cross by DeLeigh Poole 4:35– 4:44).  Witness excused.

As to Donna Michelle Rojas:  Defense calls Stephanie Vazquez as a witness 4:44- 4:47, Defense cross 4:48– 5:01, witness is excused. Defense witness Saul Martinez 5:03– 5:04, witness is excused.

As to Antonio Chavez Ramos: Defendant has ICE detainer and waived right to a detention hearing at this time.  Detention order previously entered by Court based on information provided at Initial Appearance.

As to Defendant Donna Rojas. Defense witness Stephanie Vasquez. Witness sworn. 4:44-4:47. Government cross 4:47-5:01. Defense witness Saul Martinez. Witness sworn. 5:02-5:03.

Court Recess: 5:04 p.m. Court reconvenes 5:35.

As to Defendant Nery Rene Carrillo-Najarro: Defense witness Andy Carrillo. Witness sworn. 5:35-5:38. Government cross 5:38-5:41. Government moves to tender Exhibit 19. Admitted without objection. Defense re-direct 5:41-5:42.

As to Enrique Tovar: Defense witness Sherry Duque. Witness sworn. 5:43-5:46. Government cross. 5:46. Defense witness Anna O'Berry. Witness sworn. 5:50-5:54.

Government argument (as to Defendant Donna Rojas) 5:55-6:10. Defense argument 6:11-6:15.
Court orders Defendant released on $50,000.00 appearance bond secured by third party surety (Saul Martinez). Order setting conditions to follow.

Government argument (as to Defendant Nery Rene Carrillo-Najarro) 6:28-6:44. Defense argument 6:44-6:50.
Court orders Defendant released on $50,000.00 appearance bond secured by third party surety (Vilma A. Najarro Alarcon). Order setting conditions to follow.

Government argument (as to Defendant Enrique Duque Tovar) 7:03-7:18. Defense argument 7:18-7:25.
Court orders Defendant released on $50,000.00 appearance bond secured by third party surety (Sherry Duque).  Order setting conditions to follow.