IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA LETICIA PATRICIO,<br>NERY RENE CARRILLO-NAJARRO,<br>ANTONIO CHAVEZ RAMOS,<br>JC LONGORIA CASTRO,<br>ENRIQUE DUQUE TOVAR,<br>CHARLES MICHAEL KING,<br>STANLEY NEAL MCGAULEY,<br>LUIS ALBERTO MARTINEZ,<br>DELIA IBARRA ROJAS,<br>JUANA IBARRA CARRILLO,<br>DONNA MICHELLE ROJAS,<br>MARGARITA ROJAS CARDENAS,<br>JUAN FRANCISCO ALVAREZ CAMPOS,<br>BRETT DONAVAN BUSSEY,<br>LINDA JEAN FACUNDO,<br>GUMARA CANELA,<br>DANIEL MERARI CANELA DIAZ,<br><br>     Defendants. | CASE NO.: 5:21-cr-9 |

**O R D E R**

In accordance with the Court's instructions at the initial appearances and arraignments in this case on November 18, 2021 and November 19, 2021, and in response to Defendants' request for additional time to prepare and file pretrial motions, the Court issues the following scheduling order.

**Pretrial Motions.** All pretrial motions shall be filed on or before **May 17, 2022**. The opposing party shall file its response to pretrial motions on or before **June 16, 2022**. The Court finds, as a matter of fact and law, the time Defendants requested to prepare and file pretrial

motions is not for the purpose of delay, but in the furtherance of justice, and to protect the Defendants' right to a fair trial.  The Court also finds the request is for the purpose of allowing reasonable time necessary, assuming the exercise of due diligence, for the effective preparation of defense counsel in that counselor needs additional time to prepare the appropriate defense motions in this case.  Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding that the ends of justice served by granting the request outweigh the best interest of the public and Defendants in a speedy trial, the Court grants this time for filing pretrial motions.  This period of time—November 18, 2021 through and including May 17, 2022—is excluded in computing the time within which the trial of this matter may commence.

Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court.  Parties must file separate motions for each form of relief sought; consolidated motions are not permitted.  However, where a party has filed multiple motions, the responding party may file a consolidated response to multiple motions where doing so would not create confusion or ambiguity.  The Government may elect to file a single consolidated response to all of Defendants' pending motions, but must file that consolidated response on or before **June 16, 2022**.

**Joint Status Report.**  The Court **ORDERS** the parties to file a joint status report on or before **June 30, 2022**.  For the convenience of the parties, the Court has attached to this Order two sample formats for the joint status report.  In the joint status report, the parties must either state that all pretrial motions have been resolved or identify the motions that require a Court ruling.  All motions requiring a ruling by the Court must be identified by title and docket number.  For any such motions, the parties must state (a) whether the motion is opposed; (b)

whether any party requests oral argument on the motion; and (c) whether any party requests an evidentiary hearing on the motion.

**Motions Hearing.** The Court will conduct a hearing on all pending motions listed in the joint status report on **Thursday**, **July 7, 2022**, **at 10:00 a.m.,** in Third Floor Courtroom, Federal Building, Tebeau & Carswell Streets, Waycross, Georgia.  Unless ordered otherwise, Defendants, their counsel, and counsel for the Government shall attend the hearing.

Additionally, in accordance with Federal Rule of Criminal Procedure 5(f)(1), the Court confirms the prosecutor's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  Failure to timely perform these obligations may result in various consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions.

**SO ORDERED**, this 29th day of November, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: #:##-CR-## |
| DEFENDANT (MULTI) | |
| Defendant. | |

## JOINT STATUS REPORT

The United States of America, through the undersigned Assistant United States Attorney, and Defendants, through their attorneys, state that all pretrial motions have been satisfied or otherwise resolved.

This ___ day of _____, 2021.


/s/     Assistant United States Attorney

/s/     Defense Counsel


**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEFENDANT (MULTI),<br><br>Defendant. | CASE NO.: #:##-CR-## |

**JOINT STATUS REPORT**

The United States of America, through the undersigned Assistant United States Attorney, and Defendants, through their attorneys, state that they have not been able to resolve the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
| Def.'s Mot. to Suppress, Doc. 137 | Y | Y | Y |
| Def.'s Mot. for Brady Materials, Doc. 136 | N | Y | N |
| Gov't.'s Mot. for Discovery, Doc. 141 | N | N | N |

This _____ day of _____, 2021.

/s/   Assistant United States Attorney

/s/   Defense Counsel

**EXHIBIT B**