CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

**CASE NO.** 5:21-cr-9     **DATE:** 11/23/2021     **TIME** 9:30 am – 1:10 pm

**USA v.** Charles Michael King; Delia Ibarra Rojas; JC Longoria Castro; Margarita Rojas Cardenas; Maria Leticia Patricio; Stanley Neal McGauley     FTR-WAY-CR2

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**     **INTERPRETER:** Davor Zidovec

| | | |
|---|---|---|
| X | **DEFENDANT PRESENT** | |
| X | **COUNSEL FOR DEFENDANT** | Jack Downie, appointed; Adrienne Browning, appointed; Mark Moore, retained; Diane McLeod, appointed; Juanita Holsey, retained; Jason Nix, appointed |
| X | **ASSISTANT U.S. ATTORNEY** | Tania Groover, Greg Gilluly |
| X | **DEPUTY CLERK** | Jaime Hanna |
| X | **U.S.P.O** | Fonda Dixon |
| X | **U.S. MARSHAL** | x  Gary Simmons     Gerry Fitzgerald     Garrett |
| | **INITIAL APPEARANCE**     **ARRAIGNMENT**     X **DETENTION / BOND** | |

Interpreter sworn. Court recaps case. Here on Defendants' request for bond hearing.

As to Maria Leticia Patricio: Government and Defense counsel request for this matter to be moved to the 1:30 pm docket, the Court approved.

As to Charles Michael King: Govt withdraws motion for detention, requests $15k bond. The Court reviews conditions of bond. Defendant released on $15,000 appearance bond, with conditions. Order Setting Conditions to follow.

As to Delia Ibarra Rojas: After cross examination of the Government's witness, Defense counsel requests the Court to finish the hearing versus Defendant Cardenas and be granted a short recess to speak with a potential witness, the Court approved. After recess, Defense counsel requested to proceed by proffer, the Court approved. The Court DENIES the Government's Motion for Detention and GRANTS Defendant's Motion for Release. The Defendant is released on a $50,000.00 appearance bond secured by a third party surety, Defendant's niece, Stephanie Vasquez. The court reviews conditions of bond with Defendant and obligations of a surety with Ms. Vasquez. Order Setting Conditions to follow.

As to JC Longoria Castro: Govt withdraws motion for detention, requests $50,000 secured bond, and travel restricted to SDGA. Defense requests posting 5% of that bond. The Court reviews conditions of bond. Defendant released on $50,000 appearance bond, with conditions. Order Setting Conditions to follow.

As to Margarita Rojas Cardenas: Defense counsel proffers; Government proffers and enters a notebook with Exhibits 1-18, admitted without objection; Special Agent Julio Lopez sworn in for the Government.  After the witness testimony, Govt gives their argument and requests the Defendant be detained. Defense counsel argues for secured bond with third party surety, and pre-trial release. The Court DENIES the Government's Motion for detention and GRANTS Defendant's Motion for Release.  The Court reviews conditions of bond with Defendant.  The Defendant released on a $50,000 appearance bond secured by a third party surety (Noel Encina), with conditions.  The Court reviews requirements of third party surety with Mr. Encina.  Order Setting Conditions to follow. Defense counsel notifies court that Defendant is married to a co-defendant (Def Campos); however, the spouse is currently being held in ICE custody.  The Court advises that Defendant Cardenas is not to have any contact with her spouse or any other co-defendants, whatsoever.

As to Stanley Neal McGauley: Govt withdraws motion for detention, requests $20,000 bond. The Court reviews conditions of bond. Defendant released on $20,000 appearance bond, with conditions.  Order Setting Conditions to follow.

Witness for the Government:  SA Julio Lopez (10:34 am – 10:55 am), (Cross by Attorney McLeod 10:56 am – 11:04 am), the Court clarified with SA Lopez that Margarita Cardenas and Delia Rojas are the two Defendants present in the courtroom.  (Cross by Attorney Browning 11:05 am – 11:08 am).  The witness is excused.

Recess: 11:45 am – 12:21 pm