IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009 |
| MARIA LETICIA PATRICIO, | * | |
| Defendant. | * | |

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

NOW COMES **MARIA PATRICIO,** Defendant in the above-styled action, and moves this Court for entry of an order modifying the conditions of release to allow her to travel outside of the District on December 22, 2021. Defendant shows as follows:

1.

Defendant was released from Custody on November 23, 2021, under the conditions ordered in Doc 124.

2.

Pursuant to the Order, Defendant's travel is restricted to the Southern District of Georgia.

3.

Defendant requests that the Order Setting Conditions of Release be modified to allow her to travel to Fitzgerald, Georgia on December 22, 2021 for a medical appointment.

4.

Defendant anticipates at least one follow up medical appointment; and therefore, would request that the modification of the condition limiting her travel to the Southern District of Georgia include an exception for medical treatment with prior approval of probation.

5.

Counsel has communicated with Counsel for the Government and United States Probation, neither has an objection to travel outside of the District on December 22, 2021 with proof of the appointment being submitted to Probation.

Respectfully submitted this 14th day of December, 2021.

s/ Juanita M. Holsey
Juanita M. Holsey
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:	(912) 208-2353
Facsimile:	(877) 349-4076
E-mail:  jholsey13@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| vs. | * | **CASE NO.: 5:21CR0009** |
| **MARIA LETICIA PATRICIO,** | * | |
| **Defendant.** | * | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted this 14th day of December, 2021.

                                                            **s/ Juanita M. Holsey**
                                                           Juanita M. Holsey
                                                           Attorney Bar Number:  172161
                                                          Attorney for Defendant
                                                          The Holsey Law Firm, LLC
                                                          P.O. Box 132
                                                          Jesup, GA  31598
                                                          Telephone:     (912) 208-2353
                                                          Facsimile:      (877) 349-4076
                                                          E-mail:  jholsey13@gmail.com