IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-9 |
| MARIA LETICIA PATRICIO, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant Maria Leticia Patricio's Motion to Modify Conditions of Release, seeking permission to travel out of this District for a medical appointment.  Doc. 217.  Defendant states the Government and United States Probation does not oppose the request.  After careful consideration and for good cause shown, Ms. Patricio's Motion for Modification of Conditions of Release, doc. 217, is **GRANTED**.

**THEREFORE, IT IS HEREBY ORDERED** Defendant is permitted to travel to Fitzgerald, Georgia, which is located within the Middle District of Georgia, on December 22, 2021 for a medical appointment.  Defendant's travel is currently restricted to the Southern District of Georgia.  However, for medical purposes only, Defendant may seek approval of the United States Probation Officer for permission to travel to the Middle District of Georgia, without a written order from the Court.  Ms. Patricio is otherwise required to stay within the Southern District of Georgia.  Defendant is ordered to communicate with her supervising probation officer, Ms. Fonda Dixon, as directed and must follow all instructions provided by Officer Dixon.  Moreover, all other previous conditions of release are unaffected by this modification and are still in effect.  Doc. 124.

**SO ORDERED**, this 15th day of December, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA