IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-9 |
| MARIA LETICIA PATRICIO, | |
| Defendant. | |

## O R D E R

On November 23, 2021 the Court conducted a detention hearing for Defendant Maria Leticia Patricio. After hearing from the parties, Defendant was Ordered Released on a $50,000.00 Appearance Bond secured by Third Party Surety. Doc. 12. The Court issued an Order Setting Conditions of Release. Doc. 124, as modified, doc. 219. However, the written Order Setting Conditions of Release contains some conditions that were not ordered during Defendant's detention hearing and should not be imposed. The Court hereby Orders the following paragraphs be stricken from the Defendant's Order Setting Conditions of Release, doc. 124:

(b)   The Defendant must continue or actively seek employment.

(m)   The Defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(n)   The Defendant must submit to testing for a prohibited substance if required buy the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency or accuracy of prohibited substance screening or testing.

  (o)  The Defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

All other previous conditions of release, docs. 124, 219, are unaffected by this modification and are still in effect.

**SO ORDERED**, this 16th day of December, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA