IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009 |
| MARIA LETICIA PATRICIO, | * | |
| Defendant. | * | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION
FOR ORDER ALLOWING THE GOVERNMENT TO MAINTAIN CUSTODY
OF SEIZED PROPERTY**

NOW COMES **MARIA PATRICIO,** Defendant in the above-styled action, by and through undersigned counsel, files this response to the Government's Motion for Order Allowing the Government to Maintain Custody of Seized Property (Doc. 98). Defendant shows as follows:

1.

The Government has seized property from Mrs. Patricio and multiple other defendants as indicated in its Motion (Doc. 98).

2.

Mrs. Patricio is the rightful and lawful owner of the cash seized from her home totaling the amount of $7, 592.00.

3.

The Government has also seized multiple electronic devices belonging to other residents in her home to which Mrs. Patricio objections to the Government's seizure and forfeiture of, as the property was not used for, nor represents the proceeds of, any unlawful activity.

4.

Mrs. Patricio objects to the Government's seizure and forfeiture of her property, as it was neither used for, nor represents the proceeds of, any unlawful activity.

5.

Mrs. Patricio does not object to the Government's motion for an order allowing it to maintain custody of the seized property until the conclusion of this case and those proceedings pursuant to 18 U.S.C.§ 983.

Respectfully submitted this 16th day of December, 2021.

s/ Juanita M. Holsey
Juanita M. Holsey
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:	(912) 208-2353
Facsimile:	(877) 349-4076
E-mail:  jholsey13@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009 |
| **MARIA LETICIA PATRICIO,** | * | |
| Defendant. | * | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted this 16th day of December, 2021.

<pre>
                                    s/ Juanita M. Holsey
                                    Juanita M. Holsey
                                    Attorney Bar Number:  172161
                                    Attorney for Defendant
                                    The Holsey Law Firm, LLC
                                    P.O. Box 132
                                    Jesup, GA  31598
                                    Telephone:    (912) 208-2353
                                    Facsimile:    (877) 349-4076
                                    E-mail:  jholsey13@gmail.com
</pre>