IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | CASE NO.: 5:21-CR-9 |
| ) | |
| DELIA IBARRA ROJAS, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR
ORDER ALLOWING THE GOVERNMENT TO MAINTAIN
CUSTODY OF SEIZED PROPERTY

COMES NOW, DELIA IBARRA ROJAS, Defendant in the above-styled action, by and through undersigned counsel, files this response to the Government's Motion for Order Allowing the Government to Maintain Custody of Seized Property (Doc. 98). Defendant shows as follows:

1.

The Government has seized property from Mrs. Rojas and multiple other defendants as indicated in its Motion (Doc. 98).

2.

Mrs. Rojas is the rightful and lawful owner of the cash seized from Mrs. Rojas totaling $14,800.00 and $1,100.00 seized from her at 132B E. Bazell Street, Reidsville, Georgia.

3.

Mrs. Rojas objects to the Government's seizure and forfeiture of her property, as it was neither used for, nor represents the proceeds of, any unlawful activity.

4.

Mrs. Rojas does not object to the Government's motion for an order allowing it to maintain custody of the seized property until the conclusion of this case and those proceedings pursuant to 18 U.S.C. § 983.

5.

The Defendant respectfully requests the Court allow her to reserve the right to petition the Court for the return of property should the same become necessary.

RESPECTFULLY SUBMITTED, this 21st day of December, 2021.

                                              TUCKER & BROWNING LAW, P.C.

                                              */s/ Adrienne Browning*
                                              Adrienne Blair Browning
                                              Attorney for the Defendant Delia Ibarra Rojas
                                              Georgia Bar No. 974637

TUCKER & BROWNING LAW, P.C.
4 St. Andrews Court
Brunswick, Georgia 31520
(912) 580-3507
(912) 289-2448 (Fax)
adrienne@tuckerandbrowning.com

CERTIFICATE OF SERVICE

I hereby certify that I have this day served the Assistant United States Attorney, at P. O. Box 8970, Savannah, Georgia, 31412 with a true and correct copy of the within and foregoing pleading by: Electronic Submission.

This the 21st day of December, 2021.

                                            TUCKER & BROWNING LAW, P.C.

                                            */s/ Adrienne Browning*
                                            Adrienne Blair Browning
                                            Attorney for the Defendant Delia Ibarra Rojas
                                            Georgia Bar No. 974637

TUCKER & BROWNING LAW, P.C.
4 St. Andrews Court
Brunswick, Georgia 31520
(912) 580-3507
(912) 289-2448 (Fax)
adrienne@tuckerandbrowning.com