UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA<br><br>V.<br><br>MARIA LETICIA PATRICIO, *et al.* | CASE No.: 5:21-CR-009 |

GOVERNMENT'S MOTION FOR AN
EXTENSION OF TIME TO FILE A RELY

Now comes the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, hereby respectfully request an extension to file a reply to Responses filed by Defendants with objections to the Motion Allowing the Government to Maintain Custody of Seized Property (Doc. 98).

1. On December 16, 2021, Defendant Nery Rene Carrillo-Najarro filed a Response (Doc. 223) claiming that the seized assets were not tainted.

2. On December 17, 2021, Defendant JC Longoria Castro filed a Response (Doc. 232) claiming that the seized assets were not tainted.

3. On December 17, 2021, Defendant Brett Donavan Bussey filed a Response (Doc. 235) claiming that the assets were not tainted, and a Motion for Return of Property (Doc. 236).

Pursuant to Southern District of Georgia Local Criminal Rule 1.1 and Local Civil Rule 7.6, the Government has fourteen (14) calendar days from the date of the opposing party's last filing to serve and file a reply. Currently, the Government has

until December 31, 2021, to file a reply, however in consideration of the schedule disruptions due to the holiday season the Government is seeking a seven (7) day extension, until January 7, 2022. In support of the motion the Government sought and obtained consent for this extension from the attorney's representing the aforementioned Defendants.

Respectfully submitted, this 29th day of December 2021.

DAVID H. ESTES
UNITED STATES ATTORNEY

**/s/ *Xavier A. Cunningham***
Xavier A. Cunningham
New York Bar No. 5269477
Assistant United States Attorney
United States Attorney's Office
Southern District of Georgia
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| **UNITED STATE OF AMERICA** | **CASE No.: 5:21-CR-009** |
| **V.** | |
| **MARIA LETICIA PATRICIO**, *et al.* | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A RELY** on all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Respectfully submitted, this 29th day of December 2021.

> DAVID H. ESTES
> UNITED STATES ATTORNEY
>
> **/s/ *Xavier A. Cunningham***
> Xavier A. Cunningham
> New York Bar No. 5269477
> Assistant United States Attorney
> United States Attorney's Office
> Southern District of Georgia
> Post Office Box 8970
> Savannah, Georgia 31412
> Telephone: (912) 652-4422

3