# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| **UNITED STATE OF AMERICA** | |
| V. | CASE No.: 5:21-CR-009 |
| **MARIA LETICIA PATRICIO, *et al.*** | |

# ORDER

The government requests a seven-day extension from December 31, 2021, to file a reply to defendants' objections (Docs. 223, 232, and 235) to the Motion Allowing the Government to Maintain Custody of Seized Property (Doc. 98).

The Court finds, as a matter of fact and law, that the motion is not for the purpose of delay, but in the furtherance of justice, and to protect the rights of the defendants. The Court also finds that the motion is for the purpose of allowing reasonable time necessary for the Government to exercise of due diligence, and has consent from the interested parties.

Therefore, the Court **GRANTS** the government's motion, thereby extending the deadline for a Reply from December 31, 2021 to January 7, 2022.

SO ORDERED this ____ day of December 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA