IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NERY RENE CARRIOLLO-NAJARRO,<br>JC LONGORIA CASTRO,<br>BRETT DONAVAN BUSSEY,<br><br>            Defendants. | CASE NO.: 5:21-cr-9 |

**O R D E R**

This matter is before the Court on the Government's Motion for an Extension of Time to File a Reply. Doc. 254. The Government's current deadline to file a Reply to Defendants' Responses to the Government's Motion for Order Allowing the Government to Maintain Custody of Seized Property Pursuant to 18, U.S.C.§ 983(A)(3)(B)(ii)(II), docs. 223, 232, and 235, is December 31, 2021. The Government seeks a seven (7) day extension from January 31, 2021 to January 7, 2022 in order to file its Reply. The Government's motion, doc. 252, indicates that Defendants Nery Rene Carrillo-Najarro, JC Longoria Castro, and Brett Donavan Bussey consent to this brief extension. This matter is also before the Court on a Consent Motion, doc. 255, between the Government and Defendant Brett Donavan Bussey for a fourteen (14) day extension for the Government to file its Response to Defendant Brett Donavan Bussey's Motion for Return of Property. Doc. 236. After careful consideration and for good cause shown, the Court **GRANTS** the Government's Motion, doc. 254, and the Consent Motion, doc. 255.

The Government shall file its Reply to the responses filed by Defendants Carrillo-Najarro and Castro, docs. 223, 232, on or before January 7, 2022.  The Government shall file its reply to Defendant Bussey's Response, doc. 235, and its response to Defendant Bussey's Motion for Return of Property, doc. 236, on or before January 14, 2022.

**SO ORDERED**, this 4th day of January, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA