UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA<br><br>V.<br><br>MARIA LETICIA PATRICIO, *et al.* | CASE NO.: 5:21-CR-009 |

## 2ND BILL OF PARTICULARS

COMES NOW, the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, hereby files this Bill of Particulars to add certain property subject to forfeiture under the forfeiture provision of the above-captioned indictment, more specifically:

- 2017 GMC Sierra K1500 S VIN 3GTU2NEC7HG196103
- $6,101.00 in U.S. Currency seized from Delia Rojas
- Mexican Pesos seized from Delia Rojas
- 18 U.S. gold coins seized from Delia Rojas
- $3,729.00 in U.S. Currency seized from Donna Lucio
- $5,566.00 in U.S. Currency seized from (Unknown owner)
- $23,593.60 in U.S. Currency seized from Brett Donavan Bussey
- $287.65 in U.S. Currency seized from Daniel Mendoza
- $1,788.09 in U.S. Currency seized from Charles M. King
- $230,640.08 in U.S. Currency seized from Alfredo Resendiz Sapote
- $5,921.31 in U.S. Currency seized from Juana I. Carrillo
- $20,269.23 in U.S. Currency seized from Luis Alberto Martinez
- $243.63 in U.S. Currency seized from Nery Rene Carrillo-Najarro

- $5,306.00 in U.S. Currency seized from Garciela Gomez
- $230.00 in U.S. Currency seized from (Unknown owner)
- $3,500.00 in U.S. Currency seized from (Unknown owner)
- $833.00 in U.S. Currency seized from (Unknown owner)
- $1,647.00 in U.S. Currency seized from (Unknown owner)
- $59,750.00 in U.S. Currency seized from (Unknown owner)
- $3,830.00 in U.S. Currency seized from (Unknown owner)
- $13.00 in U.S. Currency seized from (Unknown owner)
- $112.72 in U.S. Currency seized from (Unknown owner)
- $683.00 in U.S. Currency seized from (Unknown owner)

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Xavier A. Cunningham*
Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477

P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the Notice of Electronic Filing that was generated as a result of electronic filing in this Court.

The 7th day February of 2022.

*/s/ Xavier A. Cunningham*
_____

Xavier A. Cunningham
Assistant United States Attorney