# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# WAYCROSSDIVISION

UNITED STATES OF AMERICA

v.

CASE NO.
5-21-CR-0009-2

DANIEL MENDOZA

_____

**MOTION TO ALLOW PARTICIPATION IN VOIR DIRE**

Daniel Mendoza, the Accused in the above-styled action, by and through his attorney, asks this Court to allow counsel to participate in voir dire so that he may discover possible bias and prejudice held by potential jurors and gain necessary information as basis for preemptory challenges. In *United States v. Ible*, 639 F.2d 389, 395 (1980), the court stated that "in the majority of situations questioning by counsel would be more likely to fulfill this need [of effectively gathering information for preemptory challenges] than an exclusive examination in general terms by the trial court."

Respectfully submitted, February 22, 2022.

/s/ Kimberly L. Copeland
Kimberly L. Copeland
GA Bar # 186783
Attorney for Daniel Mendoza

256 N. Brunswick St.
Jesup, GA 31546
Phone: (912) 530-7317
Fax: (912) 530-7318
Kim12cope@aol.com

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Respectfully submitted, February 22, 2022.

/s/ Kimberly L. Copeland
Kimberly L. Copeland
GA Bar # 186783
Attorney for Daniel Mendoza

Kimberly L. Copeland
256. N. Brunswick St.
Jesup, GA 31546
Phone: (912) 530-7317
Fax: (912) 530-7318