IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR09 |
| MARIA PATRICIO, | * | |
| Defendant. | * | |

**MOTION FOR JENCKS ACT MATERIAL
AND MEMORANDUM OF LAW**

**COMES NOW** Defendant, MARIA PATRICIO, and moves the Court for early and complete disclosure of all materials required to be produced under the Jencks Act, including any written statement made, signed, adopted or approved by a government witness, any substantially verbatim transcription of any such statement, and any grand jury transcript, as well as government reports relating to the substance of witness interviews, and "rough notes" taken by any government agent which have been reviewed and approved by the witness or which are a substantially verbatim recital of an oral statement made by such witness and recorded contemporaneously.

All of the aforesaid information is producible under 18 U.S.C. §3500 et.seq. "Rough notes" must be preserved. Reports of interviewing agents are also discoverable under *Jencks*. Appellate courts encourage the practice of pre-trial disclosure of Jencks Act materials to expedite discovery and trials and to avoid potential *Brady* disputes. *See United States v. Algie,* 667 F.2d 569, 572 (6th Cir. 1982); *United States v. Campangnuolo*, 592 F. 2d 852, 858 (5th Cir. 1979); United States v. McKenzie, 768 F.2d 602, 609 (5th Cir. 1985). Failure to provide discovery of all

relevant *Jencks* material is error. *United States v. Bibbero*, 749 F.2d 581 (9th Cir. 1984).

The trial may be delayed unnecessarily if the government is unwilling to produce Jencks Act material prior to trial. Production of Jencks Act material at the time of trial will require delays to allow defense counsel and opportunity to review the material prior to cross examination of the government witness. Absent a showing of some valid government interest, this Court should exercise its inherent power to require early production of Jencks Act material to facilitate an orderly presentation of the government's case.

Respectfully submitted this 24th day of February, 2022.

                                         **s/ Juanita M. Holsey**
                                         Juanita M. Holsey
                                         Attorney Bar Number:  172161
                                         Attorney for Defendant
                                         The Holsey Law Firm, LLC
                                         P.O. Box 132
                                         Jesup, GA  31598
                                         Telephone:     (912) 208-2353
                                         Facsimile:      (877) 349-4076
                                         E-mail:  jholsey13@gmail.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

## WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| **vs.** | * | **CASE NO.: 5:21CR09** |
| **MARIA PATRICIO,** | * | |
| **Defendant.** | * | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Submitted this 24th day of February, 2022.

                                                   **s/ Juanita M. Holsey**
                                                   Juanita M. Holsey
                                                   Attorney Bar Number:  172161
                                                   Attorney for Defendant
                                                   The Holsey Law Firm, LLC
                                                   P.O. Box 132
                                                   Jesup, GA  31598
                                                   Telephone:    (912) 208-2353
                                                   Facsimile:     (877) 349-4076
                                                   E-mail:  jholsey13@gmail.com