# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| vs. | * | **CASE NO.: 5:21CR09** |
| **MARIA PATRICIO,** | * | |
| **Defendant.** | * | |

## MOTION TO PRESERVE EVIDENCE AND MEMORANDUM OF LAW

COMES NOW **MARIA PATRICIO,** Defendant in the above captioned case, by and through his court appointed counsel and without waiving any rights, and moves this Honorable Court for the entry of an Order directing the Government to preserve and retain intact and not to destroy or alter any investigative reports (including rough drafts), witness statements, documents, papers, rough notes (interviews, surveillance, or otherwise), tapes, negatives of any undeveloped photographs, objects, contraband, controlled substances, or other physical evidence which is in its possession, custody or control.

At the outset, it is to be noted that this motion demands no disclosure, discovery, inspection, or production. It merely seeks to preserve evidence, directly admissible or otherwise, which may, at some future state of the proceedings, be necessary or helpful to a proper resolution of the case.

---

1. Government includes all federal, state, and local agencies and agents thereof who have participated in any way in the investigation or preparation (including scientific experiments and tests) of this case and all United States attorneys who have worked on this case.

## **MEMORANDUM OF LAW**

This motion is occasioned and necessitated by the administrative practice of alleged good-faith destruction of records by the Government, e.g. *United States v. Harris*, 543 F.2d 1247 (5th Cir. 1976), and by the caution which experience teaches. See e.g., *United States v. Banks*, 383 F.Supp. 389 (D.S.D. 1974); *Sharpe v. United States*, 660 F.2d 967, 972-73 n.5 (4th Cir. 1981); *United States v. Wander*, 601 F.2d 1251, 1263 (3rd Cir. 1979); *Arizona v. Youngblood*, 488 U.S. 51 (1988); *California v. Trombetta*, 467 U.S. 479 (1984).

The appropriate standard by which to gauge the Defendant's motion is a simple balancing test.  We submit that the Government has no interest in the alteration or suppression of documents and little or no interest in their destruction.  The incidental and slight burden which might be imposed upon the Government agencies involved by requiring them to retain intact their records pertaining to this case until such time as the Defendant and the Court have had an opportunity to inspect them is manifestly outweighed by the Defendant's substantial interest in a fair trial.  The complexity of this case tips the balance further in favor of the instant motion. Therefore, in the interest of justice, the motion should be granted.

---

2. We emphasize that our request is merely to preserve. Thus, such cases as <u>United States vs. Martin</u>, 565 F.2d 364 (5th Cir. 1968) (per curiam), are not germane.  The defendant in <u>Martin</u> filed no motion to preserve evidence and then sought reversal of his conviction complaining that an FBI agent -- acting in good faith following their routine practice -- had destroyed his notes of a witness interview after using the notes to prepare the standard FBI interview reports, Form "FD-302".

Respectfully submitted this 24th day of February, 2022.

                                           **s/ Juanita M. Holsey**
                                           Juanita M. Holsey
                                           Attorney Bar Number:  172161
                                           Attorney for Defendant
                                           The Holsey Law Firm, LLC
                                           P.O. Box 132
                                           Jesup, GA  31598
                                           Telephone:    (912) 208-2353
                                           Facsimile:    (877) 349-4076
                                           E-mail:  jholsey13@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF GEORGIA

# WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| vs. | * | **CASE NO.: 5:21CR09** |
| **MARIA PATRICIO,** | * | |
| **Defendant.** | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Submitted this 24th day of February, 2022.

s/ Juanita M. Holsey
Juanita M. Holsey
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:     (912) 208-2353
Facsimile:     (877) 349-4076
E-mail:  jholsey13@gmail.com