IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

WAYCROSS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *   CASE NO.: 5:21CR09 |
| | * |
| **MARIA PATRICO,** | * |
| | * |
| **Defendant.** | * |

## MOTION TO DISCLOSE THE NAMES OF GOVERNMENT WITNESSES AND MEMORANDUM OF LAW IN SUPPORT THEREOF

COMES NOW Defendant **MARIA PATRICIO,** by and through her undersigned counsel of record and moves this Court for an Order requiring the Government to disclose the names of its witnesses, and in support of this request, Defendant respectfully shows this Court the following:

The general discretion of the federal district courts to compel the Government to identify its witnesses is widely acknowledged.  See *United States v. Campagnuolo*, 592 F.2d 852, 854 (5th Cir. 1979) ("[I]t is within the sound discretion of the district judge to make any discovery order that is not barred by any higher authority . . . [A discovery order] is not invalid because it is broader in scope than the Brady requirement."); *United States v. Mosely*, 450 F.2d 506 (5th Cir. 1971); *Downing v. United States*, 348 F.2d 594 (5th Cir. 1975).

Pre-trial identification of the Government's witnesses will afford Defendant the opportunity to interview them in to fully prepare her defense.  The value of these interviews was

fully recognized by the former Fifth Circuit in *United States v. Opager*, 589 F.2d 799, 804 (1979): The importance to litigants of interviewing potential witnesses is undeniable.  In particular, in criminal cases, where the defendant's very liberty is at stake, such interviews are especially crucial. This is that one of the first things responsible counsel does in preparing a case is to seek to interview those witnesses involved in the litigation.  See *United States v. Savides*, 661 F. Supp. 1024, 1026-27 (N.D. Ill. 1987); *United States v. Sholer*, 555 F.Supp. 346, 354, (S.D. N.Y. 1983); *United States v. Turkish*, 458 F.Supp. 874, 881, (S.D. N.Y. 1978).

WHEREFORE, this Defendant respectfully prays that this Court issue an Order requiring the Government to disclose the names of Government witnesses, and such other and further relief as the Court may deem just and proper.

Respectfully submitted this 24th day of February, 2022.

                                                <u>s/ Juanita M. Holsey</u>
                                              Juanita M. Holsey
                                              Attorney Bar Number:  172161
                                              Attorney for Defendant
                                              The Holsey Law Firm, LLC
                                              P.O. Box 132
                                              Jesup, GA  31598
                                              Telephone:     (912) 208-2353
                                              Facsimile:      (877) 349-4076
                                              E-mail:  jholsey13@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | **CASE NO.: 5:21CR09** |
| | * | |
| **MARIA PATRICIO,** | * | |
| | * | |
| **Defendants.** | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Submitted this 24th day of February, 2022.

<u>s/ Juanita M. Holsey</u>
Juanita M. Holsey
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:     (912) 208-2353
Facsimile:     (877) 349-4076
E-mail:  jholsey13@gmail.com