IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| vs. | * | **CASE NO.: 5:21CR09** |
| **MARIA PATRICIO,** | * | |
| **Defendant.** | * | |

### MOTION FOR DISCLOSURE OF IMPEACHMENT EVIDENCE

COMES NOW Defendant **MARIA PATRICIO**, by and through her undersigned counsel and pursuant to Rule 16(a)(1) of the Federal Rules of Criminal Procedure and Brady v. Maryland, 373 U.S. 83 (1963) and moves this Honorable Court to ender an Order directing the government to make inquiry and disclose to Defendant information regarding any and all witnesses which is within the possession, custody, and control of the government, the existence of which is known or by the exercise of due diligence may become known to the government. The following items are hereby requested:

1. Any records and information revealing prior felony convictions, juvenile adjudications, or guilty verdicts including, but not limited to "rap sheets", attributed to any and all witnesses known by the government.

2. Any records and information revealing prior misconduct or bad acts attributed to anu witness.

3. Any records and information regarding every occasion on which any witness has testified before any court, grand jury, or other tribunal, or has otherwise officially narrated the facts of this case.

4. Any records and information regarding every occasion on which any witness who was or is presently an informant, accomplice, co-conspirator, member of a witness protection program has testified before any Court, grand jury, or other tribunal.

5. Any personnel files or records of any witness, including all federal, state, or local government files and any information regarding official's internal affairs or internal investigations relating to each witness who was or is presently a law enforcement officer.

6. Any consideration or promises of consideration given to or on behalf of any witness whether real or imagined by said witnesses, including anything, white bargained for or not, which arguably could be any value or use to any witness or to persons of concern to any witness including family members; any formal or informal, direct or indirect, leniency, favorable treatment, recommendations of assistance with regard to any pending or potential cause of action with the government or with any other parties any criminal, civil or tax immunity grants; payment of monies, rewards, fees of any nature or gifts of food, clothing, shelter, transportation, legal services, placement into a "witness protection program", informant status of any witness; any other benefits or inducements which arguably could reveal an interest or bias in the witness in favor of the government or against the defense.

7. Any threats, whether express or implied, direct or indirect, made or directed against any witness or to persons of concern to any witness; any probation, parole, deferred prosecution, or custodial status of any prosecution or potential legal disputes, administrative disputes, or transactions, or any type, in which the government has real,

apparent or perceived influence, and which involves any witness or any person of concern to any witness.

8. Any other records and information which arguably could be of use to the defense for impeachment or proof against the government's accusations, or which could lead to such records of information.

WHEREFORE, this Defendant respectfully prays that this Court enter an Order granting her motion for pre-trial production and inspection of all impeachment evidence and for such other and further relief as this Court may deem just and proper.

Respectfully submitted this 24th day of February, 2022.

s/ Juanita M. Holsey
Juanita M. Holsey
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:     (912) 208-2353
Facsimile:      (877) 349-4076
E-mail:  jholsey13@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF GEORGIA

# WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR09 |
| MARIA PATRICIO, | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Submitted this 24th day of February, 2022.

s/ Juanita M. Holsey
Juanita M. Holsey
Attorney Bar Number: 172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:     (912) 208-2353
Facsimile:     (877) 349-4076
E-mail:  jholsey13@gmail.com