IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR09 |
| MARIA PATRICIO, | * | |
| Defendant. | * | |

## MOTION FOR INFORMANT'S NAME, IDENTITY AND WHEREABOUTS

COMES NOW the Defendant, **MARIA PATRICIO,** by and through her counsel of record, and moves pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the "due process" clause of the Fifth Amendment to the Constitution of the United States, and *Brady v. Maryland*, 373 U.S. 83 (1963), for an order requiring the Government to produce for inspection and copying the following materials which are either in the possession of the Government or any of its agents or which through due diligence would become known from the investigating officers, or witnesses or persons having knowledge of this case:

> THE NAME, IDENTITY AND WHEREABOUTS OF ANY INFORMANT WHO GAVE INFORMATION LEADING TO DEFENDANT'S ARREST OR INDICTMENT.

The name, identity and whereabouts of any informant who gave information leading to the arrest and/or indictment of Defendant, as well as whether said informant was paid by the Government for such information requested herein, is discoverable where said informant is a witness to or has knowledge of facts relevant to the case. *United States v. Barnes*, F.2d 776 (8th

Cir. 1973); *See also Rovario v. United States*, 353 U.S. 63, 64 (1967); *United States v. Silva*, 580 F.2d 144 (5th Cir. 1978); *United States v. Ayala*, 588 F.2d 244 (5th Cir. 1981). The informer's level of involvement with the criminal activity is an important consideration. *Suarez v. United States*, 582 F.2d 1007, 1011 (5th Cir. 1978); *Alvarez v. United States*, 525 F.2d 980, 982 (5th Cir.), cert. denied, 425 U.S. 995 (1976).  The more active the participation, the greater the need for identification. *United States v. Gonzalez*, 606 F.2d 70 (5th Cir. 1979) *United States v. Avala*, supra, at p. 246.

And even where the "informer was not an integral member of the criminal activity", the informant's identity may be required where he or she was more than a "passive observer" or "tipster".  *United States v. Avala*, supra, at p. 246 [where female informer "arranged the initial meeting", "acted as an intermediary relaying message" and was "also present at each meeting].

Respectfully submitted this 24th day of February, 2022.

                                  **s/ Juanita M. Holsey**
                                  Juanita M. Holsey
                                  Attorney Bar Number:  172161
                                  Attorney for Defendant
                                  The Holsey Law Firm, LLC
                                  P.O. Box 132
                                  Jesup, GA  31598
                                  Telephone:     (912) 208-2353
                                  Facsimile:      (877) 349-4076
                                  E-mail:  jholsey13@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF GEORGIA

# WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| vs. | * | **CASE NO. :5:21CR09** |
| **MARIA PATRICIO** | * | |
| **Defendant.** | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Submitted this 24th day of February, 2022.

s/ Juanita M. Holsey
Juanita M. Holsey
Attorney Bar Number: 172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA 31598
Telephone:   (912) 208-2353
Facsimile:   (877) 349-4076
E-mail: jholsey13@gmail.com