IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| vs. | * | CASE NO.: 5:21CR09 |
| **MARIA PATRICIO,** | * | |
| **Defendant.** | * | |

## MOTION TO DISCLOSE
## EXPERT WITNESS TESTIMONY

COMES NOW the defendant, **MARIO PATRICIO,** and files this her motion to disclose expert witness testimony, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, as follows:

1. The defendant requests that the Government disclose a written summary of expert opinion testimony the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its Case in chief at trial.

2. The defendant requests that the summary disclose the witnesses' opinions and the basis and reasons therefore and the witnesses' qualifications.

WHEREFORE, the defendant moves the Court to inquire into her Motion, to grant same, and for such other relief as the Court deems proper and just.

Respectfully submitted this 24th day of February, 2022.

**s/ Juanita M. Holsey**
Juanita M. Holsey
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:     (912) 208-2353
Facsimile:      (877) 349-4076
E-mail:  jholsey13@gmail.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

## WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR09 |
| MARIA PATRICIO, | * | |
| Defendant. | * | |

### CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Submitted this 24th day of February, 2022.

s/ Juanita M. Holsey
Juanita M. Holsey
Attorney Bar Number: 172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA 31598
Telephone: (912) 208-2353
Facsimile: (877) 349-4076
E-mail: jholsey13@gmail.com