

**U.S. Department of Justice**
United States Attorney's Office
Southern District of Georgia

---

P.O. Box 8970
Savannah, Georgia 31412
912-652-4388/FAX

22 Barnard St., Suite 300
Savannah, Georgia 31401
912-652-4422

February 11, 2022

<u>*VIA FEDERAL EXPRESS*</u>
Clerk of Superior Court Coffee County
Attn: Recorders Office
101 South Peterson Avenue
Suite #218B
Douglas, GA 31533

RE:  Recording of *Notice of Lis Pendens*

To Whom It May Concern:

Enclosed, please find an Indictment as to 204 Circle Drive, Douglas, Georgia 31533, further described as:

> All that tract or part of land situate lying and being in the City of Douglas, Coffee County, Georgia and being part of Original Lot of Land No. 146 thereof and being all of Lot No. 4 and the Northeast one-half of Lot No. 5 of Block C, according to a plat of Touchton Subdivision, prepared by Hugh L. Taylor, Surveyor, dated November 13, 1965, and recorded in Plat Book 4, Page 266, Coffee County, Georgia, Records, as follows: BEGINNING on the East boundary line of Circle Drive at a point 82.45 feet Northeasterly of the Southeast corner of the intersection of Pine Street and Circle Drive; thence running Northeasterly along the east boundary line of Circle Drive a distance of 82.65 feet to Lot No. 3 in said Block C, marked by an iron pin; thence in a Southeasterly direction along the South boundary line of Lot 3 in said block a distance of 276.65 feet to a branch; thence running in a Southerly and Southwesterly direction along said branch a distance of 307.76 feet, more or less, to a point marking the midlot line of Lot No. 5 in said block; thence Northwesterly along said midlot line of said lot a distance of 239.16 feet to the point of beginning.

> This deed is given subject to all easements and restrictions of record, if any.

The Indictment does not need to be recorded.

Please contact me at 912-652-4422 should you have any comments or questions.

Sincerely,

Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477
P.O. Box 8970
Savannah, GA 31412

Enclosure

RE: PROPERTY CURRENTLY OR FORMERLY OWNED BY <u>NERY RENE CARRILLO NAJARRO</u> AND <u>RAMON RAMIREZ</u>

PLEASE RETURN TO:
Xavier A. Cunningham
Assistant U.S. Attorney
P.O. Box 8970
Savannah GA 31412

PLEASE CROSS-REFERENCE TO THAT CERTAIN <u>WARRANTY</u> DEED RECORDED ON <u>MAY 2, 2017</u> AT DEED BOOK <u>1903</u>, PAGE <u>177</u>, IN THE <u>COFFEE</u> COUNTY, GEORGIA REAL ESTATE RECORDS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR521-09 |
| NERY RENE CARRILLO NAJARRO and | ) |
| RAMON RAMIREZ | ) |
| | ) |
| _____ | ) |

<u>NOTICE OF LIS PENDENS</u>

NOTICE IS HEREBY GIVEN that on October 5, 2021, a Sealed INDICTMENT was returned by a Federal Grand Jury sitting in the Southern District of Georgia, Waycross Division, charging the above-named Defendant with violations of 18 U.S.C. § 981(a)(1)(C), 982(a)(1), 1594(d) and 28 U.S.C. § 2461(c), and charging in the FORFEITURE PROVISION that the following real property located at 204 Circle Drive, Douglas, GA. 31533, further described as:

All that tract or part of land situate lying and being in the City of Douglas, Coffee County, Georgia and being part of Original Lot of Land No. 146 thereof and being all of Lot No. 4 and the Northeast one-half of Lot No. 5 of Block C, according to a plat of Touchton Subdivision, prepared by Hugh L. Taylor, Surveyor, dated November 13, 1965, and recorded in Plat Book 4, Page 266, Coffee County, Georgia, Records, as follows: BEGINNING on the East boundary line of Circle Drive at a point 82.45 feet Northeasterly of the Southeast corner of the intersection of Pine Street and Circle Drive; thence running Northeasterly along the east boundary line of Circle Drive a distance of 82.65 feet to Lot No. 3 in said Block C, marked by an iron pin; thence in a Southeasterly direction along the South boundary line of Lot 3 in said block a distance of 276.65 feet to a branch; thence running in a Southerly and Southwesterly direction along said branch a distance of 307.76 feet, more or less, to a point marking the midlot line of Lot No. 5 in said block; thence Northwesterly along said midlot line of said lot a distance of 239.16 feet to the point of beginning.

This deed is given subject to all easements and restrictions of record, if any.

The property, titled in the name of Nery Rene Carrillo Najarro and Ramon Ramirez, together with all appurtenances thereto, improvements thereon, furnishing and fixtures, is subject to forfeiture to the United States of America under the provisions of 21 U.S.C.§ 853.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of a preliminary order of forfeiture.

For further information concerning the forfeiture, reference may be made to the records of the Clerk of the Court for the United States District Court for the Southern District of Georgia, Waycross Division.

DATED, this 11th day of February 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

Signed, sealed and delivered in the presence of:

_Wanda Jackson_
Witness

Sworn to and subscribed before me this 11th day of February, 2022.

_Gale Barrow_
Notary Public, Chatham County, Georgia
My Commission Expires: 6-9-24

GALE BARROW
NOTARY PUBLIC
Chatham County
State of Georgia
My Comm. Expires    June 9, 2024

2.