

**U.S. Department of Justice**
United States Attorney's Office
Southern District of Georgia

| | |
|---|---|
| P.O. Box 8970 | 22 Barnard St., Suite 300 |
| Savannah, Georgia 31412 | Savannah, Georgia 31401 |
| 912-652-4388/FAX | 912-652-4422 |

February 11, 2022

*VIA FEDERAL EXPRESS*
Clerk of Superior Court Coffee County
Attn: Recorders Office
101 South Peterson Avenue
Suite #218B
Douglas, GA 31533

RE:  Recording of *Notice of Lis Pendens*

To Whom It May Concern:

Enclosed, please find an Indictment as to 206 Jim Road, Douglas, Georgia 31533, further described as:

> All that tract or parcel of land, lying and being in Original Lot of Land No. 236 in the 6th Land District of Coffee County, Georgia, containing 5.13 acres, more or less, according to that certain plat prepared by E. Kirby Flolton, RLS, dated April 12, 2006 and recorded in the Office of the Clerk of Superior Court of Coffee County, Georgia in Plat Book 102, Page 105 A.

> Less and Except: All that certain tract or parcel of land lying and being situate in Land Lot 236 in the 6th Land District of Coffee County, Georgia, containing 2.21 acres, more or less, according to a plat prepared for Arnold Parsons, by E. Kirby Holton, RLS #2944, dated April 2, 2013 and recorded in Plat Book 112, Page 105A, in the Office of the Clerk of Superior Court of Coffee County, Georgia; said plat and the recording thereof being incorporated herein by reference.

> This deed is given subject to all easements and restrictions of record, if any.

The Indictment does not need to be recorded.

Please contact me at 912-652-4422 should you have any comments or questions.

Sincerely,

Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477
P.O. Box 8970
Savannah, GA 31412

Enclosure

RE:   PROPERTY CURRENTLY OR FORMERLY OWNED
BY <u>NERY RENE CARRILLO NAJARRO</u> AND
<u>RAMON RAMIREZ</u>

PLEASE RETURN TO:

Xavier A. Cunningham

Assistant U.S. Attorney

P.O. Box 8970

Savannah GA 31412

PLEASE   CROSS-REFERENCE   TO   THAT
CERTAIN <u>WARRANTY</u> DEED RECORDED
ON <u>JUNE 23, 2021</u> AT DEED BOOK <u>2160</u>,
PAGES <u>8</u> THRU <u>9</u>, IN THE <u>COFFEE</u> COUNTY,
GEORGIA REAL ESTATE RECORDS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   CR521-09 |
| NERY RENE CARRILLO NAJARRO and | ) |
| RAMON RAMIREZ | ) |
| | ) |
| | ) |

<u>NOTICE OF LIS PENDENS</u>

NOTICE IS HEREBY GIVEN that on October 5, 2021, a Sealed INDICTMENT was returned

by a Federal Grand Jury sitting in the Southern District of Georgia, Waycross Division, charging the

above-named Defendant with violations of 18 U.S.C. § 981(a)(1)(C), 982(a)(1), 1594(d) and28 U.S.C. §

2461(c), and charging in the FORFEITURE PROVISION that the following real property located at

206 Jim Road, Douglas, GA. 31533, further described as:

> All that tract or parcel of land, lying and being in Original Lot of Land No. 236 in the 6th Land
> District of Coffee County, Georgia, containing 5.13 acres, more or less, according to that certain
> plat prepared by E. Kirby Flolton, RLS, dated April 12, 2006 and recorded in the Office of the
> Clerk of Superior Court of Coffee County, Georgia in Plat Book 102, Page 105 A.

> Less and Except: All that certain tract or parcel of land lying and being situate in Land Lot
> 236 in the 6th Land District of Coffee County, Georgia, containing 2.21 acres, more or less,
> according to a plat prepared for Arnold Parsons, by E. Kirby Holton, RLS #2944, dated April
> 2, 2013 and recorded in Plat Book 112, Page 105A, in the Office of the Clerk of Superior Court
> of Coffee County, Georgia; said plat and the recording thereof being incorporated herein by
> reference.

> This deed is given subject to all easements and restrictions of record, if any.

The property, titled in the name of Nery Rene Carrillo Najarro and Ramon Ramirez, together with all

appurtenances thereto, improvements thereon, furnishing and fixtures, is subject to forfeiture to the United States of America under the provisions of 21 U.S.C.§ 853.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of a preliminary order of forfeiture.

For further information concerning the forfeiture, reference may be made to the records of the Clerk of the Court for the United States District Court for the Southern District of Georgia, Waycross Division.

DATED, this 11th day of February 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

Signed, sealed and delivered in the presence of:

_Wanda Jackson_
Witness
Sworn to and subscribed before me this
11 day of February, 2022.

_Gale Barrow_
Notary Public, Chatham County, Georgia
My Commission Expires: 6 - 9 - 24

GALE BARROW
NOTARY PUBLIC
Chatham County
State of Georgia
My Comm. Expires      June 9, 2024

2.