

**U.S. Department of Justice**
United States Attorney's Office
Southern District of Georgia

P.O. Box 8970
Savannah, Georgia 31412
912-652-4388/FAX

22 Barnard St., Suite 300
Savannah, Georgia 31401
912-652-4422

February 11, 2022

*VIA FEDERAL EXPRESS*
Clerk of Superior Court Colquitt County
Attn: Recorders Office
9 South Main Street
2nd Floor, Room #214
Moultrie, GA 31768

RE: Recording of *Notice of Lis Pendens*

To Whom It May Concern:

Enclosed, please find an Indictment as to 6447 US Highway 319 N., Colquitt, GA. 31775, further described as:

> The following described property:
>
> All that certain piece, parcel or tract of land situate, lying and being in the 9th Land District of Colquitt County, Georgia, and being 3.44 acres, more or less, of Land Lot 25, thence Northeastward along the Northwest right of way line of said highway 1,926.00 feet to the point of beginning, thence North 15 degrees 58 minutes West 382.45 feet; thence North 39 degrees 50 minutes East 367.14 feet; thence South 49 degrees 34 minutes East 316 feet to the Northwest right of way line of U.S. Highway 319; thence along the Northwest right of way line of U.D, Highway 319 South 39 degrees 48 minutes West 578.90 feet to the point of beginning, as shown on a plat of survey thereof entitled "Property of M.W. Klaus, II" made by Hurley J. Griffin, surveyor of date of June 1976, and recorded in Plat Book 9, Page 56 in the Office of the Clerk of Superior Court of Colquitt County, Georgia, which said plat and the record thereof are by reference incorporated herein.
>
> This conveyance is made subject to the oil, gas and mineral reservation as recited in the deed recorded in Deed Book 313, Page 419, Colquitt County Records.

The Indictment does not need to be recorded.

Please contact me at 912-652-4422 should you have any comments or questions.

Sincerely,

Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477
P.O. Box 8970
Savannah, GA 31412

Enclosure

RE: PROPERTY CURRENTLY OR FORMERLY OWNED BY <u>MANUEL ALFONSO MARTINEZ JR., LUIS ALBERTO MARTINEZ, ARMANDO MARTINEZ, AND SERGIO ALFONSO MARTINEZ</u>

PLEASE RETURN TO:
Xavier A. Cunningham
Assistant U.S. Attorney
P.O. Box 8970
Savannah GA 31412

PLEASE CROSS-REFERENCE TO THAT CERTAIN <u>WARRANTY</u> DEED RECORDED ON <u>FEBRUARY 14, 2003</u> AT DEED BOOK <u>776</u>, PAGE <u>599</u>, IN THE <u>COLQUITT</u> COUNTY, GEORGIA REAL ESTATE RECORDS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR521-09 |
| MANUEL ALFONSO MARTINEZ JR., | ) |
| LUIS ALBERTO MARTINEZ, | ) |
| ARMANDO MARTINEZ, and | ) |
| SERGIO ALFONSO MARTINEZ | ) |
| | ) |
| | ) |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that on October 5, 2021, a Sealed INDICTMENT was returned by a Federal Grand Jury sitting in the Southern District of Georgia, Waycross Division, charging the above-named Defendant with violations of 18 U.S.C. § 981(a)(1)(C), 982(a)(1), 1594(d) and 28 U.S.C. § 2461(c), and charging in the FORFEITURE PROVISION that the following real property located at 6447 US Highway 319 N., Colquitt, GA. 31775, further described as:

> The following described property:
>
> All that certain piece, parcel or tract of land situate, lying and being in the 9th Land District of Colquitt County, Georgia, and being 3.44 acres, more or less, of Land Lot 25, thence Northeastward along the Northwest right of way line of said highway 1,926.00 feet to the point of beginning, thence North 15 degrees 58 minutes West 382.45 feet; thence North 39 degrees 50 minutes East 367.14 feet; thence South 49 degrees 34 minutes East 316 feet to the Northwest right of way line of U.S. Highway 319; thence along the Northwest right of way line of U.D. Highway 319 South 39 degrees 48 minutes West 578.90 feet to the point of beginning, as shown on a plat of survey thereof entitled "Property of M.W. Klaus, II" made by Hurley J. Griffin, surveyor of date of June 1976, and recorded in Plat Book 9, Page 56 in the Office of the Clerk of Superior Court of Colquitt County, Georgia, which said plat and the record thereof are by reference incorporated herein.
>
> This conveyance is made subject to the oil, gas and mineral reservation as recited in the deed recorded in Deed Book 313, Page 419, Colquitt County Records.

The property, titled in the name of Manuel Alfonso Martinez Jr., Luis Alberto Martinez, Armando Martinez, and Sergio Alfonso Martinez, together with all appurtenances thereto, improvements thereon, furnishing and fixtures, is subject to forfeiture to the United States of America under the provisions of 21 U.S.C.§ 853.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of a preliminary order of forfeiture.

For further information concerning the forfeiture, reference may be made to the records of the Clerk of the Court for the United States District Court for the Southern District of Georgia, Waycross Division.

DATED, this 11th day of February, 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

Signed, sealed and delivered in the presence of:
_Wanda Jackson_
Witness

Sworn to and subscribed before me this
11th day of February, 2022.

_Gale Barrow_
Notary Public, Chatham County, Georgia
My Commission Expires: 6-9-24

GALE BARROW
NOTARY PUBLIC
Chatham County
State of Georgia
My Comm. Expires    June 9, 2024

2.