

**U.S. Department of Justice**
United States Attorney's Office
Southern District of Georgia

P.O. Box 8970
Savannah, Georgia 31412
912-652-4388/FAX

22 Barnard St., Suite 300
Savannah, Georgia 31401
912-652-4422

February 11, 2022

*VIA FEDERAL EXPRESS*
Clerk of Superior Court Telfair County
Attn: Recorders Office
128 E. Oak St.
McRae-Helena, GA 31055

RE:  Recording of *Notice of Lis Pendens*

To Whom It May Concern:

Enclosed, please find an Indictment as to 102 Ashley Lane, Helena, Georgia 31055, further described as:

> All that tract or parcel of land lying containing 1.3 acres, more or less, of Land No. 195 in the 10th Land District of Telfair County, Georgia, and being further described to-wit: To locate the BEGINNING POINT commence at the original West corner of Land Lot No. 195, and run thence along the original Southwest land lot line, South 46 degrees East a distance of 475 feet; thence North 44 degrees East and parallel wit the Northwest land lot line a distance of 1650 feet; thence North 71 degrees East a distance of 100 feet to an iron pin and the BEGINNING POINT of this description, and from said BEGINNING POINT, as established North 17 degrees 51 minutes East a distance of 98 feet; thence North 46 degrees 14 minutes East a distance of 184 feet; thence North 54 degrees 55 minutes East a distance of 92.5 feet to a stake; thence North 79 degrees 7 minutes East a distance of 75 feet to a stake; thence South 46 degrees 27 minutes East a distance of 185 feet; thence South 27 degrees West a distance of 11 feet; thence South 71 degrees West a distance of 465 feet to an iron pin and the BEGINNING POINT of this description; and further set forth in that certain plat of survey dated December 4, 1971, by E. E. Singletary, Georgia Registered Surveyor, License No. 786, said plat of survey recorded in Plat Book 3, Page 258, all in the Office of the Clerk of Superior Court of Telfair County, Georgia.

The Indictment does not need to be recorded.

Please contact me at 912-652-4422 should you have any comments or questions.

Sincerely,

Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477
P.O. Box 8970
Savannah, GA 31412

Enclosure

RE: PROPERTY CURRENTLY OR FORMERLY OWNED BY <u>LUIS ALBERTO MARTINEZ</u>

PLEASE RETURN TO:
Xavier A. Cunningham
Assistant U.S. Attorney
P.O. Box 8970
Savannah GA 31412

PLEASE CROSS-REFERENCE TO THAT CERTAIN <u>WARRANTY</u> DEED RECORDED ON <u>OCTOBER 9, 2014</u> AT DEED BOOK <u>16X</u>, PAGE <u>71</u>, IN THE <u>TELFAIR</u> COUNTY, GEORGIA REAL ESTATE RECORDS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR521-09 |
| ) | |
| LUIS ALBERTO MARTINEZ ) | |

<u>NOTICE OF LIS PENDENS</u>

NOTICE IS HEREBY GIVEN that on October 5, 2021, a Sealed INDICTMENT was returned by a Federal Grand Jury sitting in the Southern District of Georgia, Waycross Division, charging the above-named Defendant with violations of 18 U.S.C. § 981(a)(1)(C), 982(a)(1), 1594(d) and 28 U.S.C. § 2461(c), and charging in the FORFEITURE PROVISION that the following real property located at 102 Ashley Lane, Helena, Georgia 31055, further described as:

> All that tract or parcel of land lying containing 1.3 acres, more or less, of Land No. 195 in the 10th Land District of Telfair County, Georgia, and being further described to-wit: To locate the BEGINNING POINT commence at the original West corner of Land Lot No. 195, and run thence along the original Southwest land lot line, South 46 degrees East a distance of 475 feet; thence North 44 degrees East and parallel wit the Northwest land lot line a distance of 1650 feet; thence North 71 degrees East a distance of 100 feet to an iron pin and the BEGINNING POINT of this description, and from said BEGINNING POINT, as established North 17 degrees 51 minutes East a distance of 98 feet; thence North 46 degrees 14 minutes East a distance of 184 feet; thence North 54 degrees 55 minutes East a distance of 92.5 feet to a stake; thence North 79 degrees 7 minutes East a distance of 75 feet to a stake; thence South 46 degrees 27 minutes East a distance of 185 feet; thence South 27 degrees West a distance of 11 feet; thence South 71 degrees West a distance of 465 feet to an iron pin and the BEGINNING POINT of this description; and further set forth in that certain plat of survey dated December 4, 1971, by E. E. Singletary, Georgia Registered Surveyor, License No. 786, said plat of survey recorded in Plat Book 3, Page 258, all in the Office of the Clerk of Superior Court of Telfair County, Georgia.

The property, titled in the name of Luis Alberto Martinez, together with all appurtenances thereto,

improvements thereon, furnishing and fixtures, is subject to forfeiture to the United States of America under the provisions of 21 U.S.C.§ 853.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of a preliminary order of forfeiture.

For further information concerning the forfeiture, reference may be made to the records of the Clerk of the Court for the United States District Court for the Southern District of Georgia, Waycross Division.

DATED, this 11th day of February, 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Xavier A. Cunningham*

Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

Signed, sealed and delivered in the presence of:
*Wanda Jackson*
Witness

Sworn to and subscribed before me this
11th day of February, 2022.

*Gale Barrow*
Notary Public, Chatham County, Georgia
My Commission Expires: 6-9-24

GALE BARROW
NOTARY PUBLIC
Chatham County
State of Georgia
My Comm. Expires   June 9, 2024

2.