IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-9 |
| MARIA LETICIA PATRICIO, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant's Unopposed Motion to Travel. Doc. 347. After careful consideration, the Defendant's Motion is **GRANTED**. Defendant is authorized to travel to Las Vegas, Nevada from April 19, 2022 through April 21, 2022 to attend the April meeting of the Promotores Unidos USA. Defendant is permitted to leave the Southern District of Georgia on April 18, 2022 to travel to Las Vegas, Nevada. Defendant must return to the Southern District of Georgia on or before April 21, 2022. Defendant is Ordered to communicate with her supervising probation officer as directed and must follow all instructions provided by her supervising probation officer related to travel. Moreover, all other conditions of release are unaffected by this modification and are still in effect. Doc. 124, as Amended, docs. 219 and 225.

**SO ORDERED**, this 23rd day of March, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA