IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 5:21-CR-09 |
| | ) | 4:17-MJ-52 |
| | ) | 4:19-MJ-67 |
| MARIA LETICIA PATRICIO, *et al.* | ) | |
|     Defendants. | ) | |

**UNITED STATES' MOTION TO DISCLOSE**

The United States respectfully moves the Court for an Order to disclose all sealed documents filed in cases 4:17-MJ-52 and 4:19-MJ-67 to counsel for Defendants as part of its discovery production in case 5:21-CR-09. The documents include search warrants, applications for pen trap and traces, applications for the disclosure of tax returns, applications for the interception of wire and electronic communications, and related documents, papers, and Orders filed under seal in case numbers 4:17-MJ-52 and 4:19-MJ-67. The United States is not moving to unseal the documents. In support of this motion, the United States shows the following:

During the investigation of this matter, the Court authorized multiple search warrants, applications for pen trap and traces, applications for the disclosure of tax returns, applications for the interception of wire and electronic communications, among other documents. At the United States' request, these documents were all placed under seal because the investigation was ongoing.

Although this investigation remains ongoing, several Defendants related to this investigation have been arrested and charged in case number 5:21-CR-09.

Thus, the United States now moves for permission to disclose all sealed documents in cases 4:17-MJ-52 and 4:19-MJ-67 to defense counsel in case number 5:21-CR-09 in connection with the United States' discovery production.

    Respectfully submitted,

    DAVID H. ESTES
    UNITED STATES ATTORNEY

    */s/ Tania D. Groover*
    Assistant United States Attorney
    Georgia Bar Number 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
E-mail:  tania.groover@usdoj.gov