IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 5:21-CR-09 |
| | ) | 4:17-MJ-52 |
| | ) | 4:19-MJ-67 |
| MARIA LETICIA PATRICIO, *et al.* | ) | |
|    Defendants. | ) | |

**ORDER TO DISCLOSE**

Upon motion of the United States, it is ORDERED that the United States may disclose all sealed documents in cases 4:17-MJ-52 and 4:19-MJ-67 to counsel for Defendants in case 5:21-CR-09 as part of its discovery production. At this time, the documents shall remain under seal.

**SO ORDERED**, this ____ day of April, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA