# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 5:21-cr-009 |
| | ) | |
| MARIA LETICIA PATRICIO, | ) | |
| DANIEL MENDOZA, | ) | |
| NERY RENE CARRILLO-NAJARRO, | ) | |
| ANTONIO CHAVEZ RAMOS, | ) | |
| JC LONGORIA CASTRO, | ) | |
| ENRIQUE DUQUE TOVAR, | ) | |
| CHARLES MICHAEL KING, | ) | |
| STANLEY NEAL MCGAULEY, | ) | |
| LUIS ALBERTO MARTINEZ, | ) | |
| DELIA IBARRA ROJAS, | ) | |
| JUANA IBARA CARRILLO, | ) | |
| DONNA MICHELLE ROJAS, | ) | |
| JUAN FRANCISCO ALVAREZ CAMPOS | ) | |
| ROSALVA GARCIA MARTINEZ, | ) | |
| ESTHER IBARRA GARCIA, | ) | |
| LINDA JEAN FACUNDO, | ) | |
| GUMARA CANELA, | ) | |
| DANIEL MERARI CANELA DIAZ, and | ) | |
| CARLA YVONNE SALINAS, | ) | |
| | ) | |
| Defendants. | ) | |

## PROTECTIVE ORDER FOR CERTAIN DEFENDANTS

Upon consideration of the United States' Unopposed Motion for a Protective Order Governing Discovery For Certain Defendants, the United States' Motion is **GRANTED**. Accordingly, for any discovery provided in this case to the Defendants listed in the above caption, such materials must: (1) be used by counsel of record only for purposes of representing his or her client in this action; (2) be maintained in a safe and secure manner by each counsel of record; (3) not be possessed by the

defendants, except in the presence of the defendant's counsel; and (4) not be disclosed in any form by either party in any format outside of this action, to include disclosure on social media.

Such discovery material may be disclosed by counsel only to the following designated persons: (1) investigative, secretarial, clerical, and paralegal personnel; (2) independent expert witnesses, investigators, or advisors retained by counsel of record in connection with this action; (3) other witnesses testifying to the contents of the document or material; and such other persons as hereafter may be authorized by the Court upon motion of either party.  Counsel of record shall provide a copy of this Protective Order to any designated person to whom they disclose discovery material. Prior to disclosure of discovery material to any designated person, such designated person shall agree to be subject to the terms of the protective order.

**SO ORDERED** this ___ day of April 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA