IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA LETICIA PATRICIO,<br>DANIEL MENDOZA,<br>NERY RENE CARRILLO-NAJARRO,<br>ANTONIO CHAVEZ RAMOS,<br>JC LONGORIA CASTRO,<br>ENRIQUE DUQUE TOVAR,<br>CHARLES MICHAEL KING,<br>STANLEY NEAL MCGAULEY,<br>LUIS ALBERTO MARTINEZ,<br>DELIA IBARRA ROJAS,<br>JUANA IBARRA CARRILLO,<br>DONNA MICHELLE ROJAS,<br>JUAN FRANCISCO ALVAREZ CAMPOS,<br>ROSALVA GARCIA MARTINEZ,<br>ESTHER IBARRA GARCIA,<br>LINDA JEAN FACUNDO,<br>GUMARA CANELA,<br>DANIEL MERARI CANELA DIAZ,<br>CARLA YVONNE SALINAS,<br><br>     Defendants. | CASE NO.: 5:21-cr-9 |

**O R D E R**

This matter is before the Court on the Government's Unopposed Motion for a Protective Order Governing Discovery for Certain Defendants. Doc. 361. The Government moves the Court for a Protective Order concerning discovery in this case as it relates to certain Defendants listed in the above caption.[1] The United States indicates in its Motion it has conferred with

---

[1] At this time, Defendants Margarita Rojas Cardenas and Brett Donavan Bussey oppose this motion, and the United States is conferring with defense counsel in an attempt to resolve the dispute. This Protective Order will not apply to Defendants Margarita Rojas Cardenas and Brett Donavan Bussey.

counsel for Defendants listed in the above caption and they do not oppose the Government's Motion. Doc. 361. After careful consideration and for good cause shown, the Government's Motion is **GRANTED** as to the Defendants listed in the caption.

Accordingly, for any discovery provided in this case to the Defendants listed in the above caption, such materials must: (1) be used by counsel of record only for purposes of representing his or her client in this action; (2) be maintained in a safe and secure manner by each counsel of record; (3) not be possessed by the Defendants identified in this Order, except in the presence of the Defendant's counsel; and (4) not be disclosed in any form by either party in any format outside of this action, to include disclosure on social media.

Such discovery material may be disclosed by counsel only to the following designated persons: (1) investigate, secretarial, clerical, and paralegal personnel; (2) independent expert witnesses, investigators, or advisors retained by counsel of record in connection with this action; (3) other witnesses testifying to the contents of the document or material; and (4) such other persons as hereafter may be authorized by the Court upon motion of either party. Counsel of record shall provide a copy of this Protective Order to any designated person to whom they disclose discovery material. Prior to disclosure of discovery material to any designated person, such designated person shall agree to be subject to the terms of the Protective Order.

**SO ORDERED**, this 11th day of April, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA