# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009 |
| MARIA LETICIA PATRICIO, | * | |
| Defendant. | * | |

## DEFENDANT'S SECOND UN-OPPOSED MOTION TO TRAVEL

NOW COMES **MARIA PATRICIO,** Defendant in the above-styled action, and moves this Court for entry of an order modifying the conditions of release to allow her to travel outside of the District on from May 9, 2022 through May 11, 2022. Defendant shows as follows:

1.

Defendant was released from Custody on November 23, 2021, under the conditions ordered in Doc 124.

2.

Pursuant to the Order, Defendant's travel is restricted to the Southern District of Georgia.

3.

Defendant requests to travel Tampa, Florida to celebrate Mother's Day with her grandchildren. The Defendant anticipates departing on May 9, 2022 and returning May 11, 2022.

4.

Counsel has communicated with Counsel for the Government and United States Probation, neither has an objection to travel outside of the District for the above mentioned reason.

Respectfully submitted this 3rd  day of May, 2022.


                                      **s/ Juanita M. Holsey**
Juanita M. Holsey
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:     (912) 208-2353
Facsimile:     (877) 349-4076
E-mail:  jholsey13@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009 |
| MARIA LETICIA PATRICIO, | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted this 3rd day of May, 2022.

s/ Juanita M. Holsey
Juanita M. Holsey
Attorney Bar Number: 172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA 31598
Telephone: (912) 208-2353
Facsimile: (877) 349-4076
E-mail: jholsey13@gmail.com