# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009 |
| MARIA LETICIA PATRICIO, | * | |
| Defendant. | * | |

## ORDER

This matter is before the Court on Defendant's Second Un-Opposed Motion to Travel. After careful consideration and for good cause shown, Defendant's Motion is GRANTED.

Defendant is permitted to travel outside of the Southern District of Georgia on May 9, 2022 through May 11, 2022.

All other previous conditions of release are unaffected by this modification and are still in effect.

SO ORDERED this _____ day of May, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA