IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-9 |
| MARIA LETICIA PATRICIO, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant Maria Leticia Patricio's Second Unopposed Motion to Travel, doc. 365.  The motion indicates that the Government does not oppose the motion.  After careful consideration and for good cause shown, Defendant's Motion is **GRANTED**.  Defendant Maria Leticia Patricio is permitted to travel to Tampa, Florida to celebrate Mother's Day with her grandchildren from May 9, 2022, through May 11, 2022.  Defendant must return to the Southern District of Georgia on or before May 11, 2022.  Defendant is ordered to communicate with her supervising probation officer as directed and must follow all instructions provided by her supervising probation officer related to travel.  Moreover, all other conditions of release are unaffected by this modification and are still in effect, doc. 124, as amended, docs. 219, 225.

**SO ORDERED**, this 6th day of May, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA