IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009 |
| MARIA LETICIA PATRICIO, | * | |
| Defendant. | * | |

### DEFENDANT'S THIRD UN-OPPOSED MOTION TO TRAVEL

NOW COMES **MARIA PATRICIO,** Defendant in the above-styled action, and moves this Court for entry of an order modifying the conditions of release to allow her to travel outside of the District on June 27, 2022 through June 30, 2022 and July 25, 2022 and July 28, 2022. Defendant shows as follows:

1.

Defendant was released from Custody on November 23, 2021, under the conditions ordered in Doc 124.

2.

Pursuant to the Order, Defendant's travel is restricted to the Southern District of Georgia.

3.

Defendant requests to travel to Houston, Texas to attend a showcase and musical expo. The Defendant anticipates departing on June 27, 2022 and returning June 30, 2022.

4.

Defendant also requests to travel to Las Vegas, Nevada to attend another showcase and musical expo. The Defendant anticipates departing on July 25, 2022 and returning on July 28, 2022.

5.

Counsel has communicated with Counsel for the Government and United States Probation, neither has an objection to travel outside of the District for the defendant on the dates listed above for the reasons outlined.

Respectfully submitted this 22nd day of June, 2022.

                                            **s/ Juanita M. Holsey**
                                            Juanita M. Holsey
                                            Attorney Bar Number:  172161
                                            Attorney for Defendant
                                            The Holsey Law Firm, LLC
                                            P.O. Box 132
                                            Jesup, GA  31598
                                            Telephone:     (912) 208-2353
                                            Facsimile:      (877) 349-4076
                                            E-mail:  jholsey13@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009 |
| MARIA LETICIA PATRICIO, | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted this 22nd day of June, 2022.

                s/ Juanita M. Holsey
                Juanita M. Holsey
                Attorney Bar Number:  172161
                Attorney for Defendant
                The Holsey Law Firm, LLC
                P.O. Box 132
                Jesup, GA  31598
                Telephone:   (912) 208-2353
                Facsimile:     (877) 349-4076
                E-mail:  jholsey13@gmail.com