IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-9 |
| MARIA LETICIA PATRICIO, | |
| Defendant. | |

**O R D E R**

    This matter is before the Court on Defendant's Third Un-Opposed Motion to Travel. Doc. 420.  After careful consideration, the Defendant's Motion is **GRANTED**.  Defendant is authorized to leave the Southern District of Georgia and travel to Houston, Texas on June 27, 2022 in order to attend a showcase and musical expo.  Defendant must return to the Southern District of Georgia on or before June 30, 2022.  Defendant is also permitted to leave the Southern District of Georgia on July 25, 2022 to travel to Las Vegas, Nevada in order to attend a showcase and musical expo.  Defendant must return to the Southern District of Georgia on or before July 28, 2022.  Defendant is ordered to communicate with her supervising probation officer as directed and must follow all instructions provided by her supervising probation officer related to travel.  Moreover, all other conditions of release are unaffected by this modification and are still in effect.  Doc. 124, as amended, docs. 219 and 225.

**SO ORDERED**, this 24th day of June, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA