**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 5:21-cr-9 |
| MARIA LETICIA PATRICIO, | |
| DANIEL MENDOZA, | |
| NERY RENE CARRILLO-NAJARRO, | |
| ANTONIO CHAVEZ RAMOS, | |
| JC LONGORIA CASTRO, | |
| ENRIQUE DUQUE TOVAR, | |
| CHARLES MICHAEL KING, | |
| STANLEY NEAL MCGAULEY, | |
| LUIS ALBERTO MARTINEZ, | |
| DELIA IBARRA ROJAS, | |
| JUANA IBARRA CARRILLO, | |
| DONNA MICHELLE ROJAS, | |
| MARGARITA ROJAS CARDENA, | |
| JUAN FRANCISCO ALVAREZ CAMPOS, | |
| ROSALVA GARCIA MARTINEZ, | |
| ESTHER IBARRA GARCIA, | |
| BRETT DONAVAN BUSSEY, | |
| LINDA JEAN FACUNDO, | |
| GUMARA CANELA, | |
| DANIEL MERARI CANELA DIAZ, | |
| CARLA YVONNE SALINAS, | |
| Defendants. | |

**O R D E R**

This order concerns the United States' Unopposed Motion for Additional Time to File
Pretrial Motions.  Doc. 424.  For the reasons set forth below, the Government's Motion is
**GRANTED**.

The first Defendants in this action appeared for their initial appearances and arraignments
in November of 2021.  At that those hearings, the Government represented that the discovery

materials in this case are voluminous and would require significant time for Defendants' counsel to review and consider the materials, and, therefore, to submit any pretrial motions. As a result, Defendants' counsel requested an extension to standard 10-day schedule provided for in the Court's Local Rules. Counsel for the Government did not oppose the request and the Court ordered that all pretrial motions be filed on or before May 17, 2022 (i.e., within 180 days of the arraignments of those first-appearing Defendants). Doc. 152. Because other Defendants appeared later in the case, the Court modified the initial schedule as to all Defendants, extending the deadline for the submission of pretrial motions to July 5, 2022—which is 229 days from the date the first Defendants in this case appeared. Doc. 270. July 5, 2022 is the current pretrial motions deadline.

In the instant Motion, the Government asks the Court to extend the pretrial motions deadline by another 120 days (from July 5, 2022 to November 2, 2022). Doc. 424. The Government states this extension is necessary for defense counsel to have adequate time to receive and review discovery materials and to file any pretrial motions. The Government explains that it produced the first round of discovery materials to Defendants on April 8, 2022, and that the materials produced were exceptionally voluminous. The Government also states it intends to produce copies of more than 100 boxes of documents and images of more than 150 devices, all of which were seized in November 2021. The Government states it is possible that even more time—beyond the 120 days requested—may be needed in the future. The Government represents it has conferred with all defense counsel and there is no opposition to the requested extension.

The Government's request is extraordinary. The Government's proposed schedule would provide 349 days from the date the first Defendants appeared in this action to the deadline for the

submission of the pretrial motions.  Resolution of those motions will inevitably take significant time after the filing deadline.  The Government represents that the lengthy proposed schedule is necessary because of the volume of discovery.  That is certainly true, but it is not the only reason.  The Government's Motion makes it clear that the production of discovery materials has been slow and protracted.  By the Government's representations, the first round of discovery was not produced for more than six months after the grand jury returned the indictment, and long after the first Defendants appeared before the Court.  The Government represents an additional round of production is forthcoming, although it fails to say when that production will occur. Instead, the Government explains the additional production derives from seizures conducted nearly eight months ago, and that the volume is enormous.  The need for an extended schedule arises not just from the volume of discovery, but also from the slow production of those materials.

All that said, I will **GRANT** the Government's request for an extension.  The extension is needed to allow Defendants adequate time to review and consider the already produced discovery materials and the forthcoming materials, and to prepare and submit pretrial motions.  I have carefully considered the request and find that the Government has shown good cause for the extension.  While the Government suggests more extensions may be necessary in the future, the Government should take steps avoid the need for any similar requests in the future.  The Government should work expeditiously to produce all additional discovery materials.  The Court issues the following amended schedule:

**Pretrial Motions.**  All pretrial motions shall be filed on or before **November 2, 2022**. The opposing party shall file its response to pretrial motions on or before **December 2, 2022**. The Court finds, as a matter of fact and law, the time Defendants requested to prepare and file

pretrial motions is not for the purpose of delay, but in the furtherance of justice, and to protect the Defendants' right to a fair trial.  The Court also finds the request is for the purpose of allowing reasonable time necessary, assuming the exercise of due diligence, for the effective preparation of defense counsel in that counselor needs additional time to prepare the appropriate defense motions in this case.  Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding that the ends of justice served by granting the request outweigh the best interest of the public and Defendants in a speedy trial, the Court grants this time for filing pretrial motions.  This period of time—July 1, 2022 through and including December 2, 2022—is excluded in computing the time within which the trial of this matter may commence.

Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court.  Parties must file separate motions for each form of relief sought; consolidated motions are not permitted.  However, where a party has filed multiple motions, the responding party may file a consolidated response to multiple motions where doing so would not create confusion or ambiguity.  The Government may elect to file a single consolidated response to all of Defendants' pending motions, but must file that consolidated response on or before **December 2, 2022**.

**Joint Status Report.**  The Court **ORDERS** the parties to file a joint status report on or before **December 16, 2022**.  For the convenience of the parties, the Court has attached to this Order two sample formats for the joint status report.  In the joint status report, the parties must either state that all pretrial motions have been resolved or identify the motions that require a Court ruling.  All motions requiring a ruling by the Court must be identified by title and docket number.  For any such motions, the parties must state (a) whether the motion is opposed; (b)

whether any party requests oral argument on the motion; and (c) whether any party requests an evidentiary hearing on the motion.

**Motions Hearing.**  The Motions Hearing previously scheduled for August 25, 2022 is rescheduled for Wednesday, January 11, 2023 at 10:00 a.m., Waycross Federal Courthouse, 3rd Floor Courtroom, Waycross, Georgia.  The Court will conduct a hearing on all pending motions listed in the joint status report.  Unless ordered otherwise, Defendants, their counsel, and counsel for the Government shall attend the hearing.

Additionally, in accordance with Federal Rule of Criminal Procedure 5(f)(1), the Court confirms the prosecutor's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  Failure to timely perform these obligations may result in various consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions.

**SO ORDERED**, this 1st day of July, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA