UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs().                                          Case No.: 5:21-CR-9

MARIA PATRICIO,

        Defendant.

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW, MARIA PATRICIO, Defendant in the above-styled action, and moves this Court for entry of an order modifying the conditions of release. In support of this motion, the Defendant shows as follows:

1.

Mrs. Patricio was released from Custody on November 23, 2021, subject to the conditions ordered in Doc. 124.

2.

Pursuant to the Order, Mrs. Patricio is subject to location monitoring technology by the United States Probation. For approximately ten months of monitoring, Mrs. Patricio has complied with all the requirements associated with her monitoring.

3.

Counsel would request that Mrs. Patricio be relieved of her monitoring requirements. Counsel has communicated with Counsel for the Government and United States Probation, neither had an objection to Mrs. Patricio being released from her location monitoring.

4.

In addition to monitoring, Mrs. Patricio's travel is restricted to the Southern District of Georgia.

5.

Mrs. Patricio has a biological aunt and biological brother with extensive medical issues who are residing in the Northern and Middle Districts of Florida. She wishes to be available to assist her family members with providing care and transportation to medical visits for both her aunt and brother.

6.

Mrs. Patricio would request that her travel be restriction be modified to restrict her to travel in the Southern District of Georgia, the Northern District of Florida and the Middle District of Florida.

7.

Counsel has attempted to communicate with the government regarding its position on including these additional districts to Mrs. Patricio's travel restrictions. Currently, Counsel does not know if the Government has an objection to this request.

8.

Further, Mrs. Patricio request to be permitted to travel on to the locations on the dates listed below.

- Tampa, Florida; Ruskin, Florida; Meade, Florida; and Frostproof, Florida (all located in the Northern and Middle Districts of Florida) to assist with the medical needs of her family:
    - September 13, 2022 through September 15, 2022;
    - September 27, 2022 through September 29, 2022;
    - October 18, 2022 through September 20, 2022;
    - November 1, 2022 through November 3, 2022;
    - November 21, 2022 through November 23, 2022;
    - December 6, 2022 through December 8, 2022;

- - December 13, 2022 through December 15, 2022; and
  - December 23, 2022 through December 26, 2022.
- Las Vegas, Nevada to attend a Showcase and Musical Expo:
  - October 3, 2022 through October 7, 2022; and
  - November 14, 2022 through November 18, 2022.

9.

Counsel has communicated all of these travel dates and locations to the Government. Government did not have any objections to the requested travel dates. Counsel did not provide these specific dates to United States Probation but did discuss future travel and there were no objections at that time.

This 9th day of September, 2022.

                                                        The Holsey Law Firm, LLC

                                                        */s/ Juanita M. Holsey*
                                                        Juanita M. Holsey
                                                        Attorney for Defendant
                                                        Georgia Bar No: 172161

P.O. Box 132
Jesup, GA 31598
T:  912.208.2353
F:  877.349.4076
Email:  jholsey13@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2022, I served upon all parties a copy of the foregoing Motion to Modify Conditions of Release in accordance with the notice of electronic filing (NEF), which was generated as a result of electronic filing in this Court.

Dated this 9th day of September, 2022.

The Holsey Law Firm, LLC


*/s/ Juanita M. Holsey*
Juanita M. Holsey
Attorney for Defendant
Georgia Bar No: 172161

P.O. Box 132
Jesup, GA 31598
T:   912.208.2353
F:   877.349.4076
Email:   jholsey13@gmail.com