IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-9 |
| MARIA LETICIA PATRICIO, | |
| Defendant. | |

## O R D E R

This matter is before the Court on Defendant's Motion to Modify Conditions of Release. Doc. 445. After careful consideration, the Defendant's Motion is **GRANTED**. Defendant's Order Setting Conditions of Release, doc. 124, as amended, is modified to reflect that Defendant is no longer required to have any location monitoring as part of her conditions of release. Defendant's Order Setting Conditions of Release, doc. 124, as amended, is further amended to reflect that Defendant's travel is restricted to the Southern District of Georgia, Northern District of Florida and the Middle District of Florida with permitted travel between the districts.

As for Defendant's request for permission to travel to Las Vegas, Nevada, as set out in her Motion, doc. 445, Defendant's request is **GRANTED**. Defendant is authorized to travel to Las Vegas, Nevada from October 3, 2022 through and including October 7, 2022 to attend a Showcase Musical and Expo. Defendant is permitted to leave the Southern District of Georgia on October 3, 2022 to travel to Las Vegas, Nevada. Defendant must return to the Southern District of Georgia on or before October 7, 2022. Defendant is further authorized to travel to Las Vegas, Nevada from November 14, 2022 through and including November 18, 2022 to attend a Showcase Musical and Expo. Defendant is permitted to leave the Southern District of Georgia

on November 14, 2022 to travel to Las Vegas, Nevada.  Defendant must return to the Southern District of Georgia on or before November 18, 2022.

Defendant is Ordered to communicate with her supervising probation officer as directed and must follow all instructions provided by her supervising probation officer related to travel. Moreover, all other conditions of release are unaffected by this modification and are still in effect.  Doc. 124, as Amended, docs. 219 and 225.

**SO ORDERED**, this 9th day of September, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA