IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO 5:21-cr-009 |
| | ) | |
| MARIA LETICIA PATRICIO, *et al.* | ) | |

**ORDER TO SEAL**

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That Exhibit A to Doc. Number 455 be sealed until further Order of this Court.

So ORDERED this _____ day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1