IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA LETICIA PATRICIO,<br>DANIEL MENDOZA,<br>NERY RENE CARRILLO-NAJARRO,<br>ANTONIO CHAVEZ RAMOS,<br>JC LONGORIA CASTRO,<br>ENRIQUE DUQUE TOVAR,<br>CHARLES MICHAEL KING,<br>STANLEY NEAL MCGAULEY,<br>LUIS ALBERTO MARTINEZ,<br>DELIA IBARRA ROJAS,<br>JUANA IBARRA CARRILLO,<br>DONNA MICHELLE ROJAS,<br>MARGARITA ROJAS CARDENAS,<br>JUAN FRANCISCO ALVAREZ CAMPOS,<br>ROSALVA GARCIA MARTINEZ,<br>ESTHER IBARRA GARCIA,<br>BRETT DONAVAN BUSSEY,<br>LINDA JEAN FACUNDO,<br>GUMARA CANELA,<br>DANIEL MERARI CANELA DIAZ,<br>CARLA YVONNE SALINAS,<br><br>    Defendants. | CASE NO.: 5:21-cr-9 |

**O R D E R**

This matter is before the Court on the parties' Joint Motion for Additional Time to File Pretrial Motions. Doc. 461. The current deadline for filing pretrial motions in this case as to the Defendants named in this Order is November 2, 2022. At this time, the Court **ORDERS** that the time for filing pretrial motions as to the Defendants named in this Order is suspended pending further notice by the Court. The Court **DIRECTS** the parties' counsel to appear before the

undersigned for a Status Conference on Wednesday, November 9, 2022 at 10:00 a.m. in the Waycross Federal Courthouse. The Court intends to only address scheduling issues in this matter, and, therefore, Defendants are permitted but not required to attend the hearing. Fed. R. Crim. P. 43(b). Counsel for each Defendant is required to participate. If any Defendant currently in pretrial detention wishes to attend the conference, counsel for that Defendant must provide notice of that request **on or before November 4, 2022** so that the Court can secure interpreting services, if required, and to give adequate time for the United States Marshals Service to arrange transport for the Defendant.

The conference will cover any additional argument on the parties' Joint Motion for Additional Time to File Pretrial Motions. Doc. 461. The Government shall be prepared to provide a comprehensive status report concerning discovery in this action.

**SO ORDERED**, this 28th day of October, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA