IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA LETICIA PATRICIO,<br>ANTONIO CHAVEZ RAMOS,<br>DANIEL MENDOZA,<br>NERY RENE CARRILLO-NAJARRO,<br>JC LONGORIA CASTRO,<br>ENRIQUE DUQUE TOVAR,<br>CHARLES MICHAEL KING,<br>STANLEY NEAL MCGAULEY,<br>LUIS ALBERTO MARTINEZ,<br>DELIA IBARRA ROJAS,<br>JUANA IBARRA CARRILLO,<br>DONNA MICHELLE ROJAS,<br>MARGARITA ROJAS CARDENA,<br>JUAN FRANCISCO ALVAREZ CAMPOS,<br>ROSALVA GARCIA MARTINEZ,<br>ESTHER IBARRA GARCIA,<br>BRETT DONAVAN BUSSEY,<br>LINDA JEAN FACUNDO,<br>GUMARA CANELA,<br>DANIEL MERARI CANELA DIAZ,<br>CARLA YVONNE SALINAS,<br><br>    Defendants. | CASE NO.: 5:21-cr-9 |

**O R D E R**

This matter is before the Court on the parties' Joint Motion for Additional Time to File Pretrial Motions, doc. 461, and Defendants' oral motion for a six-month extension of the time to file pretrial motions. For the reasons set forth below, the parties' Joint Motion and Defendants' oral motion are **GRANTED**.

The first Defendants in this action appeared for their initial appearances and arraignments in November of 2021. At those hearings, the Government represented that the discovery materials in this case are voluminous and would require significant time for Defendants' counsel to review and consider the materials, and, therefore, to submit any pretrial motions. As a result, Defendants' counsel requested an extension to standard 10-day schedule provided for in the Court's Local Rules. Counsel for the Government did not oppose the request and the Court ordered that all pretrial motions be filed on or before May 17, 2022 (i.e., within 180 days of the arraignments of those first-appearing Defendants). Doc. 152. Because other Defendants appeared later in the case, the Court modified the initial schedule as to all Defendants, extending the deadline for the submission of pretrial motions to July 5, 2022—which is 229 days from the date the first Defendants in this case appeared. Doc. 270. On July 1, 2022, the Court issued an Order extending the time for the Defendants to file pretrial motions to November 2, 2022. Doc. 429.

In the instant Motion, the Government asks the Court to extend the pretrial motions deadline by an additional 90 days (from November 2, 2022 to January 31, 2022). Doc. 461. The Government states that between April 8, 2022 and October 10, 2022, the United States made over fifteen terabytes of discovery available in this case. The United States indicates it has diligently worked to collect, organize, and copy discovery in this case.

The Court conducted a status conference in this case on November 9, 2022 to hear from all parties regarding the status of the discovery and any issues related to the parties' Joint Motion for Extension of Time. Doc. 461. At the hearing, the Government represented that it is aware of two categories of information it has not yet, but intends to produce to Defendants: (1) forensic images of several seized electronic devices; and (2) English translations of certain Spanish-

language interview transcripts.  The Government states it is working diligently to obtain and produce these items.  The Government also informed the Court that a large amount of discovery is currently available to be produced to Defendants, but counsel for several Defendants have not provided hard drives to the Government to facilitate the production.

Although Defendants joined in the Governments' request for a 90-day extension to the current pretrial motions deadline, once Defendants were informed of the status of discovery at the hearing, Defendants orally moved for a six-month extension of the pretrial motions deadline.  The Government did not oppose Defendants' request.

At the hearing, I advised the Government that it must prioritize the production of all outstanding discovery items.  Likewise, I directed counsel for Defendants to provide hard drives to the Government (if not already provided) and to begin reviewing all available discovery as soon as practicable.  I reiterate that guidance here.  This case has been pending more than a year.  It is critical for the Government to complete its production of materials, and for Defendants to complete their review of those materials.  Further delay is unacceptable.

In light of these circumstances, and after careful consideration and for good cause shown, the Court **GRANTS** the parties' Joint Motion and Defendants' oral request at the hearing.  The pretrial motions deadline will be extended by approximately six months from the current deadline.[1]  The extension is needed to allow Defendants adequate time to review and consider the already produced discovery materials and any forthcoming materials, and to prepare and

---

[1] The Court previously issued a scheduling order related to one Defendant, Antonio Chavez Ramos, that ordered Ramos to file his pretrial motions on or before January 31, 2023, based on circumstances unique to that Defendant.  Doc. 440.  This amended Scheduling Order will apply to all Defendants, including Defendant Antonio Chavez Ramos.  Therefore, following this Order, all Defendants in this case will be on the same schedule.

submit pretrial motions.  I have carefully considered the request and find there is good cause for the extension.  The Court issues the following amended schedule:

**Pretrial Motions.**  All pretrial motions shall be filed on or before **May 9, 2023**.  The opposing party shall file its response to pretrial motions on or before **June 6, 2023**.  The Court finds, as a matter of fact and law, the time the parties have requested to prepare and file pretrial motions is not for the purpose of delay, but in the furtherance of justice, and to protect the Defendants' right to a fair trial.  The Court also finds the request is for the purpose of allowing reasonable time necessary, assuming the exercise of due diligence, for the effective preparation of defense counsel in that counselors need additional time to prepare the appropriate defense motions in this case.  Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding that the ends of justice served by granting the request outweigh the best interest of the public and Defendants in a speedy trial, the Court grants this time for filing pretrial motions.  This period of time—November 9, 2022 through and including May 9, 2023—is excluded in computing the time within which the trial of this matter may commence.

Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court.  Parties must file separate motions for each form of relief sought; consolidated motions are not permitted.  However, where a party has filed multiple motions, the responding party may file a consolidated response to multiple motions where doing so would not create confusion or ambiguity.  The Government may elect to file a single consolidated response to all of Defendants' pending motions, but must file that consolidated response on or before **June 6, 2023**.

**Joint Status Report.**  The Court **ORDERS** the parties to file a joint status report on or before **June 13, 2023**.  For the convenience of the parties, the Court has attached to this Order

two sample formats for the joint status report.  In the joint status report, the parties must either state that all pretrial motions have been resolved or identify the motions that require a Court ruling.  All motions requiring a ruling by the Court must be identified by title and docket number.  For any such motions, the parties must state (a) whether the motion is opposed; (b) whether any party requests oral argument on the motion; and (c) whether any party requests an evidentiary hearing on the motion.

**Motions Hearing.**  The Motions Hearing in this case is now scheduled for June 30, 2023 at 10:00 a.m., Courtroom 1, Waycross Federal Courthouse, 601 Tebeau Street, Waycross, Georgia.  The Court will conduct a hearing on all pending motions listed in the joint status report.  Unless ordered otherwise, Defendants, their counsel, and counsel for the Government shall attend the hearing.

**Telephonic Status Calls.**  The Court sets two telephonic status calls in this case, one for Tuesday, January 10, 2023 at 10:00 a.m., and the second for March 10, 2023 at 10:00 a.m.  Dial-in instructions will be provided by the Courtroom Deputy to counsel prior to the call.

Additionally, in accordance with Federal Rule of Criminal Procedure 5(f)(1), the Court confirms the prosecutor's disclosure obligations under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and its progeny.  Failure to timely perform these obligations may result in various consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions.

**SO ORDERED**, this 9th day of November, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA