# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009 |
| MARIA LETICIA PATRICIO, | * | |
| Defendant. | * | |

## ORDER

This matter is before the Court on Defendant's fourth Un-Opposed Motion to Travel. Doc. 504. After careful consideration and for good cause shown, Defendant's Motion is GRANTED. Defendant is authorized to leave the Southern District of Georgia and travel to Las Vegas, Nevada on December 13, 2022. Defendant must return to the Southern District of Georgia on ore before December 17, 2022. Defendant is ordered to communicate with her supervising probation officer as directed and must follow all instructions provided by her supervising officer related to travel. Moreover, all other conditions of release are unaffected by this modification and are still in effect. Doc. 124, as amended, docs. 219, 225, and 243.

SO ORDERED this _____ day of December, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA