IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-9 |
| MARIA LETICIA PATRICIO, | |
| Defendant. | |

## O R D E R

This matter is before the Court on Defendant's Fourth Un-Opposed Motion to Travel. Doc. 504, as amended, Doc. 505. Defendant represents the Government and the United States Probation Office do not oppose the request. After careful consideration, the Defendant's Motion to Travel is **GRANTED**. Defendant is permitted to travel to Las Vegas, Nevada from December 12, 2022 through December 16, 2022. Defendant is permitted to leave the Southern District of Georgia on December 12, 2022 to travel to Las Vegas, Nevada to celebrate her wedding anniversary. Defendant must return to the Southern District of Georgia on or before December 16, 2022.

Defendant is Ordered to communicate with her supervising probation officer as directed and must follow all instructions provided by her supervising probation officer related to travel. Moreover, all other conditions of release are unaffected by this modification and are still in effect. Doc. 124, as amended, Docs. 219, 225.

**SO ORDERED**, this 7th day of December, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA