UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERKS MINUTES - CRIMINAL

| CASE NO. | 521-cr-9 | DATE: | 1/10/2023 |
|---|---|---|---|
| TITLE: | USA v. Maria Leticia Patricio, et al. | | |

**HONORABLE BENJAMIN W. CHEESBRO   COURTROOM DEPUTY CLERK: KIM MIXON**

**COURT REPORTER:**

| TAPE NO. | CHAMBERS | TIME: | 10:15-10:45 | TOTAL: | 30 minutes |
|---|---|---|---|---|---|

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT | DEFENDANT |
|---|---|---|
| Tania Groover | Juanita Holsey | Maria Leticia Patricia |
| Greg Gilluly | Dennis O'Brien | Carla Yvonne Salinas |
| | Jack Downie | Charles Michael King |
| | Kimberly Copeland | Daniel Mendoza |
| | Johnny Vines | Daniel Merari Canela Diaz |
| | Katie Brewington | Delia Ibarra Rojas |
| | E. Jay Abt | Donna Michelle Rojas |
| | DeLeigh Poole | Enrique Duque Tovar |
| | Whitney Johnson | Esthar Ibarra Garcia |
| | Graham Floyd | Gumara Canela |
| | Brian Tanner | JC Longoria Castro |
| | Paul Kish | Juan Francisco Campos |
| | William Joseph Turner | Juana Ibarra Carrillo |
| | Kathy Griffin | Linda Jean Facundo |
| | Jason Moon | Luis Alberto Martinez |
| | Whitney Johnson | Esther Ibarra Garcia |
| | Marc Metts | Nery Rene Carrillo-Najarro |
| | Tina Maddox | Rosalva Garcia Martinez |
| | Jason Nix | Stanley Neal McGauley |
| | Brian McEvoy | Margarita Rojas Cardenas |

Telephonic status conference held regarding discovery.

Government provides update on status of discovery.  Government indicates Spanish-language interviews have been translated from to English and will be made available by USAfx promptly.  Government states it is attempting to unlock 28 password protected devices and will provide images of those devices if successful.  Government will track hard drives provided by defense attorneys that have not yet been received by counsel.

Court hears from defense counselors regarding concerns as to the volume of discovery and information that has been produced and yet to be produced.  All defense counsel join in an oral request for additional time under the current schedule.  Defense counsel Brian Tanner raises concerns of possible privileged or sensitive included in the Government's production and the possible need for a protective order.

Court will not alter the schedule at this time.  Court orders parties to confer on sensitive or privileged discovery information issue.  Court directs defense attorneys who have not provided hard drives to the Government to do so promptly.  Court directs Government to provide updated discovery index promptly.  Court encourages defense attorneys to consider the need for retaining an individual qualified to assist with voluminous electronic discovery.

Will readdress schedule at next status conference in March.