**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| vs. | * | **CASE NO.: 5:21CR0009** |
| **MARIA LETICIA PATRICIO,** | * | |
| **Defendant.** | * | |

### ORDER

This matter is before the Court on Defendant's Fifth Un-Opposed Motion to Travel. After careful consideration and for good cause shown, Defendant's Motion is GRANTED.

Defendant is permitted to travel outside of the Southern District of Georgia on January 22, 2023 through January 27, 2023.

All other previous conditions of release are unaffected by this modification and are still in effect.

SO ORDERED this 19th day of January, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA