# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERKS MINUTES

**CASE NO. 5:21-cr-9**  **DATE: 3/10/2023**

**TITLE:** United States of America v. Maria Leticia Patricio, et al.

**HONORABLE BENJAMIN W. CHEESBRO**  **COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: N/A**  **TIME: 10:00-10:50**  **TOTAL: 50 MINUTES**

| PLAINTIFF: | COUNSEL FOR PLAINTIFF: |
|---|---|
| United States of America | Tania Groover |

| DEFENDANTS: | COUNSEL FOR DEFENDANTS: |
|---|---|
| Maria Leticia Patricio | Juanita Holsey |
| Carla Yvonne Salinas | Dennis O'Brien |
| Charles Michael King | Jack Downie |
| Daniel Mendoza | Kimberly Copeland |
| Daniel Merari Canela Diaz | Johnny Vines |
| Delia Ibarra Rojas | Katie Brewington |
| Enrique Duque Tovar | DeLeigh Poole |
| Esthar Ibarra Garcia | Whitney Johnson |
| Gumara Canela | Graham Floyd |
| JC Longoria Castro | Brian Tanner |
| Juan Francisco Campos | Paul Kish |
| Juana Ibarra Carrillo | William Joseph Turner |
| Linda Jean Facundo | Kathy Griffin |
| Luis Alberto Martinez | Jason Moon |
| Nere Rene Carrillo Najarro | Marc Metts |
| Rosalva Garcia Martinez | Tina Maddox |
| Stanley Neal McGauley | Jason Nix |

**TELEPHONIC STATUS CONFERENCE**

**Telephonic Status Conference held 3/10/2023 to discuss discovery and scheduling. Defendant Margarita Rojas Cardenas's counsel, Brian McEvoy, failed to appear for the call. Defendant Donna Michelle Rojas's counsel, E. Jay Abt, was excused from participating in the call.**

**Court reviews the current schedule in the case.**
**Government provides update on production of discovery materials.**
**Court addresses each participating defense attorney. All defense attorneys request an extension to the deadline to file pretrial motions due to most recent production, either asking for the deadline to be extended to July 14, 2023 or sometime in October, 2023.**
**Defense counsel Tom Withers states he plans to file a motion for the Court to order the Government to provide list of evidence it plans to use at trial by its case in chief. Court will allow other Defendants to join in that motion. Court will allow Government 14 days from filing to respond.**
**Court extends the time to file pretrial motions to July 14, 2023.**
**Court will set additional status calls in the case.**
**Written order amending the schedule in the case forthcoming.**