IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA LETICIA PATRICIO,<br>DANIEL MENDOZA,<br>NERY RENE CARRILLO-NAJARRO,<br>ANTONIO CHAVEZ RAMOS,<br>JC LONGORIA CASTRO,<br>ENRIQUE DUQUE TOVAR,<br>CHARLES MICHAEL KING,<br>STANLEY NEAL MCGAULEY,<br>LUIS ALBERTO MARTINEZ,<br>DELIA IBARRA ROJAS,<br>JUANA IBARRA CARRILLO,<br>DONNA MICHELLE ROJAS,<br>MARGARITA ROJAS CARDENAS,<br>JUAN FRANCISCO ALVAREZ CAMPOS,<br>ROSALVA GARCIA MARTINEZ,<br>ESTHER IBARRA GARCIA,<br>BRETT DONAVAN BUSSEY,<br>LINDA JEAN FACUNDO,<br>GUMARA CANELA,<br>DANIEL MERARI CANELA DIAZ,<br>CARLA YVONNE SALINAS,<br><br>            Defendant. | CASE NO.: :5:21-cr-9 |

**AMENDED SCHEDULING AND DISCOVERY ORDER**

This matter is before the Court on Defendants' Oral Motion for Extension of Time to File Pretrial Motions presented during a telephonic status conference held on March 10, 2023. Counsel representing the various Defendants requested additional to file pretrial motions (some requesting until up to July 14, 2023 and others asking until October 2023) to allow additional time to review additional discovery, some of which was only recently provided to Defendants. The Government does not oppose the request. After hearing from the parties during the

telephonic status conference, and after careful consideration and for good cause shown, the Court **GRANTS** Defendants' request—at least to the extent the request was for an extension until July 14, 2023—and enters the following deadlines, findings, and instructions.

| EVENT | DEADLINE |
| --- | --- |
| Telephonic Status Conference (only counsel required to participate) | April 28, 2023 |
| Telephonic Status Conference (only counsel required to participate) | June 2, 2023 |
| Government Notice (Fed. R. Evid. 404(b)) | June 14, 2023 |
| Government Expert Disclosures (Fed. R. Crim. P. 16(a)(1)(G)) | June 14, 2023 |
| Pretrial Motions by All Parties | July 14, 2023 |
| Defense Expert Disclosures (Fed. R. Crim. P. 16(b)(1)(C)) | July 14, 2023 |
| Status Report (No Motions Filed) | July 21, 2023 |
| Responses to Pretrial Motions | August 14, 2023 |
| Status Report (Motions Filed) | August 28, 2023 |

**Status Report.**  The parties shall submit the attached status report on the date set forth above, and failure to do so may result in the Court terminating all outstanding motions as resolved or waived.[1]

**Speedy Trial Findings.**  The Court finds, as a matter of fact and law, the time the parties requested to review discovery, prepare and file pretrial motions, and obtain expert witness reports is not for the purpose of delay, but in the furtherance of justice, and to protect Defendant's right to a fair trial.  The Court also finds the request is for the purpose of allowing

---

[1] The Status Report form can be found on the Court's website at: https://www.gasd.uscourts.gov/criminal-forms

reasonable time necessary, assuming the exercise of due diligence, for counsel to effectively prepare their case in that counsel needs additional time to review discovery, prepare and file pretrial motions, and obtain expert witness reports.  Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding that the ends of justice served by granting the extension outweigh the best interests of the public and Defendant in a speedy trial, the Court grants the requested time.  The period of time—March 10, 2023 through and including July 14, 2023—is excluded in computing the time within which trial of this matter may commence.

**Pretrial Motion Instructions.**  A party must file a separate motion for each form of relief sought; consolidated motions are not permitted.  A responding party may file a consolidated response to multiple motions when doing so does not create confusion or ambiguity.

In multi-defendant cases, a defendant shall not file a motion that merely adopts or incorporates by reference a motion or argument by a co-defendant.  Each defendant must file a separate motion containing a complete discussion of the evidence and arguments.  The Clerk assigns a unique number to each defendant in a multi-defendant case.  For example, in case 4:23-CR-55, the Clerk assigns the number one to the first defendant:  4:23-CR-55-<u>001</u>.  All motions and responses in multi-defendant cases must include the defendant-specific case number .

The Government and defense counsel are reminded of their responsibility under Federal Rule of Criminal Procedure 16.1 and Local Criminal Rule 16.1 to confer regarding discovery.  Considering the Government's customary practice of providing liberal discovery, many (if not all) routine discovery motions may be satisfied without the need for Court intervention.

**Rule 5 Instruction.**  In accordance with Fed. R. Crim P. 5(f)(1), the Court confirms the prosecutor's obligation to produce all exculpatory evidence to the defense in accordance with

Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Failure to timely perform these obligations may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions. Given this confirmation, generalized motions seeking assurance of the Government's compliance are unnecessary.

**Proposed Voir Dire and Jury Charges.** Unless otherwise instructed by the presiding District Judge, counsel shall file all requests to charge and proposed voir dire questions at least seven days before jury selection.

**Witness Subpoenas.** Counsel representing indigent defendants must make requests for witness subpoenas or writs for the production of prisoner witnesses at least fourteen days before the evidentiary hearing or trial. Requests for witness subpoenas must articulate specific facts demonstrating both the relevancy and necessity of the requested witnesses' testimony.

The Motions Hearing currently set in this case for June 30, 2023 is rescheduled for September 6, 2023 at 10:00 a.m., Courtroom 1, Waycross Federal Courthouse,

**SO ORDERED**, this 14th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA

v.

,

Defendant.

CASE NO.: :-CR-

**JOINT STATUS REPORT**

I. Date of Status Report Conference: _____

II. Conference Attendees:

| Name | Role |
|---|---|
|  |  |
|  |  |

III. Pretrial Motions.

☐ All pretrial motions have been satisfied or otherwise resolved.

☐ The parties have not resolved the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
|  | Y/N | Y/N | Y/N |
|  | Y/N | Y/N | Y/N |
|  | Y/N | Y/N | Y/N |

5

This day, _____.

/s/ _____
Assistant United States Attorney

/s/ _____
Defense Counsel