UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERKS MINUTES

---

**CASE NO. 5:21-cr-9**                                   **DATE: 4/28/2023**

**TITLE:** United States of America v. Maria Leticia Patricio, et al.

---

**HONORABLE BENJAMIN W. CHEESBRO**     **COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: N/A**      **TIME: 10:00 a.m.-10:37 a.m.   TOTAL: 37 minutes**

---

| PLAINTIFF: | COUNSEL FOR PLAINTIFF: |
|---|---|
| United States of America | Tania Groover |

| DEFENDANTS: | COUNSEL FOR DEFENDANTS: |
|---|---|
| Maria Leticia Patricio | Juanita Holsey |
| Antonio Chavez Ramos | Jessica Stern |
| Margarita Rojas Cardenas | Brian Fenton McEvoy |
| Charles Michael King | Jack Downie |
| Daniel Mendoza | Kimberly Copeland |
| Delia Ibarra Rojas | Katie Brewington |
| Enrique Duque Tovar | DeLeigh Poole |
| Esthar Ibarra Garcia | Whitney Johnson |
| Gumara Canela | Graham Floyd |
| JC Longoria Castro | Brian Tanner |
| Juan Francisco Campos | Paul Kish |
| Juana Ibarra Carrillo | William Joseph Turner |
| Linda Jean Facundo | Kathy Griffin |
| Luis Alberto Martinez | Jason Moon |
| Nere Rene Carrillo Najarro | Marc Metts |
| Rosalva Garcia Martinez | Tina Maddox |
| Stanley Neal McGauley | Jason Nix |
| Donna Michelle Rojas | E. Jay Abt |
| Carla Yvonne Salinas | Dennis O'Brien |
| Brett Donavan Bussey | Tom Withers |

**TELEPHONIC STATUS CONFERENCE**

Telephonic Status Conference regarding discovery and scheduling.
Court reviews the current schedule in the case.

**Government provides update on production of discovery materials. Government is in the process of putting together load file for disclosure to the defense. The load file should be available in 3-5 weeks. Government maintains the case should remain on current schedule. Court addresses each participating defense attorney.**

**Defense counsel Juanita Holsey requests additional time to file pretrial motions based on Government's time frame of 3-5 weeks before load file is available. All defense attorneys (except Tom Withers on behalf of Defendant Bussey) join in the request for additional time. Some defense attorneys seek a pretrial motions deadline in August or September; others request a deadline in October or November. Court will take matter under advisement.**

**As to Defendant Brett Donavan Bussey's Motion for Identification of the Specific Documents Which the Government Expects to Introduce in Its Case-In-Chief at Trial, doc. 549, all other defendants join in the motion. Court advises the matter is fully briefed. However, Court intends to conduct an in-person hearing on the motion. Parties will provide available dates to the Court. A representative from the Governments electronic discovery team will be required to participate in the hearing, as will the appointed defense coordinating attorney.**