UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARIA PATRICIO (01) and
DANIEL MENDOZA (02),
        Defendants.

Case No.: 5:21-CR-9

## DEFENDANTS' JOINT MOTION FOR CONTACT WITH CO-DEFENDANTS

COMES NOW, MARIA PATRICIO and DANIEL MENDOZA, Defendants in the above styled action, and moves this Court for entry of an order modifying the conditions of release to allow the Defendants to have contact with each other. The Defendants show as follows:

1.

Defendant Patricio was released from custody on November 23, 2021, under the conditions ordered in Doc 124. Defendant Mendoza was released from custody January 6, 2022, under conditions ordered in Doc 268.

2.

Pursuant to both Orders, MARIA PATRICIO and DANIEL MENDOZA are prohibited from having contact with one another outside of the presence of counsel. For approximately eighteen (18) months, the two have been prohibited from having contact with one another.

3.

Maria Patricio is the biological mother of Daniel Mendoza. Prior to the entry of this

Order, the two of them were in regular, frequent contact and maintained a close mother-son relationship.

4.

Counsel for Patricio and Counsel for Mendoza both request that the two be relieved of the no-contact provision between the two of them.

5.

Counsel for Patricio and Counsel for Mendoza have communicated with Counsel for the Government and United States Probation. Assistant United States Attorney, Tania Groover, does not have an objection to the two being permitted contact. United States Probation Officer Fonda Dixon, Pre-trial Supervisor for Patricio, deferred to the Government's decision. United States Probation Officer Joshua Sims, Pre-trial Supervisor for Mendoza deferred to the Court's decision. Both Officers indicated that both are compliant with all conditions of release.

This 9th day of May, 2023.

                                            The Holsey Law Firm, LLC

                                            */s/ Juanita M. Holsey*
                                            Juanita M. Holsey
                                            Attorney for Defendant Patricio
                                            Georgia Bar No: 172161

P.O. Box 132
Jesup, GA 31598
T:  912.208.2353
F:  877.349.4076
Email:  juanita@holseylaw.com

                                            Kimberly L. Copeland & Associates, LLC

                                            */s/Kimberly L. Copeland*
                                            Kimberly L. Copeland, Esq.
                                            Attorney for Defendant Mendoza
                                            Georgia Bar No.: 186783

256 North Brunswick Street
Jesup, Georgia 31546
T: 912-530-7317
F: 912-530-7318
Email: kim12cope@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2023, I served upon all parties a copy of the foregoing Motion for Leave of Absence in accordance with the notice of electronic filing (NEF), which was generated as a result of electronic filing in this Court.

Dated this 9th day of May, 2023.

The Holsey Law Firm, LLC

                                                        */s/ Juanita M. Holsey*
                                                        Juanita M. Holsey
                                                        Attorney for Defendant Patricio
                                                        Georgia Bar No: 172161

P.O. Box 132
Jesup, GA 31598
T:  912.208.2353
F:  877.349.4076
Email:  juanita@holseylaw.com

                                                        Kimberly L. Copeland & Associates, LLC

                                                        */s/Kimberly L. Copeland*
                                                        Kimberly L. Copeland, Esq.
                                                        Attorney for Defendant Mendoza
                                                        Georgia Bar No.: 186783

256 North Brunswick Street
Jesup, Georgia 31546
T: 912-530-7317
F: 912-530-7318
Email: kim12cope@aol.com