IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-9 |
| MARIA LETICIA PATRICIO,<br>DANIEL MENDOZA, | |
| Defendants. | |

**O R D E R**

This matter is before the Court on the Defendants' Joint Motion for Contact with Co-Defendants.  Doc. 577.  Defendants represent that the Government does not object to the Motion, and that the United States Probation Officers for the Defendants have confirmed that the Defendants have been in compliance with their bond conditions and leave the Defendants' request to the Court's discretion.  After careful consideration, the Defendants' Joint Motion for Contact with Co-Defendants, doc. 577, is **GRANTED**.  Defendants, who are mother and son, are permitted to have communication with each other and the restriction of the no contact with codefendants outside the presence of counsel is lifted as to Defendants Maria Leticia Patricio and Daniel Mendoza.  Defendants are, however, not allowed to speak about the case with one another.

Defendants are Ordered to communicate with their respective supervising probation officers as directed and must follow all instructions provided by their supervising probation officers related to this modification.  Moreover, all other conditions of release are unaffected by this modification and are still in effect, doc. 124, as amended, as to Defendant Maria Leticia Patricio, and doc. 268, as to Defendant Daniel Mendoza.

**SO ORDERED**, this 10th day of May, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA