IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO 5:21-CR-009 |
| | ) | |
| MARIA LETICIA PATRICIO, | ) | |
| DANIEL MENDOZA, | ) | |
| NERY RENE CARRILLO-NAJARRO, | ) | |
| JC LONGORIA CASTRO, | ) | |
| ENRIQUE DUQUE TOVAR, | ) | |
| CHARLES MICHAEL KING, | ) | |
| STANLEY NEAL MCGAULEY, | ) | |
| LUIS ALBERTO MARTINEZ, | ) | |
| DELIA IBARRA ROJAS, | ) | |
| JUANA IBARRA CARRILLO, | ) | |
| DONNA MICHELLE ROJAS, | ) | |
| MARGARITA ROJAS CARDENAS, | ) | |
| JUAN FRANCISCO ALVAREZ CAMPOS, | ) | |
| ROSALVA GARCIA MARTINEZ, | ) | |
| ESTHER IBARRA GARCIA, | ) | |
| BRETT DONAVAN BUSSEY, | ) | |
| LINDA JEAN FACUNDO, | ) | |
| GUMARA CANELA, | ) | |
| DANIEL MERARI CANELA DIAZ, and | ) | |
| CARLA YVONNE SALIAS | ) | |

## JOINT STATUS REPORT

The United States and Defendants[1] Maria Leticia Patricio, Daniel Mendoza,

Nery Rene Carrillo-Najarro, Antonio Chavez Ramos, JC Longoria Castro, Enrique

Duque Tovar, Delia Ibarra Rojas, Juana Ibarra Carrillo, Donna Michelle Rojas,

Margarita Rojas Cardenas, Juan Francisco Alvarez Campos, Rosalva Garcia Martinez,

---

[1] Defendants Charles Michael King, Stanley Neal McGauley, Luis Alberto Martinez, and Daniel Merari Canela Diaz no longer join in the Motion for Identification (doc. 549) because they are either set to appear for a change of plea hearing or have already appeared for a change of plea hearing.

Esther Ibarra Garcia, Brett Donavan Bussey, Linda Jean Facundo, Gumara Canela, and Carla Yvonne Salinas, collectively referred to as the parties, jointly provide the Court with the following information to assist the Court in scheduling an in-person hearing on Defendant Bussey's Motion for Identification of the Specific Documents Which the Government Expects to Introduce in Its Case-In-Chief at Trial ("Motion for Identification"), doc. 549:

1.      On April 28, 2023 and June 2, 2023, the Court advised the parties that it intends to conduct an in-person hearing on the Motion for Identification and preferred to conduct that hearing after the United States' load file of the searchable discovery was produced to the defense Discovery Coordinator, Mr. Russ Aoki.  *See* Docs. 568 and 597.

2.      The United States provides notice that counsel for the United States received the load file of the searchable discovery on May 25, 2023 and mailed the load file to the defense Discovery Coordinator on May 26, 2023.  The defense Discovery Coordinator received the load file on May 31, 2023.

3.      The defense Discovery Coordinator advised counsel for the United States that it would take several weeks for him to review the load file for any errors and then upload the file into his searchable database to then share with defense counsel.  The defense Discovery Coordinator further advised that he anticipated his review and production of the load file should be complete by mid to late June.

4.      To ensure a productive in-person hearing, the United States recommends the hearing on the Motion for Identification be scheduled after June 20, 2023.  This

will allow defense counsel to receive the load file in a searchable database prior to the hearing.

5.    Counsel for the United States has conferred with the defense Discovery Coordinator and the undersigned defense counsel to select possible dates for an in-person hearing.  The parties provide notice that counsel for the United States, a representative from the Government's electronic discovery team, the defense Discovery Coordinator, and defense counsel are all available for a hearing on the Motion for Identification on the following dates: August 16 and August 28 through August 31.

6.    The United States provides notice that the defense Discovery Coordinator and members of the Government's electronic discovery team have requested to appear by video for any scheduled hearing in this matter.  The parties have conferred and have no objection to a video appearance by the defense Discovery Coordinator or any member of the government's electronic discovery team.  *See United States v. Lattimore*, No. 20-123 (TFH), 2021 WL 860234, at *7 (D.C.C. Mar. 8, 2021) (holding that a remote suppression hearing conducted through video, as necessitated by COVID-19 pandemic, did not violate the defendant's rights).

7.    The parties provide further notice that the following defense counsel have requested to appear by video for the hearing: (1) Jessica Stern, counsel for Defendant Antonio Chavez Ramos; (2) Katie Brewington, counsel for Delia Ibarra Rojas; (3) William Turner, counsel for Juana Ibarra Carrillo; (4) Tina Maddox, counsel for Rosalva Garcia Martinez; (5) Graham Floyd, counsel for Gumara Canela; (6) Paul

Kish, counsel for Juan Francisco Alvarez Campos; and Juanita Holsey Bostick, counsel for Maria Patricio.  The United States has no objection to defense counsel appearing by video for the hearing.

8.      The parties further notify the Court that currently, they do not anticipate the need for an interpreter at this hearing.  If that changes, the parties will promptly notify the Court.

Respectfully submitted,

| | |
|---|---|
| */s/ Tania D. Groover*<br>Tania D. Groover<br>Assistant United States Attorney<br>Georgia Bar No. 127947<br>Post Office Box 8970<br>Savannah, Georgia 31412<br>Telephone: (912) 652-4422<br>Email: tania.groover@usdoj.gov | */s/ E. Gregory Gilluly, Jr.*<br>E. Gregory Gilluly, Jr.<br>Deputy Criminal Chief<br>Tennessee Bar No. 019397<br>Post Office Box 8970<br>Savannah, Georgia 31412<br>Telephone: (912) 652-4422<br>Email: greg.gilluly@usdoj.gov |
| */s/ Juanita Marie Holsey*<br>Juanita Marie Holsey<br>Attorney for Maria Patricio<br>P.O. Box 132<br>Jesup, GA 31598<br>Telephone: 912-424-3700<br>Email: jholsey13@gmail.com | */s/ Kimberly L. Copeland*<br>Kimberly L. Copeland<br>Attorney for Daniel Mendoza<br>P.O. Box 1091<br>Jesup, GA 31598-1091<br>Telephone: 912-530-7317<br>Email: kim12cope@aol.com |
| */s/ Marc G. Metts*<br>Marc G. Metts<br>Attorney for Nery Rene Carrillo-Najarro<br>Metts Law Firm, PC<br>300 N. Madison<br>Douglas, GA 31533<br>Telephone: 912-384-0015<br>Email: mettslaw@gmail.com | */s/ Robert Brian Tanner*<br>Robert Brian Tanner<br>Attorney for JC Longoria Castro<br>Griffin Durham Tanner & Clarkson<br>P.O. Box 10244<br>Savannah, GA 31412<br>Telephone: 912-867-9140<br>Email: btanner@griffindurham.com |

4

| | |
|---|---|
| **/s/ DeLeigh Poole**<br>DeLeigh Poole<br>Attorney for Enrique Duque Tovar<br>The Poole Law Group<br>P.O. Box 816<br>Waycross, GA 31502<br>Telephone: 912-614-1244<br>Email:poolelaw@thepoolelawgroup.org | **/s/ Jack Downie, Sr**<br>Jack Downie, Sr<br>Attorney for Charles Michael King<br>Downie Law, LLC<br>P.O. Box 926<br>Vidalia, GA 30475<br>Telephone: 912-537-9265<br>Email: jack@downielaw.net |
| **/s/ Jason Aaron Nix**<br>Jason Aaron Nix<br>Attorney for Stanley Neal McGauley<br>The Law Office of Jason A. Nix<br>P.O. Box 722<br>Darien, GA 31305<br>Telephone: 912-437-1272<br>Email: jason@nixlaw.net | **/s/ Jason Banks Moon**<br>Jason Banks Moon<br>Attorney for Luis Alberto Martinez<br>Moon Law Firm<br>119 West North St.<br>P.O. Box 866<br>Valdosta, GA 31603-0866<br>Telephone: 229-247-0715<br>Email: jason@valdostagalawyer.com |
| **/s/ Katie Brewington**<br>Katie Brewington<br>Attorney for Delia Ibarra Rojas<br>The Brewington Law Firm LLC<br>Georgia Bar No. 192610<br>Post Office Box 11153<br>Savannah, Georgia 31412<br>Telephone: (912) 704-0858<br>kabrewington@gmail.com | **/s/ William Joseph Turner**<br>William Joseph Turner<br>Attorney for Juana Ibarra Carrillo<br>The Turner Firm, LLC<br>7 E. Congress Street<br>Suite 611-B<br>Savannah, GA 31401<br>Telephone: 912-226-7662<br>Email: wjturn@gmail.com |
| **/s/ E. Jay Abt**<br>E. Jay Abt<br>Attorney for Donna Michelle Rojas<br>Abt Law Firm, LLC<br>2295 Parklake Dr<br>Suite 525<br>Atlanta, GA 30345<br>Telephone: 678-644-9757<br>Email: Jay@abtlaw.com | **/s/ Brian F. McEvoy**<br>Brian F. McEvoy<br>Attorney for Margarita Rojas Cardenas<br>BakerHostetler, LLP<br>1170 Peachtree St., NW, Suite 2400<br>Atlanta, GA 30309<br>Telephone: (404) 459-6696<br>Email: bmcevoy@bakerlaw.com<br>Georgia Bar Number 490845 |
| **/s/ Paul S. Kish**<br>Paul S. Kish<br>Attorney for Juan Francisco Alvarez<br>Campos<br>Kish Law LLC<br>229 Peachtree Street, NE<br>Suite 2505, International Tower<br>Atlanta, GA 30303<br>Telephone: 404-207-1338<br>Email: paul@kishlawllc.com | **/s/ Tina Euginia Maddox**<br>Tina Euginia Maddox<br>Attorney for Rosalva Garcia Martinez<br>Law Office of Tina E. Maddox, LLC<br>P.O. Box 1343<br>Vidalia, GA 30475<br>Telephone: 912-537-3025<br>Email: tinam13@bellsouth.net |

| | |
|---|---|
| **_/s/ Whitney Lauren Johnson_**<br>Whitney Lauren Johnson<br>Attorney for Esther Ibarra Garcia<br>Whitney Lauren Johnson, PC<br>777 Gloucester Street, Suite 412<br>Brunswick, GA 31520<br>Telephone: 912-614-7307<br>Email: whitney@wjhunterlaw.com | **_/s/ Thomas A. Withers_**<br>Thomas A. Withers<br>Attorney for Brett Donavan Bussey<br>Gillen Withers & Lake, LLC<br>P.O. Box 10164<br>Savannah, GA 31412<br>Telephone: 912-447-8400<br>Email: twithers@gwllawfirm.com |
| **_/s/ Kathy Register Griffin_**<br>Kathy Register Griffin<br>Attorney for Linda Jean Facundo<br>5915 Faith Ridge<br>Waycross, GA 31503<br>Telephone: 912-284-0888<br>Email: grffkrg@aol.com | **_/s/ Graham F. Floyd_**<br>Graham F. Floyd<br>Attorney for Gumara Canela<br>Johnson Floyd LLP<br>132 W. Parker Street<br>Baxley, GA 31513<br>Telephone: 912-367-9000<br>Email: gffloyd@jajlaw.com |
| **_/s/ Johnny Emmett Clyde Vines_**<br>Johnny Emmett Clyde Vines<br>Attorney for Daniel Merari Canela Diaz<br>Johnny Vines, P.C.<br>P.O. Box 1422<br>Metter, GA 30439<br>Telephone: 912-243-0519<br>Email: jecvines@outlook.com | **_/s/ Dennis A. O'Brien , Jr_**<br>Dennis A. O'Brien, Jr<br>Attorney for Carla Yvonne Salinas<br>O'Brien Law Firm, PC<br>P.O. Box 30904<br>Suite 540<br>Savannah, GA 31410<br>Telephone: 912-704-5150<br>Email: savannahlawyer@gmail.com |
| **_/s/ Jessica Stern_**<br>Jessica Stern<br>Attorney for Antonio Chavez Ramos<br>Stern Law, LLC<br>1100 Spring Street NW, #400<br>Atlanta, Georgia 30309<br>Telephone: (404) 990-4112<br>Email: jessica@sternlawfirm.us | |