UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO 5:21-CR-009 |
| | ) | |
| MARIA LETICIA PATRICIO, | ) | |
| DANIEL MENDOZA, | ) | |
| NERY RENE CARRILLO-NAJARRO, | ) | |
| ANTONIO CHAVEZ RAMOS, | ) | |
| JC LONGORIA CASTRO, | ) | |
| ENRIQUE DUQUE TOVAR, | ) | |
| CHARLES MICHAEL KING, | ) | |
| STANLEY NEAL MCGAULEY, | ) | |
| LUIS ALBERTO MARTINEZ, | ) | |
| DELIA IBARRA ROJAS, | ) | |
| JUANA IBARRA CARRILLO, | ) | |
| DONNA MICHELLE ROJAS, | ) | |
| MARGARITA ROJAS CARDENAS, | ) | |
| JUAN FRANCISCO ALVAREZ CAMPOS, | ) | |
| ROSALVA GARCIA MARTINEZ, | ) | |
| ESTHER IBARRA GARCIA, | ) | |
| BRETT DONAVAN BUSSEY, | ) | |
| LINDA JEAN FACUNDO, | ) | |
| GUMARA CANELA, | ) | |
| DANIEL MERARI CANELA DIAZ, and | ) | |
| CARLA YVONNE SALIAS | ) | |

**UNITED STATES' MOTION FOR ADDITIONAL TIME
TO FILE ITS 404(b) NOTICE AND EXPERT DISCLOSURES**

The United States respectfully moves this Court for an additional sixty days or until August 14, 2023, to provide its Notice pursuant to Rule 404(b) of the Federal Rules of Evidence and its expert witness disclosures. Counsel for the United States has discussed this motion with all parties of record and only counsel for Defendant

Antonio Chavez Ramos objects[1] to this motion.  Counsel for all other Defendants do not object to this motion.

On June 9, 2023, this Court entered an Amended Scheduling and Discovery Order, doc. 603, that set forth the following deadlines (among others):

| EVENT | DEADLINE |
|---|---|
| Government Notice (Fed. R. Evid. 404(b)) | June 14, 2023 |
| Government Expert Disclosures (Fed. R. Crim. P. 16(a)(1)(G)) | June 14, 2023 |
| Pretrial Motions by All Parties | October 2, 2023 |
| Defense Expert Disclosures (Fed. R. Crim. P. 16(b)(1)(C)) | October 2, 2023 |
| Status Report (No Motions Filed) | October 9, 2023 |
| Responses to Pretrial Motions | November 2, 2023 |
| Status Report (Motions Filed) | November 16, 2023 |

3.     Although this complex case involving twenty-one[2] Defendants is massive, the United States is working with defense counsel to address discovery issues, factual and legal issues, and potential defenses.  At this time, four Defendants are either set to appear for a change in plea hearing or have already appeared for a change in plea hearing.  In addition, the United States is working with defense counsel and currently anticipates ten additional Defendants will resolve their cases pursuant to negotiated plea agreements.  The United States further anticipates that

---

[1] At this time, the United States does not anticipate any expert witnesses for Defendant Antonio Chavez Ramos and the only potential 404(b) evidence applicable to Defendant Antonio Chavez Ramos relates to his immigration status that is noted in the Indictment.  Doc. 3.
[2] The indictment charges twenty-four defendants; however, two defendants have not yet been arraigned and one defendant is deceased.

it will resolve these cases within the next sixty days, which will then eliminate the need for pretrial motions, expert notices, and 404(b) notices for most Defendants.

4. Because the United States expects non-trial dispositions for most Defendants, the government requests an extension of sixty days or until August 14, 2023, to file its 404(b) and expert notices. If granted, the extension would still allow sufficient time for defense expert disclosures and pretrial motions by the current deadline of October 2, 2023. *See* Doc. 603. The United States respectfully submits that granting this extension will avoid unnecessary litigation and conserve judicial resources.

5. Therefore, the United States moves this Court to extend its deadline to August 14, 2023 to file its 404(b) Notice and Expert Disclosures.

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Tania D. Groover*

Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

*/s/ E. Greg Gilluly, Jr.*

E. Greg Gilluly, Jr.
Assistant United States Attorney
Tennessee Bar No. 019397

Post Office Box 8970
Savannah, GA 31412
Telephone Number: 912-652-4422