IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA LETICIA PATRICIO,<br>DANIEL MENDOZA,<br>NERY RENE CARRILLO-NAJARRO,<br>ANTONIO CHAVEZ RAMOS,<br>JC LONGORIA CASTRO,<br>ENRIQUE DUQUE TOVAR,<br>DELIA IBARRA ROJAS,<br>JUANA IBARRA CARRILLO,<br>DONNA MICHELLE ROJAS,<br>MARGARITA ROJAS CARDENAS,<br>JUAN FRANCISCO ALVAREZ CAMPOS,<br>ROSALVA GARCIA MARTINEZ,<br>ESTHER IBARRA GARCIA,<br>BRETT DONAVAN BUSSEY,<br>LINDA JEAN FACUNDO,<br>GUMARA CANELA,<br>CARLA YVONNE SALINAS,<br><br>  Defendants. | CASE NO.: 5:21-cr-9 |

## **ORDER**

This matter is before the Court on Defendant Brett Donavan Bussey's Motion for Identification of the Specific Documents Which the Government Expects to Introduce in Its Case-in-Chief at Trial. Doc. 549. The Court will conduct a hearing on August 16, 2023 at 10:00 a.m., Courtroom 3, Brunswick Federal Courthouse regarding Defendant Bussey's motion. As set out in the parties' Joint Status Report, doc. 601, certain counsel for the Defendants ask permission to appear for the hearing by video teleconference. After reviewing the parties' Joint Status Report, and the requests to participate by video teleconference, the following attorneys are allowed to participate by video teleconference for the hearing on August 16, 2023: (1) Jessica

Stern, counsel for Defendant Antonio Chavez Ramos; (2) Katie Brewington, counsel for Delia Ibarra Rojas; (3) William Turner, counsel for Juana Ibarra Carrillo; (4) Tina Maddox, counsel for Rosalva Garcia Martinez; (5) Graham Floyd, counsel for Gumara Canela; (6) Paul Kish, counsel for Juan Francisco Alvarez Campos; and (7) Juanita Holsey Bostick, counsel for Mario Patricio. In addition, the Defense Discovery Coordinator as well as members of the Government's electronic discovery team are also permitted to participate in the hearing by video teleconference. The Government must provide a list of names of those from the Government's electronic discovery team who plan to participate in the hearing. The Court will provide video connection instructions to parties to those who will be participating by video. All parties participating by video must contact Courtroom Deputy Kim Mixon at least 48 hours prior to the hearing to schedule a test connection. If any other party seeks to participate in the hearing by video connection, they must seek approval from the Court by written motion. All hearing participants are reminded of the provisions of Federal Rule of Criminal Procedure 53, prohibiting broadcasting of judicial proceedings. While certain participants are allowed to participate by video, no video or audio recordings of the proceeding are permitted. Participants may request a written transcript of the proceeding at or after the hearing.

**SO ORDERED**, this 16th day of June, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA