IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA LETICIA PATRICIO,<br>DANIEL MENDOZA,<br>NERY RENE CARRILLO-NAJARRO,<br>ANTONIO CHAVEZ RAMOS,<br>JC LONGORIA CASTRO,<br>ENRIQUE DUQUE TOVAR,<br>CHARLES MICHAEL KING,<br>STANLEY NEAL MCGAULEY,<br>LUIS ALBERTO MARTINEZ,<br>DELIA IBARRA ROJAS,<br>JUANA IBARRA CARRILLO,<br>DONNA MICHELLE ROJAS,<br>MARGARITA ROJAS CARDENAS,<br>JUAN FRANCISCO ALVAREZ CAMPOS,<br>ROSALVA GARCIA MARTINEZ,<br>ESTHER IBARRA GARCIA,<br>BRETT DONAVAN BUSSEY,<br>LINDA JEAN FACUNDO,<br>GUMARA CANELA,<br>CARLA YVONNE SALINAS,<br><br>Defendant. | CASE NO.: :5:21-cr-9 |

**AMENDED SCHEDULING AND DISCOVERY ORDER**

This matter is before the Court on the Government's Motion for Additional Time to File Its 404(b) Notice and Expert Disclosures. Doc. 607. In its motion, the Government requests 60-day extensions of the deadlines for it to file provide its Rule 404(b) notices and expert witness notices. The Government represents that it has conferred with counsel for all Defendants who have appeared in the case, and no Defendant opposes the request, except Defendant Antonio Ramos Campos. In support of its request, the Government states it expects 14 of the 21

Defendants who have appeared in this case will enter into plea agreements that fully resolve the charges against those individuals by approximately mid-August of this year.

After careful consideration and for good cause shown, the Court **GRANTS** Government's request—at least to the extent the request was for an extension for the Government to file its 404(b) notice and expert witness notices—all other deadlines set out in the Court's previous Scheduling and Discovery Order will remain as previously set.  Doc. 603. Accordingly, the following schedule shall apply in this case going forward:

| EVENT | DEADLINE |
| --- | --- |
| Government Notice (Fed. R. Evid. 404(b)) | August 14, 2023 |
| Government Expert Disclosures (Fed. R. Crim. P. 16(a)(1)(G)) | August 14, 2023 |
| Pretrial Motions by All Parties | October 2, 2023 |
| Defense Expert Disclosures (Fed. R. Crim. P. 16(b)(1)(C)) | October 2, 2023 |
| Status Report (No Motions Filed) | October 9, 2023 |
| Responses to Pretrial Motions | November 2, 2023 |
| Status Report (Motions Filed) | November 16, 2023 |

**Status Report.**  The parties shall submit the attached status report on the date set forth above, and failure to do so may result in the Court terminating all outstanding motions as resolved or waived.[1]

**Speedy Trial Findings.**  The Court finds, as a matter of fact and law, the time the parties requested to review discovery, prepare and file pretrial motions, and obtain expert witness reports is not for the purpose of delay, but in the furtherance of justice, and to protect

---

[1] The Status Report form can be found on the Court's website at: https://www.gasd.uscourts.gov/criminal-forms

Defendant's right to a fair trial.  The Court also finds the request is for the purpose of allowing reasonable time necessary, assuming the exercise of due diligence, for counsel to effectively prepare their case in that counsel needs additional time to review discovery, prepare and file pretrial motions, and obtain expert witness reports.  Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding that the ends of justice served by granting the extension outweigh the best interests of the public and Defendant in a speedy trial, the Court grants the requested time.  The period of time—June 15, 2023 through and including October 9, 2023—is excluded in computing the time within which trial of this matter may commence.

**Pretrial Motion Instructions.**  A party must file a separate motion for each form of relief sought; consolidated motions are not permitted.  A responding party may file a consolidated response to multiple motions when doing so does not create confusion or ambiguity.

In multi-defendant cases, a defendant shall not file a motion that merely adopts or incorporates by reference a motion or argument by a co-defendant.  Each defendant must file a separate motion containing a complete discussion of the evidence and arguments.  The Clerk assigns a unique number to each defendant in a multi-defendant case.  For example, in case 4:23-CR-55, the Clerk assigns the number one to the first defendant:  4:23-CR-55-<u>001</u>.  All motions and responses in multi-defendant cases must include the defendant-specific case number .

The Government and defense counsel are reminded of their responsibility under Federal Rule of Criminal Procedure 16.1 and Local Criminal Rule 16.1 to confer regarding discovery.  Considering the Government's customary practice of providing liberal discovery, many (if not all) routine discovery motions may be satisfied without the need for Court intervention.

**Rule 5 Instruction.** In accordance with Fed. R. Crim P. 5(f)(1), the Court confirms the prosecutor's obligation to produce all exculpatory evidence to the defense in accordance with <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and its progeny. Failure to timely perform these obligations may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions. Given this confirmation, generalized motions seeking assurance of the Government's compliance are unnecessary.

**Proposed Voir Dire and Jury Charges.** Unless otherwise instructed by the presiding District Judge, counsel shall file all requests to charge and proposed voir dire questions at least seven days before jury selection.

**Witness Subpoenas.** Counsel representing indigent defendants must make requests for witness subpoenas or writs for the production of prisoner witnesses at least fourteen days before the evidentiary hearing or trial. Requests for witness subpoenas must articulate specific facts demonstrating both the relevancy and necessity of the requested witnesses' testimony.

The Court will set a Motions Hearing once the parties' Joint Status Reports have been filed for those Defendants who remain in the case and have pending motions requiring a hearing.

**SO ORDERED**, this 22nd day of June, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO.: :-CR-

,

Defendant.

### JOINT STATUS REPORT

I. Date of Status Report Conference:_____

II. Conference Attendees:

| Name | Role |
|------|------|
|      |      |
|      |      |

III. Pretrial Motions.

☐ All pretrial motions have been satisfied or otherwise resolved.

☐ The parties have not resolved the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
|  | Y/N | Y/N | Y/N |
|  | Y/N | Y/N | Y/N |
|  | Y/N | Y/N | Y/N |

5

This day, _____.

               /s/ _____
                  Assistant United States Attorney

               /s/ _____
                  Defense Counsel

Case 5:21-cr-00009-LGW-BWC   Document 614   Filed 06/22/23   Page 6 of 6