UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

CASE NO. 5:21-cr-9　　　　　　　　　　　　　　DATE: 8/16/2023

TITLE: United States of America v. Maria Leticia Patricio, et al.

**HONORABLE BENJAMIN W. CHEESBRO**　　　**COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: VICTORIA ROOT**　　　TIME: 10:00 a.m.–11:40 a.m.
　　　　　　　　　　　　　　　　　　　　　TOTAL: 1 hr./40 min.

**SECURITY: CSO**

| PLAINTIFF: | COUNSEL FOR PLAINTIFF: |
|---|---|
| United States of America | Tania Groover |
| | John Harper |
| | Greg Gilluly |
| | Taylor Workman |

| DEFENDANTS: | COUNSEL FOR DEFENDANTS: |
|---|---|
| Maria Leticia Patricio | Juanita Holsey |
| Antonio Chavez Ramos | Jessica Stern |
| Margarita Rojas Cardenas | Brian Fenton McEvoy |
| Daniel Mendoza | Kimberly Copeland |
| Delia Ibarra Rojas | Katie Brewington |
| Enrique Duque Tovar | Daniel J. O'Connor |
| Esthar Ibarra Garcia | Whitney Johnson |
| Gumara Canela | Graham Floyd |
| Juan Francisco Campos | Paul Kish |
| Juana Ibarra Carrillo | William Joseph Turner |
| Linda Jean Facundo | Kathy Griffin |
| Nere Rene Carrillo Najarro | Marc Metts |
| Rosalva Garcia Martinez | Tina Maddox |
| Brett Donavan Bussey | Tom Withers |
| | |
| **Discovery Coordinating Attorney** | Russell M. Aoki |

**Hearing on Motion**

**Court conducts hearing on Defendant Brett Donavan Bussey's Motion for Identification of the Specific Documents Which the Government Expects to Introduce in its Case-In-Chief**

at Trial.  Doc. 549.  The motion was joined in by codefendants at a telephonic status call held on April 28, 2023.  Doc. 568.  Several participants requested and were permitted to participate by video teleconferenece.
Defense witness Discovery Coordinating Attorney Russell M. Aoki.  Witness sworn. 10:13-10:34.
Government argument and update on status of discovery (Tania Groover). 10:35-11:04.
Government's Exhibit 1 admitted without objection.
Government (John Harper) shows presentation regarding how Eclipse will work for discovery searching.  11:04-11:20.
Government argument continues (Tania Groover).  11:20-11:23.
Government moves to enter Government's Exhibit 2 under seal admitted without objection.
Government states it wishes to maintain the October 2, 2023 pretrial motions deadline.
Defense argument (Tom Withers).  11:23-11:33.
Defense argument (Jessica Stern).  11:34-11:36.
Defense argument (Paul Kish).  11:37-11:39.  Mr. Kish states that based on the discovery framework, he anticipates certain defense counsel may be filing motions to sever.
Court takes matter under advisement.  Written order to follow.