GAS 187(Rev. 9/03) Exhibit and Witness List

# United States District Court
## Southern District of Georgia

United States of America

v.

Brett Donavan Bussey

EXHIBIT AND WITNESS LIST

CASE NUMBER: 5:21-CR-09-20

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Benjamine W. Cheesbro | T. Groover, G. Gilluly, J. Harper | Tom Withers |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Motion Hearing, 8/16/23 | Victoria Root | Kim Mixon |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1. | | 8/16/23 | X | 8/16/23 | Example of United States' Discovery 1 Index |
| 2. | | 8/16/23 | X | 8/16/23 | United States' Reverse Proffer Presentation for Defendant Brett Bussey - SEALED. |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages