Savannah › Lit_Support › Active › CRIMINAL › Operation Blooming Onion_2017R00047 › Discovery

| Name | Date modified | Type | Size |
|---|---|---|---|
| Discovery 1 | 2/20/2023 11:40 AM | File folder | |
| Discovery 2-7 | 1/10/2023 10:32 AM | File folder | |
| Discovery 8 | 10/16/2022 8:46 PM | File folder | |
| Discovery 9 | 10/20/2022 9:29 AM | File folder | |
| Discovery 10 - IRS - | 10/20/2022 3:41 PM | File folder | |
| Discovery 11 | 6/14/2023 1:38 PM | File folder | |
| Discovery 12 | 11/8/2022 1:38 PM | File folder | |
| Discovery 13 | 11/18/2022 9:45 AM | File folder | |
| Discovery 14 | 1/10/2023 12:38 PM | File folder | |
| Discovery 15 | 4/11/2023 1:59 PM | File folder | |
| Discovery 16 | 4/11/2023 8:54 AM | File folder | |



GOVERNMENT EXHIBIT
1

ih > Lit_Support > Active > CRIMINAL > Operation Blooming Onion_2017R00047 > Discovery > Discovery 1

| Name | Date modified | Type | Size |
|---|---|---|---|
| Atkinson County Sheriff | 6/26/2020 9:19 AM | File folder | |
| Aurelio Medina & Yordon Victoria | 3/10/2022 12:18 PM | File folder | |
| Civil Case to FBI | 3/13/2022 4:45 PM | File folder | |
| Disc SPLC docs | 6/24/2020 4:15 PM | File folder | |
| DOL Discovery | 2/24/2022 8:59 AM | File folder | |
| DOS Discovery | 3/10/2022 1:37 PM | File folder | |
| Financial | 3/13/2022 6:36 PM | File folder | |
| GA Legal Services | 3/13/2022 4:54 PM | File folder | |
| GDOL Housing Certificates | 6/24/2020 3:57 PM | File folder | |
| Glynn County PD | 6/26/2020 9:20 AM | File folder | |
| Grand Jury Transcripts | 3/13/2022 4:40 PM | File folder | |
| HSI Discovery | 3/9/2022 1:57 PM | File folder | |
| Javier Sanchez Mendoza | 3/25/2022 10:29 AM | File folder | |
| Legal Process | 5/19/2023 3:23 PM | File folder | |
| Records Related to Deaths | 3/13/2022 4:35 PM | File folder | |
| USPS | 2/7/2022 2:35 PM | File folder | |
| Complete Discovery 1 Index.pdf | 2/20/2023 11:40 AM | Adobe Acrobat D... | 13,232 KB |

New                Open                Select

eration Blooming Onion_2017R00047 › Discovery › Discovery 1 › DOS Discovery

| Name | Date modified | Type | Size |
|---|---|---|---|
| Antonio Chavez Ramos | 1/3/2022 10:59 AM | File folder | |
| Brett Bussey | 1/3/2022 11:01 AM | File folder | |
| Carla Salinas | 1/3/2022 11:01 AM | File folder | |
| Charles King | 1/3/2022 11:01 AM | File folder | |
| Daniel Canela Diaz | 1/3/2022 11:01 AM | File folder | |
| Daniel Mendoza | 1/3/2022 11:05 AM | File folder | |
| David Harrell | 3/10/2022 1:11 PM | File folder | |
| Delia Ibarra Rojas | 1/3/2022 11:07 AM | File folder | |
| Donna Michelle Rojas | 1/3/2022 11:09 AM | File folder | |
| Enrique Duque Tovar | 1/3/2022 11:10 AM | File folder | |
| Esther Ibarra Garcia | 1/3/2022 11:10 AM | File folder | |
| GA Department of Revenue Records | 1/3/2022 11:19 AM | File folder | |
| Grand Jury Records | 1/28/2022 11:40 AM | File folder | |
| Gumara Canela (D Canela Resources) | 1/3/2022 11:19 AM | File folder | |
| Javier Mendoza | 1/3/2022 11:20 AM | File folder | |
| JC Longoria Castro | 1/3/2022 11:21 AM | File folder | |
| Jose Carmen Duque Tovar | 12/10/2021 9:48 AM | File folder | |
| Juan Francisco Alvarez Campos | 12/10/2021 9:48 AM | File folder | |
| Juana Ibarra Carrillo | 1/3/2022 11:21 AM | File folder | |
| Linda Jean Facundo | 1/3/2022 11:22 AM | File folder | |
| Luis Alberto Martinez | 3/10/2022 2:30 PM | File folder | |
| MAC | 1/3/2022 11:31 AM | File folder | |
| Margarita Rojas Cardenas | 1/3/2022 11:36 AM | File folder | |
| Maria Patricio | 1/3/2022 11:40 AM | File folder | |
| Nery Carrillo Najarro | 1/3/2022 11:41 AM | File folder | |
| Rosalva Garcia Martinez | 12/10/2021 10:50 AM | File folder | |
| Stanley Neil McGauley | 1/3/2022 11:41 AM | File folder | |
| Victims | 8/15/2023 11:52 AM | File folder | |
| Victoriano Chavez Hernandez | 1/3/2022 11:42 AM | File folder | |
| ._autorun.inf | 11/24/2010 2:50 PM | Setup Information | 1 KB |
| ._icon.ico | 11/24/2010 2:50 PM | Icon | 1 KB |
| ._ | 11/8/2011 2:49 PM | _ File | 4 KB |
| .DS_Store | 6/25/2012 7:18 PM | DS_STORE File | 9 KB |
| .VolumeIcon.icns | 8/24/2010 5:20 PM | ICNS File | 57 KB |
| autorun.inf | 10/23/2012 12:29 PM | Setup Information | 1 KB |
| icon.ico | 10/21/2010 12:21 PM | Icon | 34 KB |

ration Blooming Onion_2017R00047 › Discovery › Discovery 1 › DOS Discovery › Brett Bussey

| Name | Date modified | Type | Size |
|---|---|---|---|
| Alex Garcia - FLC | 1/3/2022 10:59 AM | File folder | |
| Alex Olivarez - FLC (Alex Olivarez Harvest... | 1/3/2022 11:00 AM | File folder | |
| AR Zapote Harvesting, LLC | 1/3/2022 11:00 AM | File folder | |
| Atlanta Growers & Garden Centers LLCIO... | 1/3/2022 11:00 AM | File folder | |
| Baldomero Arreguin - FLC | 1/3/2022 11:00 AM | File folder | |
| Benito Mendez - FLC (Mendez Farm LLC) | 1/3/2022 11:00 AM | File folder | |
| Brooke A Coker | 1/3/2022 11:00 AM | File folder | |
| D.Canela Resources, LLC WAC2013551196 | 1/3/2022 11:00 AM | File folder | |
| DHL Blueberry Farms LLC | 1/3/2022 11:00 AM | File folder | |
| Elixa Hernandez (A&E Pine Needles and ... | 1/3/2022 11:00 AM | File folder | |
| Elsa Limas | 1/3/2022 11:00 AM | File folder | |
| Ezequiel Ramirez - FLC | 1/3/2022 11:00 AM | File folder | |
| Gumara Canela - FLC (D Canela Resource... | 1/3/2022 11:00 AM | File folder | |
| J&T Harvesting LLC | 1/3/2022 11:00 AM | File folder | |
| Jennifer Rangel | 1/3/2022 11:00 AM | File folder | |
| Jose Hernandez - FLC | 1/3/2022 11:00 AM | File folder | |
| Jose Humberto Martinez - FLC | 1/3/2022 11:00 AM | File folder | |
| Jose Luis Contreras | 1/3/2022 11:00 AM | File folder | |
| Jose Lupercio - FLC | 1/3/2022 11:00 AM | File folder | |
| Juan Carrizales (J Carrizales Harvesting LL... | 1/3/2022 11:00 AM | File folder | |
| Juanita Estrada - FLC | 1/3/2022 11:01 AM | File folder | |
| Justin Newton - FLC | 1/3/2022 11:01 AM | File folder | |
| Marilin Perez - FLC | 1/3/2022 11:01 AM | File folder | |
| Nemorio Resendiz - FLC | 1/3/2022 11:01 AM | File folder | |
| Noe Aguirre-Carranza - FLC | 1/3/2022 11:01 AM | File folder | |
| Rebecca Rojas - FLC | 1/3/2022 11:01 AM | File folder | |
| Robert Brown (Red Creek Farms LLC) | 1/3/2022 11:01 AM | File folder | |
| Robert Michael Saunders - FLC | 1/3/2022 11:01 AM | File folder | |
| Rolanda Martinez | 1/3/2022 11:01 AM | File folder | |
| Stephanie Vazquez | 1/3/2022 11:01 AM | File folder | |
| Steve Mullis - FLC (One Fail Swoop Farm... | 1/3/2022 11:01 AM | File folder | |
| Trent Adams | 1/3/2022 11:01 AM | File folder | |
| Walker Berry Brothers LLC | 1/3/2022 11:01 AM | File folder | |
| Brett Bussey 11-17-2021.WMA | 11/17/2021 8:55 AM | WMA Audio File (... | 4,273 KB |
| Bussey Voice Recording of meeting 4.30.... | 4/30/2019 5:03 PM | Wave Sound | 583,492 KB |
| CW contact May 4, 2021.pdf | 12/1/2021 1:28 PM | Adobe Acrobat D... | 14 KB |
| MOI Family of Eduardo Emanuel CARDO | 12/1/2021 9:30 AM | Adobe Acrobat D | 10 KB |

g Onion_2017R00047 › Discovery › Discovery 1 › DOS Discovery › Brett Bussey › Jose Humberto Martinez - FLC

| Name | Date modified | Type | Size |
|---|---|---|---|
| IOE8349681333 | 1/3/2022 11:00 AM | File folder | |
| IOE8409174299 | 1/3/2022 11:00 AM | File folder | |
| IOE8425312006 | 1/3/2022 11:00 AM | File folder | |
| IOE8683630617 | 1/3/2022 11:00 AM | File folder | |
| WAC1920451720 | 1/3/2022 11:00 AM | File folder | |
| WAC2025751085 | 1/3/2022 11:00 AM | File folder | |

New　　　　　　　　Open　　　　　　　　Select

:00047 › Discovery › Discovery 1 › DOS Discovery › Brett Bussey › Jose Humberto Martinez - FLC › IOE8349681333

| Name | Date modified | Type | Size |
|---|---|---|---|
| FDNS_Absconder report_Jose Humberto ... | 12/1/2021 2:33 PM | Adobe Acrobat D... | 69 KB |
| IM_Jose Humberto Martinez_IOE8349681... | 12/1/2021 2:33 PM | Microsoft Word D... | 115 KB |
| MOI_Red Sky Ag, LLC_IOE8349681333.docx | 12/1/2021 2:33 PM | Microsoft Word D... | 20 KB |
| NIV-PIMS_Jose Humberto Martinez_IOE8... | 12/1/2021 2:34 PM | Microsoft Excel W... | 17 KB |
| petition packet.pdf | 4/9/2021 2:31 PM | Adobe Acrobat D... | 12,057 KB |
| Y_Contact_Log_RedSkyAgLLC_IOE834968... | 12/2/2021 9:31 AM | Adobe Acrobat D... | 304 KB |

ation Blooming Onion_2017R00047 › Discovery › Discovery 1 › Financial

| Name | Date modified | Type | Size |
|---|---|---|---|
| Assets-BO | 1/3/2022 11:15 AM | File folder | |
| Bank-BO | 1/3/2022 11:19 AM | File folder | |

New     Open     Select

ration Blooming Onion_2017R00047 › Discovery › Discovery 1 › Financial › Assets-BO

| Name | Date modified | Type | Size |
|---|---|---|---|
| Bussey-H2Advisors | 3/11/2022 12:32 PM | File folder | |
| Campos, Juan Francisco Alvarez | 1/3/2022 11:15 AM | File folder | |
| Canela Diaz, Daniel | 1/3/2022 11:15 AM | File folder | |
| Canela, Gumara | 1/3/2022 11:15 AM | File folder | |
| Cardenas, Margarita | 3/11/2022 12:39 PM | File folder | |
| Carrillo, Juana | 3/11/2022 12:41 PM | File folder | |
| Castro, JC | 3/11/2022 12:44 PM | File folder | |
| Duque, Jose Carmen | 1/3/2022 11:15 AM | File folder | |
| Facundo, Linda | 1/3/2022 11:15 AM | File folder | |
| King, Charles Michael | 1/3/2022 11:15 AM | File folder | |
| Martinez, Luis | 3/11/2022 12:45 PM | File folder | |
| Martinez, Rosalva | 1/3/2022 11:15 AM | File folder | |
| Mcgauley, Stanley Neil | 1/3/2022 11:15 AM | File folder | |
| Mendoza, Daniel | 3/11/2022 12:47 PM | File folder | |
| Najarro, Nery Carrillo | 1/3/2022 11:15 AM | File folder | |
| Patricio, Maria | 1/3/2022 11:15 AM | File folder | |
| Rojas, Delia | 3/11/2022 12:48 PM | File folder | |
| Rojas-Lucio, Donna M | 3/11/2022 12:50 PM | File folder | |
| Tovar, Enrique Duque | 1/3/2022 11:15 AM | File folder | |

ation Blooming Onion_2017R00047 › Discovery › Discovery 1 › Financial › Assets-BO › Bussey-H2Advisors

| Name | Date modified | Type | Size |
|---|---|---|---|
| Advanced Person Search.pdf | 7/2/2021 2:07 PM | Adobe Acrobat D... | 175 KB |
| Asset Report.pdf | 7/2/2021 2:11 PM | Adobe Acrobat D... | 330 KB |
| BUSSEY, BRETT DL PHOTO.pdf | 8/22/2021 9:13 AM | Adobe Acrobat D... | 71 KB |
| Bussey_Accurint2020-03.pdf | 4/17/2020 1:01 PM | Adobe Acrobat D... | 462 KB |
| Bussey_CurrentAddress_298Westwood.pdf | 4/17/2020 1:01 PM | Adobe Acrobat D... | 617 KB |
| Comprehensive Address Report.pdf | 7/2/2021 2:15 PM | Adobe Acrobat D... | 906 KB |
| H2Advisors_Accurint2020-03.pdf | 4/17/2020 1:01 PM | Adobe Acrobat D... | 162 KB |
| H2Advisors_CurrentAddress_1002NSmith... | 4/17/2020 1:01 PM | Adobe Acrobat D... | 647 KB |
| H2Advisors_GA_AnnualReg2020.pdf | 4/17/2020 1:02 PM | Adobe Acrobat D... | 113 KB |
| H2Advisors_GA_Cert_of_Org.pdf | 4/17/2020 1:02 PM | Adobe Acrobat D... | 155 KB |
| Honey-SweetBee_GA_Cert_of_Org2019.pdf | 8/19/2021 3:03 PM | Adobe Acrobat D... | 149 KB |
| Property (410 6th St. W, Tifton, GA 31794-... | 7/6/2021 2:14 PM | Adobe Acrobat D... | 145 KB |
| Property (Property Assessments, Deeds ... | 7/6/2021 2:16 PM | Adobe Acrobat D... | 426 KB |
| Property (Property Assessments, Deeds ... | 7/6/2021 2:17 PM | Adobe Acrobat D... | 359 KB |
| qPublic.net - Coffee County, GA - Report... | 7/22/2021 9:08 AM | Adobe Acrobat D... | 319 KB |
| qPublic.net - Tift County, GA - Report_ T... | 7/22/2021 8:58 AM | Adobe Acrobat D... | 342 KB |
| Relatives and associates.pdf | 7/2/2021 2:25 PM | Adobe Acrobat D... | 196 KB |
| Summary Report.pdf | 7/2/2021 2:14 PM | Adobe Acrobat D... | 190 KB |

:ration Blooming Onion_2017R00047 › Discovery › Discovery 1 › Financial › Bank-BO

| Name | Date modified | Type | Size |
|---|---|---|---|
| Bussey & H2 Advisors | 1/3/2022 11:15 AM | File folder | |
| Bussey, Brett | 1/3/2022 11:16 AM | File folder | |
| Canela, Gumara-COMPLETE-LCR | 1/3/2022 11:16 AM | File folder | |
| Carrillo, Juana - review in progress | 1/3/2022 11:16 AM | File folder | |
| Castro, JC | 1/3/2022 11:17 AM | File folder | |
| Facundo, Linda | 1/3/2022 11:17 AM | File folder | |
| H2A Solutions_Daniel Mendoza - NEW | 1/3/2022 11:17 AM | File folder | |
| Hilltop-McGauley-King | 1/3/2022 11:17 AM | File folder | |
| Martinez, Luis | 1/3/2022 11:18 AM | File folder | |
| Martinez, Luis Alberto--Updating | 1/3/2022 11:18 AM | File folder | |
| Mendoza, Daniel | 1/3/2022 11:18 AM | File folder | |
| Patricio, Maria | 1/3/2022 11:18 AM | File folder | |
| Patricio, Maria Accts-UPDATED 11-23-20 | 3/13/2022 12:34 PM | File folder | |
| Rojas, Delia - reviewed RL update AP | 1/3/2022 11:19 AM | File folder | |
| Rojas, Margarita | 1/3/2022 11:19 AM | File folder | |
| Rojas-Cardenas, Margarita | 1/3/2022 11:19 AM | File folder | |

New    Open    Select

eration Blooming Onion_2017R00047 › Discovery › Discovery 1 › Financial › Bank-BO › Bussey & H2 Advisors

| Name | Date modified | Type | Size |
|---|---|---|---|
| Douglas Bank_Bussey | 1/3/2022 11:15 AM | File folder | |
| GM Financial_Bussey | 1/3/2022 11:15 AM | File folder | |
| Sheffield Financial_Bussey | 1/3/2022 11:15 AM | File folder | |
| SunTrust_H-2 Advisors | 1/3/2022 11:15 AM | File folder | |
| Wells Fargo_Bussey | 1/3/2022 11:15 AM | File folder | |

New     Open     Select

R00047 › Discovery › Discovery 1 › Financial › Bank-BO › Bussey & H2 Advisors › Douglas Bank_Bussey

| Name | Date modified | Type | Size |
|---|---|---|---|
| 2017 deposited cks | 1/3/2022 11:15 AM | File folder | |
| 2017 stmts | 1/3/2022 11:15 AM | File folder | |
| 2018 deposited cks | 1/3/2022 11:15 AM | File folder | |
| 2018 stmts | 1/3/2022 11:15 AM | File folder | |
| 2019 deposited cks | 1/3/2022 11:15 AM | File folder | |
| 2019 stmts | 1/3/2022 11:15 AM | File folder | |
| 2020 stmts | 1/3/2022 11:15 AM | File folder | |
| BankScan | 1/3/2022 11:15 AM | File folder | |
| 20200401152013_Sig_Card.pdf | 4/1/2020 4:14 PM | Adobe Acrobat D... | 375 KB |
| Annotations to Subpoena Attachment by... | 4/16/2020 1:45 PM | Adobe Acrobat D... | 268 KB |