IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 5:21-CR-09 |
| | ) | |
| MARIA LETICIA PATRICIO, *et al.* | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR
ADDITIONAL TIME TO RESPOND TO PRETRIAL MOTIONS
AND FOR AN EXTENSION OF TIME TO SUBMIT STATUS REPORTS**

The United States of America respectfully moves for an additional thirty days, up to and including February 5, 2024, in which to file its responses to Defendants' pretrial motions and for an extension of time to file status reports for motions filed. Counsel for the United States has consulted with defense counsel, and they do not oppose this extension.

Pursuant to the Amended Scheduling and Discovery Order in this case, the United States' response to pretrial motions is currently due on January 5, 2023, and status reports for motions filed are due on January 12, 2023.  Doc. 721.  Defendants Maria Leticia Patricio, Daniel Mendoza, Antonio Chavez Ramos, Enrique Duque Tovar, Delia Ibarra Rojas, Donna Michelle Rojas, Juan Francisco Alvarez Campos, Brett Donavan Bussey, and Carla Yvonne Salinas have all filed a significant number of pretrial motions.  The United States respectfully submits that the current deadline of January 5, 2024, will not allow the United States sufficient time to adequately address and respond to these pretrial motions, given the number of motions filed and significant legal issues raised.

This is a complex case warranting the exclusion of time under the Speedy Trial Act. Doc. 364. The legal issues addressed in the pretrial motions are also complex. In a complex case, a court may grant a continuance for pretrial proceedings if failure to grant such a continuance would "deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(ii); *See Bloate v. United States*, 130 S. Ct. 1345, 1358 (2010) (noting that a finding by a district court granting an extension of time to allow additional time for pretrial motion preparation is excludable under the Speedy Trial Act).

Therefore, to allow sufficient time to address the complexities in this case, the United States respectfully requests an additional thirty days, up to and including February 5, 2024, in which to file its responses to pretrial motions and for an extension until February 12, 2024, to file status reports for motions filed.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*s/ Tania D. Groover*
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
E-mail: tania.groover@usdoj.gov