# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 5:21-cr-9 |
| MARIA LETICIA PATRICIO,<br>DELIA IBARRA ROJAS,<br>JUAN FRANCISCO ALVAREZ CAMPOS,<br>BRETT DONAVAN BUSSEY, | |
| Defendants. | |

# O R D E R

This matter is before the Court on the parties' Joint Status Reports as to Defendants Maria Leticia Patricio, doc. 898, Delia Ibarra Rojas, doc. 902, Juan Francisco Alvarez Campos, doc. 904, and Brett Donavan Bussey, doc. 906. The Court will conduct a Motions Hearing on March 1, 2024 at 10:00 a.m., Courtroom 1, Waycross Federal Courthouse to consider any evidentiary presentations and argument on the outstanding motions listed in the parties' Joint Status Reports. All parties listed in the caption of this order are required to attend the hearing in person. Prior to the hearing, parties shall provide the Court and opposing counsel with a written list of all proposed witnesses and exhibits which are expected to be presented during the hearing. f there are any updates to the status of the Defendants' motions, as presented to the Court in the Joint Status Reports, the parties must file an updated Joint Status Report with the Court immediately.

Counsel for each Defendant is **ORDERED** to notify Courtroom Deputy Kim Mixon no later than February 21, 2024 as to whether their client will <u>or</u> will not require the services of a Spanish interpreter.

**SO ORDERED**, this 15th day of February, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA