IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA

v.

Maria L. Patricio (01),

Defendant.

CASE NO.: 5:21CR09(01)

## JOINT STATUS REPORT

I. Date of Status Report Conference: April 18, 2024

II. Conference Attendees:

| Name | Role |
|---|---|
| Juanita M. Holsey | Attorney for Maria Patricio |
| Tania Groover | AUSA |

III. Pretrial Motions.

☑ All pretrial motions have been satisfied or otherwise resolved.

☐ The parties have not resolved the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
|  | Y | Y | Y |
|  | N | Y | Y |
|  | Y | Y | Y |

**Complete Remaining Portions Only In Judge Baker Cases**

IV. Are the parties prepared to proceed to trial? If so, list three potential dates for a telephonic status conference with the presiding District Judge. __N__

| Dates for Telephonic Conference |
|---|
| |
| |
| |

V. Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time (not to exceed 30 days) for further plea negotiations and how much time do the parties request? __N__

| Additional Time Requested |
|---|
| |

This day __April 18, 2024__.

/s/ __Tania Groover__
Assistant United States Attorney

/s/ __Juanita M. Holsey__
Defense Counsel

2