IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 5:21-cr-9-1 |
| MARIA LETICIA PATRICIO, | |
| Defendant. | |

**O R D E R**

On April 18, 2024, the parties filed their updated Joint Status Report. Doc. 970. In that Report, the parties state all pretrial motions have been satisfied or otherwise resolved as to Defendant Maria Leticia Patricio. Accordingly, the Court **DENIES as moot** Defendant's motions, docs. 318-326 and docs. 808-810.

The motions hearing scheduled for April 19, 2024 at 10:00 a.m. as to Defendant Maria Leticia Patricio is cancelled.

**SO ORDERED**, this 18th day of April, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA