# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR521-9**

United States of America
vs.
**Maria Patricio**

9:53 - 10:35

Defendant/Age

**Greg Gilluly**
U. S. Attorney

**Juanita Holsey**
Attorney for Defendant

- [✓] Plea agreement **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____.
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **one (1)** of the indictment.
- [✓] Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis **S/A Siegenthaler**.
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **TBD** at _____.
- [✓] Bond Continued **Yes.**   Bond modified to _____.
- Bond set at _____
- [ ] Bond not made defendant in jail.
- [ ] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**    Date **07/26/2024**
Court Reporter   **Debra Gilbert**    Probation Officer **Renfroe**
Courtroom Deputy Clerk   **Whitney Sharp**    U.S. Marshal **Gary**