# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

## WAYCROSS DIVISION

CHANGE OF PLEA IN  **USA v. Maria Leticia Patricio**

CRIMINAL NO. **CR521-9**   AT **Brunswick, GA**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT **Maria Leticia Patricio**, HAVING

PREVIOUSLY ENTERED A PLEA OF **Not Guilty**,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF **Guilty** TO **Count 1 (one)**

IN THE INDICTMENT.

THIS **26th** DAY OF **July**, 2024.

NOLLE PROSSE AS

TO COUNT(S) _____

_/s/ Maria L. Patricio_
Maria Leticia Patricio   DEFENDANT

_/s/ Juanita M. Holsey_
COUNSEL FOR DEFENDANT
Juanita Holsey