# In the United States District Court for the Southern District of Georgia Waycross Division

```
UNITED STATES OF AMERICA

    v.

MARIA LETICIA PATRICIO                       No. CR521-9

    Defendant.
```

**ORDER**

    This matter is before the Court on Defendant's Thirteenth Un-Opposed Motion to Travel. Doc. 1144. Defendant represents the Government and United States Probation Office do not oppose the request. After careful consideration and for good cause shown, Defendant's Motion is GRANTED IN PART. Defendant is permitted to leave the Southern District of Georgia on September 30, 2024, to travel to Las Vegas, Nevada to attend a PROMOTORES Unidos and LENUSA conference. Defendant must return to the Southern District of Georgia on or before October 4, 2024.

    As for the request to travel yet again, in late October, that request is DENIED. The Defendant and Counsel are ordered to appear on Wednesday, October 9, 2024 at 1:30 PM to discuss and explain the serial travel requests.

**SO ORDERED,** this 26th day of September, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA