UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                                                                                Case No.: 5:21-CR-0009-1

vs.

MARIA L. PATRICIO (01),

      Defendant.

## MOTION FOR ADDITIONAL TIME
## TO FILE POSITION OF THE PARTIES

COMES NOW, counsel for Defendant, Maria Patricio, and files this Motion for Extension of Time to File Position of the Parties and shows the Court as follows:

1.

Mr. Mitchell's initial presentencing report is completed and the deadline for the position of the parties is October 8, 2024.

2.

Counsel is in need of additional time to prepare said response.

3.

Counsel respectfully requests to additional time to file, specifically counsel request an additional seven (7) days, for deadline of October 15, 2024.

4.

Counsel has communicated with AUSA Tania Groover and she does not have an

an objection to a request for an additional of time. Counsel has also communicated with U.S. Probation Officer Kristina Renfroe and she does not have any objection to this request.

    Respectfully, submitted this 7th day of October, 2024.

                                      The Holsey Law Firm, LLC

                                      */s/ Juanita M. Holsey*
                                      Juanita M. Holsey
                                      Attorney for Defendant
                                      Georgia Bar No: 172161

P.O. Box 132
Jesup, GA 31598
T:  912.208.2353
F:  877.349.4076
Email:  juanita@hosleylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2024, I served upon all parties a copy of the foregoing Motion for Extension of Time in accordance with the notice of electronic filing (NEF), which was generated as a result of electronic filing in this Court.

Dated this 7th day of October, 2024.

                                  The Holsey Law Firm, LLC

                                  */s/ Juanita M. Holsey*
                                  Juanita M. Holsey
                                  Attorney for Defendant
                                  Georgia Bar No: 172161

P.O. Box 132
Jesup, GA 31598
T:   912.208.2353
F:   877.349.4076
Email:   juanita@holseylaw.com