# In the United States District Court for the Southern District of Georgia
## Waycross Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 521-009-1 |
| | ) | |
| MARIA LETICIA PATRICIO, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is Defendant's Motion for Additional Time, wherein she requests an extension of time to file objections to the presentence investigation report. Dkt. No. 1148. After consideration by the Court, and there being no objection by the Government or U.S. Probation, the motion is **GRANTED**. Defendant shall have through October 15, 2024 to file any objections to the presentence investigation report.

**SO ORDERED** this 8 day of October, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA