# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CR 521-009-1 |
| ) | |
| MARIA LETICIA PATRICIO, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is the Government's motion for additional time to file objections to the presentence investigation report. Dkt. No. 1176. After consideration by the Court, and there being no objection by Defendant, the motion is **GRANTED**. Defendant shall have through December 6, 2024 to file any objections to the presentence investigation report.

**SO ORDERED** this 6th day of November, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA