## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | **CASE NO. 5:21cr09** |
| | **)** | |
| **v.** | **)** | |
| **PATRICIO ET. AL.** | **)** | |

## <u>MOTION FOR LEAVE OF ABSENCE</u>

Now comes E. Greg Gilluly, Jr., Assistant United States Attorney, as lead counsel for the United States in the above-styled proceeding, and respectfully requests a leave of absence from the Court pursuant to Local Rule 83.9 for January 17, 2025, through January 30, 2025, inclusive.

Further, should this Honorable Court schedule a hearing during the above-referenced dates, the undersigned Assistant United States Attorney respectfully requests permission to have another Assistant United States Attorney handle the matter on behalf of the United States in the absence of the undersigned Assistant United States Attorney.

WHEREFORE, the undersigned Assistant United States Attorney respectfully requests that this Honorable Court GRANT its Motion for Leave of Absence for the above-stated dates.

This 19th day of December 2024.

*Signature and Certificate of Service on the Following Page*

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY


/s/ *E. Greg Gilluly, Jr.*
E. Greg Gilluly, Jr.
Assistant United States Attorney
TN Bar No. 019397

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 19th day of December 2024.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

<u>*/s/ E. Greg Gilluly, Jr.*</u>
E. Greg Gilluly, Jr.
Assistant United States Attorney
TN Bar No. 019397

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422