UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | 5:21-CR-009-1 |
| ) | |
| MARIA LETICIA PATRICIO ) | |
| ) | |

**MOTION TO APPROVE PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through Tara M. Lyons, Acting United States Attorney for the Southern District of Georgia and Assistant United States Attorney Tania Groover. and respectfully requests that this Court approve the attached Preliminary Order of Forfeiture.

This 7th day of February 2025.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

/s/ *Tania Groover*
Tania Groover
Chief, Criminal Division
Assistant United States Attorney
Georgia Bar No. 127947

P.O. Box 8970
Savannah GA 31412
Tania.groover@usdoj.gov
912-652-4422