**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **5:21-CR-009-1** |
| | ) | |
| **MARIA LETICIA PATRICIO** | ) | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on or about July 26, 2024, Maria Leticia Patricio (the "defendant"), entered a plea of guilty to the offense(s) charged in Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 1349; and

WHEREAS, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c), the defendant has consented to the forfeiture of all right, title, and interest to the United States specifically the items listed in Attachment A and the $7,592 in cash (the "Subject Property"), on the legal and factual bases set forth in the forfeiture allegation in the charging document, at the plea hearing, and/or through the plea agreement, which the Court finds sufficient to justify forfeiture of the Subject Property.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.      On the basis of the forfeiture authority listed above, all right, title, and interest in the Subject Property of the defendant is forfeited to the United States.

2.      Upon entry of this Preliminary Order of Forfeiture ("Preliminary Order"), the United States Attorney General or a designee is authorized to seize the Subject Property, to conduct any proper discovery, and to commence any applicable

proceedings to comply with statutes governing third-party rights, as set forth in Fed. R. Crim. P. 32.2.

3.      The United States shall comply with the notice provisions established in Fed. R. Crim. P. 32.2(b)(6) including, as appropriate, publication and direct notice.

4.      Any person, other than the defendant, asserting a legal interest in the Subject Property may, within thirty (30) days of the final publication of notice or receipt of notice or no later than sixty (60) days after the first day of publication on an official government website, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his or her alleged interest in the Subject Property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6). Any petition filed in response to the notice of forfeiture of the Subject Property must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property; the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property; any additional facts supporting the petitioner's claim; and the relief sought.

5.      Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order shall become final as to the defendant at the time of the defendant's sentencing and shall be made part of the defendant's sentence and included in his judgment of conviction. If no third party files a timely claim, this Preliminary Order, together with supplemental Orders of Forfeiture, if any, shall become the Final Order of Forfeiture,

as provided by Fed. R. Crim. P. 32.2(c)(2).  At that time, the Subject Property shall be forfeited to the United States for disposition in accordance with the law.

6.     The United States alone shall hold title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2).

7.     The forfeiture of the Subject Property is not to be considered a payment of a fine, penalty, restitution loss amount, or payment of any income taxes that may be due, and shall survive bankruptcy.

8.     This Preliminary Order shall be binding upon the defendant and the successors, administrators, heirs, assigns, and transferees of the defendant, and shall survive the bankruptcy of any of them.

9.     The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Preliminary Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Dated:  February _____, 2025.

ORDERED:

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# Attachment A

DOJ CATS: Consolidated Asset Tracking System

| Asset / Item ID | Description | Seizure Date | Seizure/Aband No |
|---|---|---|---|
| 21-DSS-000471 | Cash seized pursuant to federal search and seizure warrant 3:21cr00002. These warrant is currently undersealed. | 06/01/2021 | 21CR00002 |
| 21-DSS-000472 | Cashed seized pursuant to federal search and seizure warrant. | 06/01/2021 | 21CR00002 |
| 21-DSS-000473 | Mexican Pesos seized during federal search and seizure warrant | | 21CR00002 |
| 21-DSS-000474 | 18 US gold coins | | 21CR00002 |
| 21-DSS-000475 | Cash seized pursuant to federal search and seizure warrant. | 06/01/2021 | 21CR00002 |
| 22-DSS-000006 | Cash seized pursuant to a federal search and seizure warrant. | 11/17/2021 | 419MJ67 |
| 22-DSS-000007 | Cash seized pursuant to a federal search and seizure warrant. | 11/17/2021 | 419MJ67 |
| 22-DSS-000008 | Cash seized pursuant to a federal search and seizure warrant. | 11/17/2021 | 419MJ67 |
| 22-DSS-000009 | Safe deposit box 330 Search and Seizure. This AIN is for the cash found in the box. | 11/17/2021 | 419MJ67 |
| 22-DSS-000010 | Cash found pursuant to federal search and seizure warrant. | 11/17/2021 | 419MJ67 |
| 22-DSS-000011 | Cash seized pursuant to a federal search and seizure warrant. | 11/17/2021 | 419MJ67 |
| 22-DSS-000012 | Cash seized pursuant to a federal search and seizure warrant. | 11/17/2021 | 419MJ67 |
| 22-DSS-000013 | Cash contents of FNB South Safe Deposit Box 113. | 11/17/2021 | 419MJ67 |
| 22-DSS-000014 | Cash seizure from Safe Deposit Box 70 at FNB South, Alma GA. | 11/17/2021 | 419MJ67 |
| 22-DSS-000015 | Cash seized pursuant to a federal search and seizure warrant. | 11/17/2021 | 419MJ67 |
| 22-DSS-000016 | Cash seized pursuant to a federal search and seizure warrant. | 11/17/2021 | 419MJ67 |
| 22-DSS-000017 | Cash seized pursuant to a federal search and seizure warrant. | 11/17/2021 | 419MJ67 |
| 22-DSS-000018 | Cash seized pursuant to a federal search and seizure warrant. | 11/17/2021 | 419MJ67 |
| 22-DSS-000019 | Cash seized pursuant to a federal search and seizure warrant. | 11/17/2021 | 419MJ67 |
| 22-DSS-000022 | 1964 Chevy Impala VIN 41447016054 Title No. 161540090097 | 11/17/2021 | 419MJ67 |
| 22-DSS-000023 | 1997 Mercedes Benz E300D VIN WDBJF20F8VA365187 | 11/17/2021 | 419MJ67 |
| 22-DSS-000025 | 2001 TRMO VIN 1PT01JAH616001627 | 11/17/2021 | 419MJ67 |
| 22-DSS-000028 | 2006 Toyota 4 Runner VIN JTEZU17R968043067 | 11/17/2021 | 419MJ67 |
| 22-DSS-000029 | 2014 Audi Q7 VIN WAUAGD4L2ED002678 | 11/17/2021 | 419MJ67 |
| 22-DSS-000030 | 2016 Chevy Express G3500 VIN 1GAZGPFG6G1154130 | 11/17/2021 | 419MJ67 |
| 22-DSS-000032 | 2011 Ford SRW Super Duty VIN 1FTBF2BT6BED04675 | 11/17/2021 | 419MJ67 |
| 22-DSS-000033 | 2017 GMC Sierra K1500 S VIN 3GTU2NEC7HG196103 | 11/17/2021 | 419MJ67 |
| 22-DSS-000035 | 2020 Nissan Altima VIN 1N4BL4EV0LC128307 | 11/17/2021 | 419MJ67 |
| 22-DSS-000037 | 2014 Jeep Grand Cherokee VIN 1C4RJFBG7EC497040 | 11/17/2021 | 419MJ67 |
| 22-DSS-000040 | 2015 Jeep Wrangler Sahara VIN 1C4GJWBG2FL697235 | 11/17/2021 | 419MJ67 |
| 22-DSS-000041 | 2015 Ford Escape VIN 1FMCU0GX7FUC40003 | 11/17/2021 | 419MJ67 |
| 22-DSS-000042 | 2018 Ford F150 Super Crew VIN 1FTEW1E57JFB87539 | 11/17/2021 | 419MJ67 |
| 22-DSS-000045 | 2017 Ford F150 Super Crew VIN 1FTEW1EF7HFA63841 | 11/17/2021 | 419MJ67 |
| 22-DSS-000048 | Bank of America Cashier's Check No. 6198626659 in the amount of $287.65. | 11/17/2021 | 419MJ67 |
| 22-DSS-000049 | United Community Bank Official Check #6364844 | 11/17/2021 | 419MJ67 |
| 22-DSS-000050 | Ameris Bank Official Check number 0925784 in the amount of $230,640.08 | 11/17/2021 | 419MJ67 |
| 22-DSS-000053 | FNB South official check number 160848 for $5921.34 | 11/17/2021 | 419MJ67 |
| 22-DSS-000055 | Synovus bank check number 537004755 for $20269.23. | 11/17/2021 | 419MJ67 |
| 22-DSS-000056 | SunTrust/Truist Official check number 3291112249 in the amount of $23593.60. | 11/17/2021 | 419MJ67 |
| 22-DSS-000057 | SunTrust official check number 3291112250 in the amount of $243.63 | 11/17/2021 | 419MJ67 |
| 22-DSS-000063 | APN or Owner/VIN (if SFD Manufactured Home): 039 00 039. 102 Ashley Ln, McRae Helena, GA 31055, Telfair County County | | CR-00009 |
| 22-DSS-000064 | APN or Owner/VIN (if SFD Manufactured Home):0097B096 204 Circle Drive, Douglas, GA 31533 | | CR-00009 |
| 22-DSS-000065 | APN or Owner/VIN (if SFD Manufactured Home): 0115 112A 206 JIM RD, DOUGLAS, GA 31533 | | CR-00009 |
| 22-DSS-000066 | APN or Owner/VIN (if SFD Manufactured Home): C066 043 6447 US Hwy 319 N, Omega, GA 31775, Colquitt County County | | CR-00009 |
| 22-DSS-000067 | APN or Owner/VIN (if SFD Manufactured Home): 0044-015 01 & 0044-015 02 6996 Axson Rd, Axson, GA 31624 | | CR-00009 |
| 22-DSS-000068 | Cash seized pursuant to a federal search and seizure warrant at 208 Napolito Rd., Nicholls, GA | 11/17/2021 | 419MJ67 |
| 22-DSS-000069 | Cash seized pursuant to a federal search and seizure warrant at 114 Pine Thicket Road, Douglas, GA | 11/17/2021 | 419MJ67 |
| 22-DSS-000070 | Cash seized pursuant to a federal search and seizure warrant at 90 Napolito Rd, Nicholls, GA | 11/17/2021 | 419MJ67 |
| 22-DSS-000071 | Cash seized pursuant to a federal search and seizure warrant from 410 West 6th St, Tifton, GA | 11/17/2021 | 419MJ67 |
| 22-DSS-000072 | $78.18 Foreign Currency | 11/17/2021 | 419MJ67 |