

# St Paul Catholic Church and Holy Family Mission

4178 US HWY 441 S
Douglas, GA  31535

Office - 912-384-3560

Email: saintpaul@windstream.net     Website: www.stpaulmissions.org

February 6, 2025

To whom it may concern:

    I am writing in regards to a St. Paul parishioner, Maria Leticia Patricio, who attends Mass at St. Paul Catholic Church in Douglas, Georgia.

    Maria Leticia Patricio has attended Mass at St. Paul Catholic Church since 1985. Her children have attended Religious Education classes, receiving Sacraments of the Church. She has been diligent in sharing her faith with her family. She is dependable and reliable in such instances. Additionally, Maria Leticia Patricio has given her time to various fundraising activities at St. Paul, volunteering as she is needed.

    Through her faith, Maria Leticia Patricio demonstrates positive qualities that could be beneficial to the larger community.  If I can provide additional information, please feel free to contact me at the church office (912-384-3560).

Yours truly,

Fr. Saimel Perdomo, Pastor
St. Paul Catholic Church and Mission

 

# Alma Police Department

**Chief Andre Brinson**
102 S. Thomas St.
Alma, GA 31510
P (912)632-8751 F (912)632-7164

TO WHOM IT MAY CONCERN:

I, Chief Andre Brinson, with the Alma Police Department, had the pleasure of meeting Leticia Patricio at the OK Corral several years ago when I was still working patrol duties with the Bacon County Sheriff's Office. I have witnessed firsthand her kindness and appreciation for our community and law enforcement.

Mrs. Patricio has always welcomed all on-duty officers while she has been working at the OK Corral. Law enforcement officers are always welcome to enter and check the premises without any incident or pushback from anyone at the OK Corral. I truly believe that is because of the welcoming attitude of Mrs. Patricio to our law enforcement officers. Officers are always greeted by Mrs. Patricio when they are at the OK Corral. I have been personally invited by Mrs. Patricio many times to attend special events at the OK Corral, which I have gladly accepted many times.

It is always a pleasure to visit Mrs. Patricio at the OK Corral to get a meal while on duty, because at the end of our break, we know we will leave there being treated with the most upmost respect and a smile on our faces. Mrs. Patricio has had a positive impact on me personally and our law enforcement officers. I believe Mrs. Patricio will continue to have a positive impact on our community and law enforcement.

Sincerely,

*Andre Brinson*

Andre Brinson
Chief of Police
Alma Police Department

Dear Grandma,
I know that my Grandparents are the best grandparents in the world. beGause They take care of me when a was few months old when mom and dad with work whenever when fall they help me get back up, every friday from school I would mcdomnalds to get what I love always supporting me loving me taking care of me and helping me I don't what I do without them now that im older have taking care of them cause there's nobody to take care of them They getting older I have to take care of them
　　Love Skye

Martha A. Mendoza
18 Alan Dr.
Douglas, GA 31535
marthamendoza_85@hotmail.com
912-310-9022
February 7, 2025

Honorable Judge

Dear Judge,

I am writing to express my profound gratitude for the unwavering support my mother-in-law, Maria Leticia Patricio, has provided to our family, particularly in caring for my youngest daughter, Skye Mendoza. As an emergency room nurse, my work schedule is demanding and often unpredictable, requiring me to work long hours and occasionally respond to unexpected calls. During these times, Maria Leticia Patricio has been an indispensable source of stability and care for my daughter.

From the time Skye was an infant, my in-laws have been instrumental in her upbringing. Due to my commitments in nursing school and the subsequent demands of my profession, Maria Leticia Patricio and her husband have graciously taken on the role of primary caregivers. Their dedication has been crucial in providing Skye with a nurturing and consistent environment, which has significantly contributed to her well-being and development.

Maria's involvement has not only ensured that Skye receives the care she needs but has also allowed me to fulfill my professional responsibilities without compromising my family's needs. Her selflessness and commitment have been a cornerstone in balancing my demanding career with my duties as a mother.

I am deeply appreciative of Maria's unwavering support and the positive impact she has had on our family's life. Her dedication exemplifies the profound influence a grandparent can have on a child's upbringing, and I am truly grateful for her presence in our lives.

Thank you for considering this letter as a testament to the invaluable role Maria Leticia Patricio plays in our family.

Sincerely,
Martha A. Mendoza
*[signature]*

Wednesday, February 6th, 2025

From: Bonnie Correa
902 Parkview Drive
Pflugerville, TX 78660

To whom it may concern

I, Bonnie Correa, hereby affirm that I have known Mrs. Maria Leticia Patricio for over a year. Our acquaintance began in Las Vegas during my attendance at the Promotores Unidos USA Board meeting. It was during this time that I sought guidance on promoting the group under my management.

Mrs. Maria graciously extended her support by actively listening and providing invaluable guidance, selflessly and without any financial benefit. She facilitated my entry into the Promotores Unidos USA Board, an organization dedicated to fostering collaboration among member promoters to fortify the industry.

During my inaugural year as a member, I witnessed firsthand the significance of these meetings where venue owners, managers, and event organizers discuss industry updates, achievements, and networking opportunities. These gatherings play a crucial role in securing engagements for musical groups and scheduling performances at various venues, thereby serving as a cornerstone for industry growth.

I am profoundly grateful for Mrs. María Leticia Patricio's altruistic support, which has been instrumental in my professional development within the music industry.

Thank you for your consideration.

Best regards,

*Bonnie Correa*

Bonnie Correa
Manager Zeñal Nortex
512-712-3347

Dear Judge,

I am writing to express my deepest gratitude and appreciation for my mother, Maria L Patricio, and to provide you with insight into the crucial role she plays in my family's daily life.

My mother has been an unwavering source of support for me and my family, particularly in the care and upbringing of my youngest daughter, Alexandra S Mendoza. Since she was an infant, my mother has been an integral part of her life, patience, and guidance that only a grandmother can provide.

In addition to her daily involvement with my daughter, my mother also plays a vital role in the logistics of our household. During the week, when my wife and I are working, she takes on the responsibility of caring for my daughter, picking her up from school, and ensuring she attends her extracurricular activities. My mother also assists in the transportation needs of our family, including driving my son to and from school.

Her support is invaluable to us, as it allows my wife and me to focus on our work, knowing that our children are being cared for by someone who loves them dearly and is deeply invested in their well-being.

I cannot overstate how important my mother is to our family and how much her involvement positively impacts our children's lives. She is not only a loving and caring grandmother but also an irreplaceable part of our daily routine and the stability of our home.

Thank you for taking the time to consider this letter. I trust that you will recognize the essential role my mother plays in the lives of my children, and I am hopeful that her dedication to our family is taken into account.

Sincerely,

Javier Mendoza

February 8, 2025

To whom it may concern:

I am writing to you to speak on behalf of the kind of person that Maria Patricio is. My whole life, 45 years, I remember being able to always count on one person, my mother Maria. When my father abandoned us, she remained strong and never had anything negative to say about my father. Despite not receiving any help from him. She just worked harder so that we could continue to thrive. My brothers and I remained with our mother. In fact, up until 2 years ago I still lived with my mother. You see, she has always encouraged us to follow our dreams. So, when my oldest and second oldest brothers wanted to join the army, she stood by their side.

Myself and my youngest brother moved to GA with my mother and stepfather. While in GA she worked in the fields for several years and we worked with her during the summers. I remember watching her, how tired she looked but she was happy to be able to work and help my grandparents. I remember always hoping that I too could be patient with people like she was. How she felt bad for those workers being away from their families to look for a better life. How she helped them in whatever capacity she could. How she took pride in helping. As I got older, she encouraged me to follow my dreams to become a police officer. She was there when I graduated, she was there when I got pregnant. She was there when I had my baby, and she was the person that detected that I was depressed. I was, you see diagnosed with postpartum depression. I fell into a really deep depression, but she stepped right in and helped me raise my son. She knew I couldn't do things on my own, so she helped. When I got pregnant a second time, she made sure to help just in case I got depressed again. I remember how tired she was from working 10–15-hour days. She still came home and helped me with my children. She worked so hard. She was there for my divorces and never once said anything about my exes. Despite them not being such good people. She was there when I wanted to quit my job as a police officer and go back to school to become a Xray technologist. I wanted to make a lot of money, so my mother was there helping me in every step of the way. She was there when I finished Xray school, and I went back to school for my bachelors. She was always willing to help. I can remember one of biggest reasons I was mad at her how she always went above and beyond to help those in need. I resented that I had to share her with others. I have always said that people take advantage of her because she doesn't have a mean bone on her body. She wants to help those less fortunate. You see she fights for the rights of those less fortunate, the problem is that she helps but those people sometimes those same people take advantage because of the good kindhearted person she is. A couple of years ago, I told her I wanted to make more money and start traveling as a Xray technologist. She looked at me and said if that's what makes you happy then do it just come back. My youngest child stayed with her (it was her senior year). My mother not once complained. She was there, right by my side. The only time she got sad was when I told her I was finally moving away 18 hours away. It was hard for me because she has been not only my rock but the rock for the countless lives she has touched. She is one of a kind. She is an honest, protective of those less fortunate, a God loving fearing woman just as her mother was. Her only downfall is trusting everyone. That's the kind of person she was and still is. When they ask me the

kind of person I want to be? I want to be like my mother. I hope to one day have the same big heart as her.

/s/ Veronica Mendoza

# Character Witness Letter for My Sister

Laura Morales

144 Nopalito Rd

Nicholls, GA 31555

February 8, 2025

Dear Judge,

I am writing this letter on behalf of my sister, Maria L. Patricio, who is currently awaiting sentencing. My name is Laura Morales, and as her sibling, I have had the privilege of knowing her intimately throughout our lives. I hope to provide some insight into her character and the positive influence she has had on our family and community.

Maria has always been a compassionate and caring individual. Growing up, she consistently demonstrated empathy and kindness towards everyone she encountered. Her dedication to helping others was evident through her volunteer work and her involvement in numerous community service projects. She has a natural ability to connect with people and make them feel valued and supported.

One of the most admirable qualities about Maria is her unwavering support for our family. She has been our rock during challenging times, providing emotional and practical support whenever needed. Her resilience and strength have been a source of inspiration for all of us. She has always put the needs of others before her own, often sacrificing her own comfort for the well-being of those she loves.

In addition to her personal virtues, Maria has also excelled professionally. She is a dedicated and hardworking individual who has earned the respect of our family and the community as a business owner. Her commitment to excellence and her positive attitude has made her an invaluable asset to our community. She consistently goes above and beyond to ensure that she delivers the best results.

I understand that Maria is facing serious charges, and I do not intend to downplay the severity of the situation. However, her actions were out of character and not representative of the person she truly is. She has shown genuine remorse for her actions and is willing to take responsibility for her mistakes. I am confident that she has learned a valuable lesson.

Your Honor, I respectfully ask for leniency in her sentencing. Maria has a strong support system in place, and we are committed to helping her through this challenging time. I believe that she will continue to be a positive influence in our community.

Thank you for taking the time to consider my letter. I have faith in your judgment and trust that you will consider the compassionate and caring nature of my sister when making your decision.

Sincerely,

/s/ Laura Morales

# Letter on Behalf of Maria Leticia Patricio

To Whom It May Concern,

I am writing this letter on behalf of my wife, Maria Leticia Patricio, who is appearing before you for sentencing. As her husband, I have had the privilege of sharing my life with her, and I can confidently say that she is one of the most loving, caring, and selfless individuals I have ever known.

Maria has always been a devoted wife, mother, and grandmother. Since the day I met her, she has shown unwavering love and dedication to our family. She has been a pillar of strength and support for me, and her kindness and compassion have touched the lives of everyone around her. As a mother, she has always put her children and grandchildren first, ensuring that they feel loved, safe, and cared for. Her nurturing nature has created a home filled with warmth and happiness.

Maria's generosity extends beyond our family. She has always been the first to help anyone in need, whether it is a friend, neighbor, or stranger. She has a heart of gold and has dedicated much of her time to making others' lives better. From volunteering in our community to supporting those going through challenging times, Maria's actions reflect her true character, a person who cares deeply for others and strives to make the world a better place.

The charges against Maria do not reflect the person she truly is. I firmly believe that she was used and misled by others, and she would never knowingly involve herself in any wrongdoing. This situation is entirely out of character for her, and I am confident that she has learned from this experience.

I respectfully ask that you judge Maria by the person she has been her entire life—a loving wife, a devoted mother and grandmother, and a caring member of our community—and not by the person she is being accused of being. She is a woman of integrity, kindness, and compassion, and I hope you will consider her true character when determining her sentence.

Sincerely,

/s/ Primitivo Patricio

# Character Reference for Maria Patricio

Your Honor,

My name is Amador Mendoza, and I am the oldest son of Maria Patricio. I have known Maria Patricio my entire life, and I can attest to her character and integrity. Throughout my life, she has been a pillar of support and trust for me. She has consistently been there whenever I needed her, whether it was for a conversation or more substantial support.

Maria Patricio is not only a valued member of our family but also a respected figure in our community. Countless individuals have sought her help or advice, and she has always been willing to assist them. Her reputation as a reliable and trustworthy person is well-known among those who know her.

Regarding the current situation and the charges, she is facing, I am genuinely shocked. This behavior is entirely out of character for her and does not align with the person I have known my whole life. Based on my relationship with her, I firmly believe she would not have knowingly engaged in any illegal activity. I am confident that she deeply regrets the situation and will do everything in her power to make amends.

I respectfully request that the court consider Maria Patricio's positive attributes and her longstanding service to the community when determining her sentence.

Thank you for your time and consideration.

Sincerely,

/s/ Amador Mendoza

Maria Gomez
197 Nopalito Rd.
Nicholls GA 31554
(912) 850-0827

February 8, 2025

Subject: Character reference letter

Dear Honorable Judge,

I am writing this letter on behalf of my sister, Maria Patricio. I have known Maria all my life, and I can confidently say that she is a kind, compassionate, and responsible individual. Despite the current circumstances, I believe that Maria's actions do not reflect her true character.

Maria has always been a pillar of support for our family and friends. She has consistently demonstrated her dedication to helping others, whether it be through volunteering at our church, assisting neighbors in need, or simply being there for her loved ones during difficult times. Her generosity and selflessness have touched the lives of many, and I am certain that she will continue to positively impact those around her.

I understand that Maria has made a mistake, but I firmly believe that this incident is not indicative of who she truly is. She has expressed deep remorse for her actions and is committed to making amends. I have no doubt that she will learn from this experience and emerge as a stronger, more conscientious person.

I respectfully ask for leniency in Maria's sentencing, as I believe that she has the potential to contribute positively to society. I am confident that, given the opportunity, Maria will prove herself to be a valuable and upstanding member of our community.

Thank you for your time and consideration.

Sincerely,

 /s/ Maria Gomez