| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA WAYCROSS DIVISION | JUDGE: LISA GODBEY WOOD DATE: 02/10/2025 |
|---|---|---|

CRIMINAL CASE NO. CR 521-9
UNITED STATES OF AMERICA VS. Maria Patricio

COURTROOM DEPUTY  SHARP                         COURT REPORTER   GILBERT

ATTORNEY(S) FOR THE GOVERNMENT:                 ATTORNEY(S) FOR THE DEFENDANT:
 Tania Groover                                   Juanita Holsey
 Greg Gilluly

U.S. PROBATION OFFICER:                         DEFENDANT SENTENCED ON COUNT(S)
 Kayla                                           1

[X] Presence Report Reviewed In Full            Custody  12+1 day  Months B.O.P.

___  Objections to Factual Basis                Probation  n/a

___  Objections To Guidelines Calculations      Supervised Release  3 years  Years

___  Changes Ordered in Factual Basis/Calculations   Special Conditions  as directed by the court

[X] No Changes Ordered                          Fine $  no fine

[X] Findings Of The Court                       Restitution $  314,369.31

                                                Special Assessment $  100

Total Offense Level  22                         To Be Paid  as directed by the court

Criminal History  I                             Community Service  n/a

Guideline Range  41-51 Months                   Facility Recommended  FCI nearest GA

Supervised Release  1-3 years                   Defendant Remanded To The USM  No

Fine  15,000-150,000                            Voluntary Surrender  Yes - within 45 days

Special Assessment  $100                        To USM [ ]   To Facility [X]

No  Minimum -  20 Years  Maximum                Appeal Waiver  [X]

___  Witnesses Testify                          Sentencing Memo/Motions Reviewed  [X]

[X] Statements Of Counsel                       Motions Granted [ ]   Restitution _____

[X] Statements By Defendant

[X] Sentence Pronounced


U.S. Deputy Marshal  Parnell                    Time  11:17  to  11:57  Total  30 Mins

Court Security Officer  Greene