IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 5:21CR0009-01 |
| MARIA LETICIA PATRICIO (01), | * | |
| Defendant. | * | |

### DEFENDANT'S UN-OPPOSED MOTION TO MODIFY CONDITIONS OF VOLUNTARY SURRENDER

NOW COMES **MARIA PATRICIO,** Defendant in the above-styled action, and moves this Court for entry of an order modifying the conditions of voluntary surrender to allow her to submit herself to the Bureau of Prisons on April 3, 2025. Defendant shows as follows:

1.

Defendant was sentenced to serve 12 months and 1 day on February 10, 2025.

2.

Pursuant to the Judgment, Defendant is to surrender to the custody of the Bureau of Prisons on March 27, 2025. Doc 1225.

3.

Defendant requests to surrender to custody on April 3, 2025 at 2:00 p.m.

4.

Defendant shows that at the sentencing hearing, she made the court aware of some ongoing medical issues. As a result of those issues, Defendant is undergoing a medically necessary cardiac procedure on March 19, 2025. She will remain in the hospital for at least one day at the conclusion of the procedure.

5.

Defendant further shows that she has submitted to the United States Probation documentation regarding her condition, procedure, and anticipated recovery.

6.

Defendant shows that her surgeon will need to conduct a follow-up appointment no later than two weeks after her procedure. The follow up will be scheduled once she is released from the hospital.

7.

Counsel has communicated with Counsel for the Government. The Government has been in contact with United States Probation, neither has an objection allowing the defendant to voluntarily surrender after her follow-up appointment.

Respectfully submitted this 19th day of March, 2025.

**s/ Juanita Holsey Bostick**
Juanita Holsey Bostick
Attorney Bar Number: 172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA 31598
Telephone: (912) 208-2353
Facsimile: (877) 349-4076
E-mail: juanita@holseylaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| vs. | * | **CASE NO.: 5:21CR0009-01** |
| **MARIA LETICIA PATRICIO (01),** | * | |
| Defendant. | * | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted this 19th day of March, 2025.

**s/ Juanita Holsey Bostick**
Juanita Holsey Bostick
Attorney Bar Number:  172161
Attorney for Defendant
The Holsey Law Firm, LLC
P.O. Box 132
Jesup, GA  31598
Telephone:     (912) 208-2353
Facsimile:      (877) 349-4076
E-mail: juanita@holseylaw.com