# In the United States District Court for the Southern District of Georgia Waycross Division

UNITED STATES OF AMERICA

v.

MARIA LETICIA PATRICIO

Defendant.

No. CR521-9

## ORDER

Upon motion by the Defendant, and for good cause shown, the Court GRANTS the Defendant's Consent Motion for Extension of Time to Voluntarily Surrender, and hereby

ORDERS that the deadline by which the Defendant must voluntarily surrender herself into the custody of the Bureau of Prisons be extended from March 27, 2025 by 2:00 P.M. to April 3, 2025 by 2:00 P.M.

SO ORDERED, this 19th day of March, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA