# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CR 5:21-009-1 |
| ) | |
| MARIA LETICIA PATRICIO, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Defendant Maria Patricio's motion for early termination of supervised release. Dkt. No. 1386. The motion is **DISMISSED**.

Pursuant to a written plea agreement, Defendant pled guilty to Count 1 of the indictment, that is, conspiracy to commit mail fraud, in violation of 18 U.S.C. §§ 2, 1349. Dkt. Nos. 1123, 1225. On February 10, 2025, the Court sentenced Defendant to twelve months and one day of imprisonment, followed by three years of supervised release. Dkt. No. 1225. Defendant did not appeal her conviction or sentence. Defendant was released from Bureau of Prisons' custody on or about November 7, 2025. Defendant now moves for early termination of her supervised release term.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1),

(a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

Defendant has yet to complete one year of supervised release as required by § 3583(e)(1). As such, her motion for early termination of supervised release, dkt. no. 1386, is **DISMISSED** as premature.

**SO ORDERED** this 17 day of December, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA