# In the United States District Court for the Southern District of Georgia Waycross Division

UNITED STATES OF AMERICA

v.

MARIA LETICIA PATRICIO

CR521-9

## ORDER

Before the Court is Defendant's Motion to Modify Supervised Release (Dkt. 1392). In her motion, Defendant is requesting to have her passport returned to her for travel to Mexico. After consideration, the Motion is **DENIED**.

**SO ORDERED**, this 19th day of December, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA